**I(c): COMPLETE LIST OF ATTORNEYS FOR PLAINTIFFS**

**A complete list of Attorneys for Plaintiffs is as follows:**

Madeline Gitomer

Karianne Jones

Daniel A. McGrath

Robin F. Thurston

Skye L. Perryman

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090


**I: COMPLETE LIST OF DEFENDANTS**

**A complete list of Defendants is as follows:**

INTERNAL REVENUE SERVICE
1111 Constitution Ave., NW,
Washington, DC 20224

DOUGLAS O'DONNELL, in his official capacity as Acting Commissioner, Internal Revenue Service,
1111 Constitution Ave., NW,
Washington, DC 20224

U.S. DEPARTMENT OF THE TREASURY,
1500 Pennsylvania Avenue, NW, Washington, DC 20220

SCOTT BESSENT, in his official capacity as Secretary of the Treasury,
1500 Pennsylvania Avenue, NW, Washington, DC 20220

U.S. DIGITAL SERVICE (U.S. DOGE SERVICE)
736 Jackson Pl NW
Washington, DC 20503

U.S. DOGE SERVICE TEMPORARY ORGANIZATION
736 Jackson Pl NW
Washington, DC 20503

Case 1:25-cv-00457-CKK    Document 1-2    Filed 02/17/25    Page 2 of 2