**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-00457 |

## MOTION FOR ADMISSION OF KARIANNE M. JONES
### *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Karianne M. Jones, pro hac vice, as counsel for Plaintiffs Center For Taxpayer Rights, Main Street Alliance, National Federation of Federal Employees, IAM AFL-CIO, and Communications Workers of America, AFL-CIO in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Ms. Jones is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Jones possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Karianne M. Jones *pro hac vice* as representative of Plaintiffs in this proceeding.

Dated: Washington, D.C.
February 18, 2025

Respectfully submitted,

/s/ *Daniel A. McGrath*
Daniel A. McGrath, D.C. Bar. No. 1531723
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
dmcgrath@democracyforward.org

*Attorney for Plaintiffs*