CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Taxpayer Rights, et al.  )
)
)
)
)
               Plaintiff  )  Civil Action No. __1:25-cv-00457___
vs  )
Internal Revenue Service, et al.  )
)
)
               Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __all Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __all Plaintiffs_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      /s/ Daniel A. McGrath
                                      Signature

No. 1531723               Daniel A. McGrath
BAR IDENTIFICATION NO.     Print Name

                                      P.O. Box 34553
                                      Address

                                      Washington   DC   20043
                                      City        State      Zip Code

                                      (202) 448-9090
                                      Phone Number