UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
                *Plaintiffs*

                *vs.*             Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
                *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: U.S. Department of the Treasury

SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159311237.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

*[signature]*

Carrie Hollingshed

Client Ref Number: Center for Taxpayer Rights v. IRS
Job #:12731263

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
                *Plaintiffs*

                *vs.*        Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
                *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court*

*SERVE TO: U.S. Digital Service (U.S. DOGE Service)*

*SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Digital Service (U.S. DOGE Service), 736 Jackson Place, NW, Washington, DC 20503 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159114079.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 02/20/2025*

*Carrie Hollingshed*

*Client Ref Number: Center for Taxpayer Rights v. IRS*
*Job #:12731412*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
                *Plaintiffs*

                *vs.*                Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
                *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: U.S. DOGE Service Temporary Organization

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW, Washington DC 20503 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159572337.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

*(signature)*

                                                                       Carrie Hollingshed

*Client Ref Number: Center for Taxpayer Rights v. IRS*
*Job #:12731112*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
  *Plaintiffs*

*vs.*    Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
  *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: Douglas O'Donnell, in his official capacity as Acting Commissioner, Internal Revenue Service

SERVICE ADDRESS: 1111 Constitution Avenue, NW, Washington, DC 20224

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Douglas O'Donnell, in his official capacity as Acting Commissioner, Internal Revenue Service, 1111 Constitution Avenue, NW, Washington, DC 20224 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159440762.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

_____
Carrie Hollingshed

Client Ref Number: Center for Taxpayer Rights v. IRS
Job #:12731219

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
               *Plaintiffs*

*vs.*   Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
               *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: Internal Revenue Service

SERVICE ADDRESS: 1111 Constitution Avenue, NW, Washington, DC 20224

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to the Internal Revenue Service, 1111 Constitution Avenue, NW, Washington, DC 20224 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159149967.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

*Carrie Hollingshed*

*Client Ref Number: Center for Taxpayer Rights v. IRS*
*Job #:12731375*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
           *Plaintiffs*

*vs.*   Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
           *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: Scott Bessent, in his official capacity as Secretary of the Treasury

SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Scott Bessent, in his official capacity as Secretary of the Treasury, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159261949.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

*[signature]*

*Carrie Hollingshed*

*Client Ref Number: Center for Taxpayer Rights v. IRS*
*Job #:12731289*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
　　　　　　　*Plaintiffs*

　　　　　　　　　　　　　　　　　　*vs.*　　　　　　　Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
　　　　　　　*Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court*

*SERVE TO: Pam Bondi, in her official capacity as United States Attorney General, Department of Justice*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Pam Bondi, in her official capacity as United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159498816.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 02/20/2025*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Carrie Hollingshed*

　　　　　　　　　　　　　　　　　　　　　　　*Client Ref Number: Center for Taxpayer Rights v. IRS*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Job #:12731168*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Center for Taxpayer Rights, et al.*
                    *Plaintiffs*

                                               *vs.*                     Case No.: 1:25-cv-00457-CKK

*Internal Revenue Service, et al.*
                    *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

SERVE TO: Edward R. Martin, in his official capacity as U.S. Attorney for the District of Columbia

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20004

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Edward R. Martin, in his official capacity as U.S. Attorney for the District of Columbia, 601 D Street, NW, Washington, DC 20004 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159209120.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

*Carrie Hollingshed*

*Client Ref Number: Center for Taxpayer Rights v. IRS*
*Job #:12731317*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*