AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Center for Taxpayer Rights, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00457-CKK |
| Internal Revenue Service, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center For Taxpayer Rights, Main Street Alliance, National Federation of Federal Employees, IAM AFL-CIO, and Communications Workers of America, AFL-CIO

Date:   02/25/2025                                                /s/ Madeline H. Gitomer
                                                                           *Attorney's signature*

                                                        Madeline H. Gitomer (Bar No. 1023447)
                                                                 *Printed name and bar number*

                                                                     P.O. Box 34553
                                                                 Washington, D.C. 20043

                                                                           *Address*

                                                          mgitomer@democracyforward.org
                                                                       *E-mail address*

                                                                     (202) 448-9090
                                                                   *Telephone number*

                                                                     (202) 796-4426
                                                                       *FAX number*