AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Taxpayer Rights, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00457-CKK |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center For Taxpayer Rights, Main Street Alliance, National Federation of Federal Employees, IAM AFL-CIO, and Communications Workers of America, AFL-CIO

Date: 02/25/2025

/s/ Skye L. Perryman
*Attorney's signature*

Skye L. Perryman (Bar No. 984573)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043
*Address*

sperryman@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*