UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS,

et al.,

      *Plaintiffs*,

          *vs.*

INTERNAL REVENUE SERVICE,

et al.,

      *Defendants*.

Case No. 1:25-cv-00457

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), Karianne Melissa Jones, respectfully notices the withdrawal of her appearance as counsel to Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: March 25, 2025

Respectfully submitted,

/s/ Karianne Melissa Jones
Karianne Melissa Jones*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
kjones@democracyforward.org
*Counsel for Plaintiffs*

*\*Admitted* pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 25${}^{th}$ day of March 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.

Dated: March 25, 2025                                      Respectfully submitted,

                                                           /s/ Karianne Melissa Jones
                                                           Karianne Melissa Jones