IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00457-CKK |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

For the reasons stated in the accompanying memorandum of law and points of authorities, Defendants respectfully move to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

A proposed order accompanies this filing. Because this is a dispositive motion, Defendants have not sought Plaintiffs' consent to the relief sought. *See* L. Civ. R. 7(m).[1]

Dated: April 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

---

[1] Defendants respectfully submit that no administrative record is necessary for the Court to resolve this motion, which raises only legal issues and arguments regarding the sufficiency of Plaintiffs' pleadings. Accordingly, Defendants have not submitted an index of the administrative record with this motion. *See* L. Civ. R. 7(n). Insofar as Local Civil Rule 7(n) applies, Defendants move to waive compliance with its requirements. *See Mdewakanton Sioux Indians of Minnesota v. Zinke*, 264 F. Supp. 3d 116, 123 n.12 (D.D.C. 2017).

Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*