# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS,
et al.,

        *Plaintiffs*,

        *vs.*

INTERNAL REVENUE SERVICE
et al.

        *Defendants*.

Case No. 25-cv-457-CKK

## CONSENT MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOITION TO DISMISS

Plaintiffs move for an extension of time to respond to Defendants' motion to dismiss in the above-captioned matter. Plaintiffs' response is currently due May 9, 2025. Plaintiffs respectfully request that the deadline be extended to May 16, 2025.

Plaintiffs make this request due to competing litigation deadlines and a significant illness counsel for Plaintiffs has experienced. This is Plaintiffs' first request for an extension. Defendants consent to the extension.

Dated: May 5, 2025                      Respectfully Submitted,

                                     */s/ Daniel A. McGrath*
                                     Daniel A. McGrath (Bar No. 1531723)
                                     Madeline H. Gitomer*
                                     Robin F. Thurston (Bar No. 7268942)
                                     Democracy Forward Foundation
                                     P.O. Box 34553
                                     Washington, DC 20043

Tel.: (202) 448-9090
dmcgrath@democracyforward.org
mgitomer@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice