UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, et al.,

    *Plaintiffs*,

    vs.

INTERNAL REVENUE SERVICE et al.

    *Defendants*.

Case No. 25-cv-457-CKK

**[PROPOSED] ORDER**

Plaintiffs' motion for an extension of time to respond to Defendants' motion to dismiss in the above-captioned matter is **GRANTED**. It is hereby **ORDERED** that Plaintiffs' deadline to respond is extended to May 16, 2025.

Dated: _____

                                                                                     Hon. Colleen Kollar-Kotelly
                                                                                      United States District Court Judge