**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 25-0457 (CKK) |
| INTERNAL REVENUE SERVICE, *et al.*, | |
| Defendants. | |

**ORDER**
(May 30, 2025)

Having considered the parties' [23] Joint Motion for Entry of a Briefing Schedule for Defendants' forthcoming motion to dismiss Plaintiffs' Amended Complaint, and for good cause shown, it is hereby:

**ORDERED** that the parties' [23] Joint Motion is **GRANTED**; and it is further

**ORDERED** that the parties shall adhere to the following briefing schedule:

- Defendants shall move to dismiss on or before **JULY 3, 2025**;

- Plaintiffs shall respond on or before **JULY 25, 2025**; and

- Defendants shall reply on or before **AUGUST 4, 2025**.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge