IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, *et al.*,

    *Plaintiffs*,

    v.

INTERNAL REVENUE SERVICE, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00457-CKK

**UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Defendants respectfully move for modification of the current briefing schedule for Defendants' forthcoming motion to dismiss Plaintiffs' Amended Complaint. Defendants seek to extend the current deadlines by one week, as follows:

- Defendants shall file their motion to dismiss on or before July 10, 2025 (deadline currently July 3, 2025) .

- Plaintiffs shall file their response to Defendants' motion to dismiss on or before August 1, 2025 (deadline currently July 25, 2025).

- Defendants shall file their reply in support of their motion to dismiss on or before August 11, 2025 (deadline currently August 4, 2025).

Defendants make this motion because undersigned counsel has been out of the office recently due to family illness and to accommodate the press of deadlines in other cases.

The undersigned contacted counsel for Plaintiffs regarding this motion, and Plaintiffs do not oppose the requested relief.

Dated: June 30, 2025                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

2