IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00457-CKK |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move for an extension of time to file a reply in support of their motion to dismiss. Defendants' reply brief is currently due Monday, August 11, 2025. Defendants seek to extend the current deadline by four days, until August 15, 2025.

Defendants make this motion because undersigned counsel has several competing litigation deadlines in the coming days that were unknown when Defendants requested the current briefing schedule in this case.

The undersigned contacted counsel for Plaintiffs regarding this motion, and Plaintiffs do not oppose the requested relief.

Dated: August 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*