# Exhibit 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> INTERNAL REVENUE SERVICE et al., <br><br> *Defendants*. | Civil Action No. 25-cv-457-CKK |

## DECLARATION OF SHAWN PHETTEPLACE

I, Shawn Phetteplace, declare as follows:

1. I am the national campaigns director of the Main Street Alliance ("MSA"). I have held that position since 2023 and been on staff with MSA since 2020. In my role as national campaigns director, I work closely with MSA's small business members. This declaration is based on my firsthand knowledge of the facts as stated here.

2. MSA is a national network of small businesses, which represents approximately 30,000 small businesses across the United States. MSA helps small business owners realize their full potential as leaders for a just future that prioritizes good jobs, equity, and community through organizing, research, and policy advocacy on behalf of small businesses. MSA also seeks to amplify the voices of its small business membership by sharing their

experiences with the aim of creating an economy where all small business owners have an equal opportunity to succeed.

3. MSA has small business members that are sole proprietors, partnerships, family-run enterprises, or expanding local companies, with a resultant need to file various forms of individual and business tax returns. The IRS therefore houses their confidential information. This can include addresses, Social Security numbers; information about individuals' income and net worth; bank account information; tax liability; and sensitive information regarding deductions, such as charitable donations, dependents, and medical expenses. It can also include sensitive business information.

4. MSA's small business members, especially when launching their sole proprietorship businesses, file individual tax returns with incomes low enough to qualify for and claim the Earned Income Tax Credit, the Child Tax Credit, and other refundable credits.

5. MSA also has members that have suffered identity theft who are particularly distressed by broad-ranging, unlawful access to and overbroad sharing of their tax information.

6. MSA small business members include many immigrant-owned businesses. These, and other MSA small business members employ significant numbers of immigrants. They have trusted in the assurances of the IRS that their data would be kept confidential. These businesses are very concerned about submitting their sensitive personal and business information to the IRS since the public reporting on the IRS's disclosures to ICE.

7. Some MSA members have spouses or other family members who are non-citizen immigrants. They fear that if the IRS discloses to ICE their home address—which is

shared by those family members—it could be used for ICE enforcement action against their family members.

8. In addition, some MSA members have family members or employees that may be undocumented immigrants. These members are similarly very worried.

9. Some MSA members file their tax returns using an Individual Taxpayer Identification Number (ITIN). These numbers are not just used by undocumented immigrants; they can also be used by their dependents, as well as people who are lawfully present in the U.S., such as certain survivors of domestic violence, student visa-holders, and some spouses and children of individuals with employment visas.

10. If ITIN holders cannot rely on the IRS to maintain the confidentiality of their information, it will be harder for MSA to serve immigrant business owners. If entrepreneurs without an SSN decide against obtaining an ITIN out of fear, they will be relegated to the informal economy, and our county will lose an important tax base. If immigrant entrepreneurs decide not to obtain an ITIN or disclose their ITIN status to government agencies, multiple state and local policy frameworks that accept ITINs will be severely undermined and possibly dismantled entirely, removing critical avenues for entrepreneurship and small business development.

11. The Administration has said that the IRS must help ICE locate as many as 7.3 million immigrants.

12. Disclosures at that scale instill fear that some of our members, their employees, or their families may have information disclosed to ICE and face reprisals. On top of that, many MSA members– and sole proprietors in particular– file individual tax returns with incomes low enough to qualify for and claim the EITC.

13. Given the news that ICE requested from IRS 1.23 million records just within the last few weeks, MSA members are very concerned that their information could imminently be swept up in that request or requests in the very near-term.

14. The fears instilled by public reporting on these IRS disclosures is discouraging some MSA members from interacting with the IRS or filing their taxes.

15. In addition, MSA represents numerous Hispanic business owners.  Many of them are rightly concerned that they could face mistaken immigration enforcement actions based on misidentification.  Many of these members live in communities with immigrants, and some of them have similar or identical names to other people who live near them.  Sharing tax information with few controls to ensure correct identification is likely to result in the disclosure of incorrect information and the misidentification of individuals targeted in immigration enforcement efforts.

16. For decades, MSA small business owners and their leaders have relied on reassurances by public officials, and the Tax Code itself to protect their sensitive information.  They understood that this information would not be shared with other authorities for immigration enforcement purposes.

August 19, 2025

Pontiac, Michigan

_____

Shawn Phetteplace