# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., *Plaintiffs*, v. INTERNAL REVENUE SERVICE et al., *Defendants*. | Civil Action No. 25-cv-457-CKK |

**DECLARATION OF JANE DOE**

I, Jane Doe, declare as follows:

1. My name is Jane. I am over 18 years old. The information in this declaration is based on my personal knowledge.

2. I wish to submit this declaration anonymously out of fear that I or my business will be targeted for retribution.

3. I am a member of the Main Street Alliance (MSA) and have been for several years.

4. I participate in numerous MSA activities and do advocacy in connection with MSA. For example, I have travelled to Washington D.C. to meet with legislators on the importance of adequate funding for child care and Head Start. I have also conducted trainings and held meetings with MSA.

5. I have worked closely with MSA to advocate for increased funding for child care, and higher wages for child care workers.

6. I co-own, a child care center that provides child care, before and after school care, and summer care for children ranging in age from infant to age 12.

7. I have electronically filed a federal income tax return within the last six years.

8. I have also received a federal tax refund in the last six years.

9. My business has filed a federal partnership tax return in the last six years.

10. In past tax years, I have qualified for and claimed the child tax credit on my personal tax returns.

11. My child care center is a partnership, and we file Form 1065 every year. This form includes sensitive information like detailed income and loss information, and information on deductions, tax liability, and payments for the business.

12. I also file Form 1040 and Schedule K-1. This information includes my employer identification number, my Social Security Number, and my financial information. This also includes information about my children, including their Social Security Numbers.

13. I submit all of this sensitive information with the understanding that in doing so, it will be protected by the IRS and used only for limited purposes, like assessing and processing my tax return.

14. I have been a victim of identity theft in the past and therefore know all too well what it is like to have my information disclosed to someone else, when I thought it was private and protected.

15. Approximately 25 years ago, a person stole my identity by taking my university ID, which included my Social Security Number (which was typical at the time).

16. The person, in my name, stole a car in one state, assaulted someone in another state, and then was apprehended by law enforcement in a third state. There were warrants for my

arrest issued in three states, and my parents were notified by out-of-state police that they had me in their custody. It was, of course, not me.

17. I had to hire a lawyer and spend significant amounts of money and time to clear my name. It took more than a year and was incredibly stressful.

18. I was very worried about being apprehended by law enforcement, because even during a traffic stop, if an officer ran my name in the system, three outstanding warrants for my arrest were in the system– despite me never having been arrested or involved in any of this.

19. The consequences of this identity theft follow me to this day. I thought it was behind me, but a few years ago I was invited to the White House, but after a background check identified these past warrants, I was denied access.

20. Ever since, I have felt very nervous about disclosing my personal information. But I do so, because it is my responsibility as a taxpayer.

21. I rely on the laws passed by Congress and rules in place at the IRS to protect my personal information.

22. I am very concerned about the reports that this information may be accessed by people who intend to use it for other purposes, in ways that I believed were not permissible under the law.

23. I am concerned that it could be used improperly or disclosed to others in ways that could compromise my privacy, particularly because the government has said they want to focus on people who have filed for the Child Tax Credit.

24. In addition, the recent reports of disclosures from the IRS to ICE concern me greatly. For one, it does not sound like there are sufficient checks in place to ensure that there are not

cases of mistaken identity. I worry that my or my family's information could be caught up in these disclosures, given my past experience with mistaken identity.

25. In addition, my small business employs a non-citizen immigrant. I am required to submit to the IRS employees' quarterly wages and employee information when I file taxes. Their work is critical to the success of my child care business. They currently have legal status and authorization to work, and they pay taxes, but they may lose their status in the long term. Now that I know that the data I submit to the IRS might be used for immigration enforcement, I fear that I may be putting my employee at risk.

26. I had relied on the assurance from the IRS that the information I provided would not be used for non-tax purposes. Given this new use of the information, my employee may need to take additional steps to protect themselves. My small business does not have the resources to assist them, so they may need to go work elsewhere.

27. We are already short-staffed, and we have rooms that sit empty due to a lack of teachers. To lose another teacher during this teacher shortage would be incredibly difficult financially. In addition, this employee has been a valued member of our team for almost two years, and she is loved by the children and families she serves. It will be devastating for my business and for our child care team if I am forced to find a new employee or operate my business down another teacher.

28. In addition, I am very worried that the disclosures to ICE that have been publicly reported could involve their information. I am worried that when I turn over information to the IRS, as my business is required to do, the IRS will unlawfully share that information with ICE and this employee could be subject to ICE raids and deportation, which would impact me and my business.

29. IRS's disclosure of my sensitive personal information to other agencies, like ICE, without satisfying the legal requirements, would also violate my privacy, and the fact that IRS is not following the laws about data sharing causes me fear that my personal information will be shared and misused.

Executed on August 18 2025

Wisconsin

_____

Jane Doe