Exhibit 9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS et al.,

*Plaintiffs,*

v.

Civil Action No. 25-cv-457-CKK

INTERNAL REVENUE SERVICE et al.,

*Defendants.*

## <u>DECLARATION OF YVETTE PIACSEK</u>

I, Yvette Piacsek, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I serve as general counsel for the National Federation of Federal Employees ("NFFE"). I am personally familiar with NFFE's operations and membership and provide this information on the basis of that knowledge.

2. NFFE is a national union represents approximately 110,000 workers across the United States. NFFE's mission is to advance the social and economic welfare and education of federal workers, including of its members.

3. NFFE's members are taxpayers and have submitted their sensitive personal information to the Internal Revenue Service ("IRS") with the expectation that their data would be protected and only disclosed or accessed when strict requirements were met under assurances the IRS has provided for decades. The IRS consequently holds myriad forms of

sensitive personal and financial information of NFFE members including their Social Security or taxpayer identification numbers; names and addresses; taxable income; marital status; and information, such as medical expenses, relating to eligibility for tax deductions and credits.

4. NFFE's members have expressed that they have anxiety and fear that the Administration's change in policy to freely share IRS taxpayer data will lead to improper access and disclosure of their personal information.

5. Many of NFFE's members are lower income federal workers who qualify for the Earned Income Tax Credit, and certain government benefits like federal student aid and Supplemental Nutrition Assistance ("SNAP"). As a result, these members are particularly afraid that their taxpayer data will be inappropriately accessed or shared based on repeated Administration statements indicating that lower income individuals eligible for these such credits and benefits will be a target of the policy of sharing IRS data.

6. The recent large-scale sharing of IRS data with the Department of Homeland Security ("DHS") and its component Immigration and Customs Enforcement ("ICE") gives NFFE's members stark concerns about the security of their data and the government's use of that data.

7. Many NFFE members are citizens who immigrated to the United States from other countries. These members, a substantial share of whom are Hispanic, live in communities with large numbers of immigrants and have family members who are immigrants and are not citizens.

8.  These members fear that their confidential tax information, and that of their family members, will be shared with ICE improperly for the purposes of civil immigration enforcement.

9.  These members additionally fear that the IRS's mass sharing of data with ICE will subject them to mistaken immigration enforcement actions based on misidentification. As these members live in communities with many immigrants and have names similar or identical to immigrants in their communities, sharing IRS address information freely with immigration enforcement authorities is likely to result in misidentifying individuals targeted in immigration enforcement efforts. NFFE members in these communities fear that such free sharing of IRS data will result in such misidentification.

Washington, DC

Executed on August 18, 2025

Yvette M. Piacsek
General Counsel
National Federation of Federal Employees
   IAMAW, AFL-CIO
1225 New York Ave. NW, Suite 450
Washington, D.C. 20005
Ypiacsek@nffe.org