# Exhibit 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> INTERNAL REVENUE SERVICE et al., <br><br> *Defendants*. | Civil Action No. 25-cv-457-CKK |

## DECLARATION OF JOHN DOE

I, John Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a union member of the National Federation of Federal Employees ("NFFE"). I have been a member of NFFE since 2021.

2. I worked for the Federal Government for 15 years as a Wildland Firefighter in communities that serve immigrant communities and have worked alongside immigrants throughout my life. I am an active Union Steward that represents federal employees that are unjustly disciplined at a National Level. I actively work with members of Congress to represent federal employees while working with Agency leaders to advocate for a better work environment. The work I do helps enhance protections for federal employees, that will ultimately help the public that they serve.

3. I am a taxpayer and have submitted my personal information to the Internal Revenue Service ("IRS") with the expectation that my information data would be protected and only disclosed or accessed in limited circumstances and according to the law.

4. The information I provide to the IRS is very personal and includes sensitive information I do not want widely disclosed.

5. I have serious anxiety and fear that now, my data, and the data of my loved ones, may be accessed or disclosed for purposes I thought were impermissible.

6. The recent large-scale sharing of IRS data with ICE makes me very fearful about the security of my data and the government's use of my data.

7. Though I am a citizen, I am very worried about my family, friends, and colleagues who may be at increased risk. Practically everyone I work or have worked with has family that has immigrated to the U.S., many are undocumented, and most are Hispanic ethnicity. My family has roots of coming to this country undocumented.

8. I fear that their confidential tax information will be shared with ICE improperly for the purposes of civil immigration enforcement.

9. I also fear that the IRS's mass sharing of data with ICE will subject me to mistaken immigration enforcement actions based on misidentification.

California

Executed on August 19, 2025

*John Doe*

John Doe