IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, *et al.*,

    *Plaintiffs*,

v.

INTERNAL REVENUE SERVICE, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00457-CKK

**[PROPOSED] ORDER**

Having considered Plaintiffs' motion for a stay under 5 U.S.C. § 705 or, in the alternative, for a preliminary injunction; Defendants' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Plaintiffs' motion is DENIED.

SO ORDERED.

Dated: _____

                                                    Hon. Colleen Kollar-Kotelly
                                                    United States District Judge