UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br>INTERNAL REVENUE SERVICE et al.,<br><br>*Defendants*. | Civil Action No. 25-cv-457-CKK |

**PLAINTIFF'S RESPONSE TO COURT ORDER**

In response to the Court's Minute Order dated September 5, 2025, requesting that Plaintiffs provide the Court with details of the effect that the IRS's actions may have on federal funding received by the Center for Taxpayer Rights, including details regarding any federal reporting requirements associated with the funding, Plaintiffs submit the following information:

The Defendants' actions, challenged by Plaintiffs, perceptibly impair Plaintiff Center for Taxpayer Rights' ability to provide services to its clients in ways that jeopardize its federal funding under the Low-Income Taxpayer Clinic (LITC) Grant Program. *See generally* Third Decl. of Nina Olson, Exhibit 14. Plaintiff reiterates that, irrespective of the continued flow of federal funds, this obstruction of the Center's ability to provide services impairs its fulfillment of a core part of the Center's mission.

                                                Respectfully submitted,

                                                */s/ Daniel A. McGrath*
                                                Daniel A. McGrath (D.C. Bar No. 1531723)

Johanna M. Hickman (D.C. Bar No. 981770)
Madeline H. Gitomer (D.C. Bar No 1023447)
Robin Thurston (D.C. Bar No. 1531399)
Steven Y. Bressler (D.C. Bar No. 482492)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
hhickman@democracyforward.org
mgitomer@democracyforward.org
rthurston@democracyforward.org
sbressler@democracyforward.org

*Counsel for Plaintiffs*