# EXHIBIT 1



*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, NW
Washington, DC 20536

June 27, 2025

Dear Commissioner Long,

    In accordance with the Memorandum of Understanding (MOU) signed between the U.S. Department of the Treasury, Internal Revenue Service (IRS) and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) for the Exchange of Information for Nontax Criminal Enforcement, signed on or about April 7, 2025, this letter serves as ICE's written request for the last known address of the individuals listed in the information request sent to the IRS by ICE via Kiteworks, the IRS' preferred file sharing platform, on June 25, 2025 (the "Information Request").

    The Information Request was electronically submitted to the IRS by ICE and contained a data file titled EARM_Full_Delta_Schema_v2.zip (the "Data File"). As set forth in Section 6 of the MOU and as required by IRC § 6103(i)(2)(A) & (B), each line of the Data File is hereby modified to include the following information:

- the designated nontax Federal criminal statute is 8 U.S.C. § 1253(a)(1)); and

- the reason for this request is to permit the U.S. Department of Homeland Security to conduct its mission in furtherance of its statutory mandate, and in preparation for judicial or administrative proceedings, or investigation that may lead to such proceedings, pertaining to the enforcement of 8 U.S.C. § 1253(a)(1), other specifically designated Federal criminal statute, or any subsequent criminal proceedings; and

- the reason why each requested disclosure is, or may be, relevant to such proceeding or investigation is that the requested information may contain address information which is potentially at issue with respect to investigating or proving a violation under 8 U.S.C. § 1253(a)(1); and

- the point of contact field in the Data File is the identity of the officer(s) and/or employe(es) who are personally and directly engaged in the criminal proceeding or criminal investigation; and

- ICE attests that the information will only be used by officers and employees of ICE solely for the preparation for judicial or administrative proceedings, or investigation that may lead to such proceedings, pertaining to the enforcement of 8 U.S.C. § 1253(a)(1),

**FOR OFFICIAL USE ONLY**

other specifically designated Federal criminal statute, or any subsequent criminal proceedings.

Thank you for your immediate attention to this matter.

Sincerely,

Todd M. Lyons
Acting Director

**FOR OFFICIAL USE ONLY**