# EXHIBIT 3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

Date: August 7, 2025

Todd M. Lyons
Acting Director
United States Immigration and Customs Enforcement (ICE)
Department of Homeland Security (DHS)
Washington, DC 20536

Subject:  IRS-DHS Memorandum of Understanding – Production of Address Information

Dear Acting Director Lyons:

We are writing in response to your letter dated June 27, 2025, in which you requested, pursuant to the IRS-DHS Memorandum of Understanding dated April 7, 2025, and the IRS-DHS Implementing Agreement dated April 18, 2025 (collectively, the "MOU"), the last known addresses of individuals listed in a data file you transmitted separately to the IRS via Kiteworks on June 25, 2025.

The IRS has processed your request and is providing the last known addresses of identifiable individuals in a datafile titled earm_full_delta_schema_v2_irsoutput_20250806.csv (the "Data File") and transmitted to ICE via Kiteworks on August 6, 2025.  Pursuant to the MOU, the Data File also indicates a "no match" for the individuals whose addresses the IRS was unable to identify from the information you provided.  Please note that the addresses being provided in the datafile are the last known addresses of the identifiable individuals as of August 6, 2025, the date we completed processing your request.  Address information in IRS records may change thereafter if IRS receives change of address information from individuals or from the U.S. Postal Service.

You are provided this information with the understanding that it will be used strictly in accordance with, and subject to the limitations and disclosure provisions of, section 6103(i)(2) of the Internal Revenue Code (IRC) (26 U.S.C. § 6103(i)(2)) and the MOU.  As provided therein, the information can only be disclosed to the persons and only for the purposes described in section 6103(i)(2).  Information disclosed or used contrary to these provisions may subject the agency to civil damages under IRC Section 7431, and its employees (including contractors) to criminal liability under IRC Sections 7213 or 7213A, as well as Section 1905 of Title 18 of the United States Code.

2

If you have any questions, please contact me.

Very truly yours,

James D. Keith Jr.

Digitally signed by James D. Keith Jr.
Date: 2025.08.07 14:47:55 -04'00'

James Keith
Coordinating Director,
Taxpayer Services and Experience,
Information Technology
Internal Revenue Service