# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00457-CKK |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF DEADLINE TO FILE THE ADMINISTRATIVE RECORD IN LIGHT OF LAPSE OF APPROPRIATIONS

Upon consideration of Defendants' Motion for Stay of Deadline to File the Administrative Record in Light of Lapse of Appropriations (the "Motion"), for good cause shown, it is hereby ORDERED that the Motion is **GRANTED**. It is further **ORDERED** that the deadline for filing the administrative record is suspended and that, once the restoration of appropriations to the Department of Justice has occurred, the deadline for filing the administrative record will be set in the manner provided by Standing Order No. 25-55.

**SO ORDERED.**

**Dated:** October ___, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge