AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Taxpayer Rights, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00457 |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:    10/10/2025

/s/ Steven Y. Bressler
*Attorney's signature*

Steven Y. Bressler (Bar No. 482492)
*Printed name and bar number*

P.O. Box 34553,
Washington, D.C. 20043

*Address*

sbressler@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*