IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

**UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE ADMINISTRATIVE RECORD**

Defendants respectfully move to extend by three business days—from Friday, October 24, 2025, to Wednesday, October 29, 2025—the deadline for Defendants to file their administrative record and to file a motion (if any) for exemption from disclosure of any document that would otherwise be part of the administrative record subject to a privilege other than the deliberative process privilege. Plaintiffs' deadline to file any objections to Defendants' designation of the administrative record would then be extended until November 3, 2025. Plaintiffs relayed that they do not oppose this motion. As good cause for this request, Defendants state the following:

1. On September 5, 2025, this Court held a hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 30. *See* Minute Order (D.D.C. Sep. 9, 2025).

2. Following that hearing, this Court determined that it required an administrative record to resolve Plaintiffs' Motion for Preliminary Injunction, ECF No. 30, and ordered Defendants to file "the administrative record underlying the decisions challenged in this case on or before October 24, 2025." Minute Order (D.D.C. Sep. 9, 2025). This Court further ordered

that, "[i]f Defendants take the position that any document that would otherwise be part of the administrative record is subject to a privilege other than the deliberative process privilege, Defendants shall promptly file a motion for exemption from disclosure, which the Court shall resolve in due course." *Id.*

3.  Although Defendants have worked diligently to prepare the administrative record under the accelerated schedule that this Court ordered, Defendants now seek an additional three business days to complete compilation and review of the administrative record. Good cause supports this extension. At 12:00 A.M. on October 1, 2025, the Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, 139 Stat. 9 (Mar. 15, 2025) expired. *See* Standing Order No. 25-55 (D.D.C. Oct. 1, 2025). As a result of the lapse in appropriations, agency counsel has worked to compile the administrative record with limited agency resources. Additionally, due to the lapse in appropriations, the electronic platform used to compile the administrative record was unavailable for three business days.

4.  Undersigned counsel conferred with counsel for Plaintiffs regarding the requested extension. Plaintiffs do not oppose the relief requested.

For these reasons, Defendants respectfully request that the Court extend by three business days—from Friday, October 24, 2025, to Wednesday, October 29, 2025—the deadline for Defendants to file their administrative record and to file a motion (if any) for exemption from disclosure of any document that would otherwise be part of the administrative record subject to a privilege other than the deliberative process privilege.

A proposed order is attached.

Dated: October 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
_____
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

3