UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR TAXPAYER RIGHTS, et al.,

Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,

Defendants.

Civil Action No. 25-0457 (CKK)

ORDER
(October 22, 2025)

Considering Defendants' Unopposed Motion to Extend Defendants' Deadline to File Administrative Record, it is

**ORDERED** that the Motion is **GRANTED**. Defendants' deadline to file the administrative record and to file a motion (if any) for exemption from disclosure of any document that would otherwise be part of the administrative record subject to a privilege other than the deliberative process privilege is hereby extended from October 24, 2025, to October 29, 2025.

It is **FURTHER ORDERED** that, if Defendants file a motion with the administrative record to exempt certain documents from disclosure, Defendants shall first confer with Plaintiffs and attempt to reach a resolution regarding such documents before filing such motion, and inform the Court, in writing, of the outcome of this conference.

**ORDERED** that Plaintiffs' deadline to file any objections to Defendants' designation of the administrative record is extended until November 3, 2025.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1