| Document Number | Begin Bates | End Bates | Title |
|---|---|---|---|
|  | | | Memorandum of Understanding |
| 1 | TD_0000001 | TD_0000002 | Email: RE: As discussed |
| 2 | TD_0000003 | TD_0000005 | Email: FW: ICE Request for Taxpayer Addresses |
| 3 | TD_0000006 | TD_0000008 | Attachment to email FW: ICE Request for Taxpayer Addresses: 6103 - statutory excerpts |
| 4 | TD_0000009 | TD_0000010 | Email: FW: DOGE ICE Information Request |
| 5 | TD_0000011 | TD_0000011 | Email: FW: Follow Up |
| 6 | TD_0000012 | TD_0000015 | Attachment to email FW: Follow Up: IRS ICE Follow Up Questions |
| 7 | TD_0000016 | TD_0000016 | Email: Notice of SB Action |
| 8 | TD_0000017 | TD_0000033 | Action Memorandum: DHS-IRS Information Sharing MOU |
| 9 | TD_0000034 | TD_0000048 | MOU |
|  | | | Implementation Agreement |
| 10 | TD_0000049 | TD_0000050 | Email: RE: Counsel contacts |
| 11 | TD_0000051 | TD_0000051 | Meeting/Teleconference Invitation: Implementation MOU Discussion |
| 12 | TD_0000052 | TD_0000055 | Implementation Agreement for MOU |
|  | | | Data Exchange Request |
| 13 | TD_0000056 | TD_0000071 | *Centro de Trabajadores Unidos et al. v. Bessent,* 25-cv-677-DLF (D.D.C.) - Order on Preliminary Injunction Motion |
| 14 | TD_0000072 | TD_0000078 | Email: RE: [EXT] IRS - ICE data exchange |
| 15 | TD_0000079 | TD_0000082 | Attachment to email RE: [EXT] IRS - ICE data exchange: SLFT Adhoc - User Guide for SFTP Connection Setup |
| 16 | TD_0000083 | TD_0000089 | Email: RE: Update |
| 17 | TD_0000090 | TD_0000090 | Meeting/Teleconference Invitation: Telcon w DHSA |
| 18 | TD_0000091 | TD_0000092 | Email: RE: Telcon w DHSA (follow-up from yesterday) |
| 19 | TD_0000093 | TD_0000093 | Email: DHS Update |
| 20 | TD_0000094 | TD_0000094 | Meeting/Teleconference Invitation: Telcon w DHSA (follow-up from yesterday) |
| 21 | TD_0000095 | TD_0000095 | Meeting/Teleconference Invitation: Discussion |
| 22 | TD_0000096 | TD_0000096 | Meeting/Teleconference Invitation: Telcon w DHSA (follow-up from Tuesday & Wednesday) |
| 23 | TD_0000097 | TD_0000102 | Portion of ICE datafile received on June 25, 2025: earm_full_delta_schema_v2_irsoutput_20250806.csv |
| 24 | TD_0000103 | TD_0000107 | Email: FW: Letter from ICE |
| 25 | TD_0000108 | TD_0000111 | Email: FW: Letter from ICE |
| 26 | TD_0000112 | TD_0000113 | Attachment to email FW: Letter from ICE: AD1 Memo to IRS Commission Request for Information, dated June 27, 2025 |

| 27 | TD_0000114 | TD_0000118 | Email: RE: Letter from ICE |
|---|---|---|---|
| 28 | TD_0000119 | TD_0000119 | Email: DHS Data Analysis |
| 29 | TD_0000120 | TD_0000121 | Meeting/Teleconference Invitation: Data Exchange |
| 30 | TD_0000122 | TD_0000122 | Meeting/Teleconference Invitation: DHS MOU Implementation |
| 31 | TD_0000123 | TD_0000124 | Meeting/Teleconference Invitation: DHS MOU |
| 32 | TD_0000125 | TD_0000128 | DHS-ICE Data Exchange Overview |
| 33 | TD_0000129 | TD_0000130 | DHS-ICE Data Exchange Draft QC |
| 34 | TD_0000131 | TD_0000131 | Email: IRS-DHS ICE Update (Information only) |
| 35 | TD_0000132 | TD_0000134 | Email: REQUEST: Meeting to update and request approval for the DHS/IRS data sharing |
| 36 | TD_0000135 | TD_0000135 | Email: DHS Notes for Briefing |
| 37 | TD_0000136 | TD_0000140 | Attachment to email DHS Notes for Briefing : DHS-ICE Data Exchange Overview |
| 38 | TD_0000141 | TD_0000142 | Meeting/Teleconference Invitation: URGENT: DHS x IRS Data Sharing Approval |
| 39 | TD_0000143 | TD_0000144 | Letter from IRS to DHS re: IRS-DHS Memorandum of Understanding - Production of Address Information, dated August 7, 2025 |
| 40 | TD_0000145 | TD_0000147 | Email: RE: Next Steps: MOU |
| **Authorities** | | | |
| 41 | TD_0000148 | TD_0000202 | 26 U.S.C. § 6103 Confidentiality and disclosure of returns and return information |
| 42 | TD_0000203 | TD_0000205 | 8 U.S.C. § 1253 Penalties related to removal |
| 43 | TD_0000206 | TD_0000207 | 26 U.S.C. § 7213A Unauthorized inspection of returns or return information |
| 44 | TD_0000208 | TD_0000210 | 26 U.S.C. § 7213 Unauthorized disclosure of information |
| 45 | TD_0000211 | TD_0000213 | 26 U.S.C. § 7431 Civil damages for unauthorized inspection or disclosure of returns and return information |
| 46 | TD_0000214 | TD_0000227 | 26 U.S.C. § 7803 Commissioner of Internal Revenue; other officials |
| 47 | TD_0000228 | TD_0000232 | 26 C.F.R. § 301.6103(i)-1 Disclosure of returns and return information (including taxpayer return information) to and by officers and employees of DOJ or another Federal agency for use in Federal grandy jury proceeding, or preparation for proceeding or investigation, involving enforcement of Federal criminal statute not involving tax administration |
| 48 | TD_0000233 | TD_0000448 | IRS Publication 1075 - Tax Information Security Guidelines |
| 49 | TD_0000449 | TD_0000452 | 6 U.S.C. § 112 Secretary; functions |
| 50 | TD_0000453 | TD_0000463 | 8 U.S.C. § 1103 Powers and duties of the Secretary, the Under Secretary, and the Attorney General |
| 51 | TD_0000464 | TD_0000503 | 44 U.S.C. § 3551, Subchapter II (the Federal Information Security Management Act), Purposes |
| 52 | TD_0000504 | TD_0000505 | 28 U.S.C. § 1346 United States as defendant |

| 53 | TD_0000506 | TD_0000508 | Executive Order 14161, January 20, 2025 |
|---|---|---|---|
| 54 | TD_0000509 | TD_0000527 | Federal Information Security Modernization Act of 2014 |
| 55 | TD_0000528 | TD_0001019 | NIST Special Publication 800-53 - Security and Privacy Controls for Information Systems and Organizations |
| 56 | TD_0001020 | TD_0001066 | OMB M-17-12 Memorandum for Heads of Executive Departments and Agencies |
| 57 | TD_0001067 | TD_0001076 | 82 FR 43556 |
| 58 | TD_0001077 | TD_0001156 | 80 FR 54064 |
| 59 | TD_0001157 | TD_0001162 | 85 FR 74362 |
| 60 | TD_0001163 | TD_0001170 | 89 FR 55638 |
| 61 | TD_0001171 | TD_0001218 | Anti Deficiency Act, 31 U.S.C. §§ 1341-1519 |
| 62 | TD_0001219 | TD_0001222 | 26 C.F.R. § 301.6103(p)(4)-1 Procedures relating to safeguards for returns or return information |
| 63 | TD_0001223 | TD_0001226 | 26 C.F.R. § 301.6103(p)(7)-1 Procedures for administrative review of a determination that an authorized recipient has failed to safeguard returns or return information |
| 64 | TD_0001227 | TD_0001311 | Circular No. A-130 - Managing Information as a Strategic Resource |
| 65 | TD_0001312 | TD_0001456 | IRS The General Records Schedules |