*(CE-4) Automated Audit Actions:* Automatically audit account creation, modification, enabling, disabling and removal actions.

*(CE-7) Privileged User Accounts:*

    a.  Establish and administer privileged user accounts in accordance with a role-based access scheme; an attribute-based access scheme

    b.  Monitor privileged role or attribute assignments;

    c.  Monitor changes to roles or attributes; and

    d.  Revoke access when privileged role or attribute assignments are no longer appropriate.

*(CE-9): Restrictions on Use of Shared and Group Accounts:* Only permit the use of shared and group accounts that meet agency-defined conditions for establishing shared and group accounts.

<u>Supplemental Guidance</u>: Before permitting the use of shared or group accounts, organizations consider the increased risk due to the lack of accountability with such accounts. This includes service accounts that can be used for computer logon by a user (e.g., interactive logon is not disabled).

*(CE-12) Account Monitoring for Atypical Usage:*

    a.  Monitor system accounts for agency-defined atypical usage; and

    b.  Report atypical usage of system accounts to agency-defined personnel or roles.

<u>Supplemental Guidance</u>: Atypical usage includes accessing systems at certain times of the day or from locations that are not consistent with the normal usage patterns of individuals.

*(CE-13): Disable Accounts for High-Risk Individual:* Disable accounts of users posing a significant risk within **one (1) day** of discovery of the risk.

<u>Supplemental Guidance</u>: Users posing a significant risk to organizations include individuals for whom reliable evidence or intelligence indicates either the intention to use authorized access to systems to cause harm or through whom adversaries will cause harm. Such harm includes the potential adverse impacts to organizational operations and assets, individuals, other organizations, the state, or the Nation. Close coordination and cooperation among authorizing officials, system administrators and human resource managers is essential for timely execution of this control enhancement.

## AC-3 Access Enforcement

Enforce approved authorizations for logical access to information and system resources in accordance with applicable access control policies.

*(IRS-Defined):* Users having accounts with administrator access privileges may access those accounts only from agency-owned or authorized contractor systems.

<u>Supplemental Guidance</u>: A key intent is to prohibit personally-owned or public kiosk (e.g., library) systems from being used for remote administrator access. If individuals with administrator rights require email or Internet access beyond local boundaries, one alternative would be to issue separate, non-privileged accounts (one per affected individual) for that purpose. For the considerations of this section, administrator accounts/rights are those that allow for the installation or configuration of software on agency assets receiving, processing, storing, accessing, protecting and/or transmitting FTI.

TD_0000322

Control Enhancements:

*(CE-9) Controlled Release:* Release information outside of the system only if:

    a. The receiving system accessing, processing, storing, or transmitting FTI provides Publication 1075 required protections; and

    b. Agency-defined controls, Publication 1075 requirements, FedRAMP ATO are used to validate the appropriateness of the information designated for release.

*(CE-11) Restrict Access to Specific Information Types:* Restrict access to data repositories containing Federal Tax Information.

## AC-4 Information Flow Enforcement

Enforce approved authorizations for controlling the flow of information within the system and between interconnected systems based **on the technical safeguards in place to protect Federal Tax Information (FTI).**

Additional requirements for protecting the flow of FTI can be found in Section 3.3, Technology-Specific Requirements.

## AC-5 Separation of Duties

    a. Identify and document separate duties of individuals to prevent harmful activity without collusion; and

    b. Define system access authorizations to support separation of duties.

## AC-6 Least Privilege

Employ the principle of least privilege, allowing only authorized accesses for users (or processes acting on behalf of users) that are necessary to accomplish assigned organizational tasks.

Control Enhancements:

*(CE-1): Authorize Access to Security Functions:* Authorize Access for Security Functions to:

    a. Explicitly authorize access to security functions deployed in hardware, software, and firmware; and

    b. Security-relevant information.

*(CE-2): Non-Privileged Access for Nonsecurity Functions:* Require that users of system accounts or roles with access to security functions including but not limited to: establishing system accounts, configuring access authorizations (i.e., permissions, privileges), setting events to be audited and setting intrusion detection parameters use non-privileged accounts or roles, when accessing nonsecurity functions.

*(IRS-Defined):* Prohibit accounts with administrative privileges (including local administrator rights) from web browsing and other Internet connections outside of the local protected boundary unless such risk is accepted in writing by the agency's CISO.

*(IRS-Defined):* Block accounts with administrative privileges (including local administrator rights) from access to email unless such risk is accepted in writing by the agency's CISO.

TD_0000323

*(CE-6): Privileged Access by Non-Organizational Users:* Prohibit privileged access to the system by non-organizational users.

*(CE-7): Review of User Privileges*

    a. Review **annually** the privileges assigned to **FTI** to validate the need for such privileges; and

    b. Reassign or remove privileges, if necessary, to correctly reflect organizational mission and business needs.


*(CE-8): Privilege Levels for Code Execution:* Prevent the following software from executing at higher privilege levels than users executing the software: agency-defined software.

Supplemental Guidance: This item should be tracked on the agency's POA&M.

*(CE-9): Auditing Use of Privileged Functions:* Audit the execution of privileged functions.

*(CE-10): Prohibit Non-privileged Users from Executing Privileged Functions:* Prevent non-privileged users from executing privileged functions.

<u>Supplemental Guidance</u>: If individuals with administrator rights require email or Internet access beyond local boundaries, one alternative would be to issue separate, non-privileged accounts (one per affected individual) for that purpose. For the considerations of this section, administrator accounts/rights are those that allow for the installation or configuration of software on any agency assets receiving, processing, storing, accessing, protecting and/or transmitting FTI.

<u>Supplemental Guidance</u>: If individuals with administrator rights require email or Internet access beyond local boundaries, one alternative would be to issue separate, non-privileged accounts (one per affected individual) for that purpose. For the considerations of this section, administrator accounts/rights are those that allow for the installation or configuration of software on any agency assets storing, processing, transmitting, or protecting FTI.

## AC-7: Unsuccessful Logon Attempts

    a. Enforce a limit of **three (3) consecutive** invalid logon attempts by a user during a **120-minute** period; and

    b. Automatically lock the account for **15 minutes** or until **released by an administrator** when the maximum number of unsuccessful attempts is exceeded.

Control Enhancements:

*(CE-2): Purge or Wipe Mobile Device:* Purge or wipe information from mobile devices based on agency-defined purging or wiping requirements and techniques after **ten (10) consecutive**, unsuccessful device logon attempts.

<u>Supplemental Guidance</u>: This control enhancement applies only to mobile devices for which a logon occurs. The logon is to the mobile device, not to any one account on the device. Successful logons to accounts on mobile devices reset the unsuccessful logon count to zero. Purging or wiping may be unnecessary if the information on the device is protected with sufficiently strong encryption mechanisms.

TD_0000324

## AC-8: System Use Notification

a. Display a warning banner to users before granting access to the system that provides privacy and security notices consistent with applicable laws, executive orders, directives, regulations, policies, standards, and guidelines and state that:

   1. Users are accessing a U.S. Government System;

   2. System usage may be monitored, recorded, and subject to audit;

   3. Unauthorized use of the system is prohibited and subject to criminal and civil penalties; and

   4. Use of the system indicates consent to monitoring and recording;

b. Retain the notification message or banner on the screen until users acknowledge the usage conditions and take explicit actions to log on to or further access the system; and

c. For publicly accessible systems:

   1. Display system use information warning banner before granting further access to the publicly accessible system;

   2. Display references, if any, to monitoring, recording, or auditing that are consistent with privacy accommodations for such systems that generally prohibit those activities and

   3. Include a description of the authorized uses of the system.

Supplemental Guidance: The warning banner must be applied at the application, database, operating system, and network device levels for all systems that receive, process, store, or transmit FTI.

For sample warning banners approved by the Office of Safeguards, see Exhibit 8.

## AC-11: Device Lock

a. Prevent further access to the system by initiating a device lock after **15 minutes** of inactivity; requiring the user to initiate a device lock before leaving the system unattended; and

b. Retain the device lock until the user reestablishes access using established identification and authentication procedures.

Supplemental Guidance: Device locks are temporary actions taken to prevent logical access to organizational systems when users stop work and move away from the immediate vicinity of those systems but do not want to log out because of the temporary nature of their absences. Device locks are implemented where session activities can be determined. This is typically at the operating system level but can also be at the application level. Device locks are not an acceptable substitute for logging out of systems, for example, if organizations require users to log out at the end of workdays.

Control Enhancements:

*(CE-1): Pattern-Hiding Displays:* Conceal, via the device lock, information previously visible on the display with a publicly viewable image.

Supplemental Guidance: The pattern-hiding display can include static or dynamic images, for example,

patterns used with screen savers, photographic images, solid colors, clock, battery life indicator or a blank screen, with the caveat that controlled unclassified information is not displayed.

## AC-12: Session Termination

Automatically terminate a user session after **30 minutes of inactivity.**

Supplemental Guidance: This control addresses the termination of user-initiated logical sessions in contrast to SC-10 which addresses the termination of network connections that are associated with communications sessions (i.e., network disconnect). A logical session (for local, network and remote access) is initiated whenever a user (or process acting on behalf of a user) accesses an agency system. Such user sessions can be terminated without terminating network sessions. Session termination terminates all processes associated with a user's logical session except those processes that are specifically created by the user (i.e., session owner) to continue after the session is terminated. Conditions or trigger events requiring automatic session termination can include, for example, organization-defined periods of user inactivity, targeted responses to certain types of incidents, time-of-day restrictions on system use.

Control Enhancements:

*(CE-1): User-Initiated Logouts:* Provide a logout capability for user-initiated communications sessions whenever authentication is used to gain access to systems accessing, processing, storing, or transmitting FTI.

## AC-14: Permitted Actions Without Identification or Authentication

a.  Identify specific user actions that can be performed on the system without identification or authentication consistent with organizational mission and business functions and

b.  Document and provide supporting rationale in the security plan for the system, user actions not requiring identification or authentication.

Supplemental Guidance:  This control addresses situations in which agencies determine that no identification or authentication is required in agency systems. Agencies may allow a limited number of user actions without identification or authentication including, for example, when individuals access public websites. Access to FTI without identification and authentication is strictly prohibited.

## AC-17: Remote Access

a.  Establish and document usage restrictions, configuration/connection requirements and implementation guidance for each type of remote access allowed; and

b.  Authorize each type of remote access to the system prior to allowing such connections.

Supplemental Guidance: Remote access is access to agency systems (or processes acting on behalf of users) communicating through external networks such as the Internet. Remote access methods include, for example, dial-up, broadband, and wireless. Remote access controls apply to systems other than public web servers or systems designed for public access. Any remote access where (i) FTI is accessed or (ii) an FTI environment is administered over the remote connection must be performed using multifactor authentication. Requirements of multifactor authentication are provided in NIST Control IA-2: Identification and Authentication (Organizational Users).

TD_0000326

Control Enhancements:

*(CE-1): Monitoring and Control:* Employ automated mechanisms to monitor and control remote access methods.

*(CE-2): Protection of Confidentiality and Integrity Using Encryption:* Implement cryptographic mechanisms to protect the confidentiality and integrity of remote access sessions.

*(CE-3): Managed Access Control Points:* Route remote accesses through authorized and managed network access control points.

*(CE-4): Privileged Commands and Access*

    a.  Authorize the execution of privileged commands and access to security-relevant information via remote access only in a format that provides assessable evidence and for the following needs: compelling operational needs defined by the agency; and

    b.  Document the rationale for remote access in the security plan for the system.

<u>Supplemental Guidance</u>: Rationale must be documented in agency's SSR as it relates to the FTI environment.

*(CE-9): Disconnect or Disable Access:* Provide the capability to disconnect or disable remote access to the system within agency-defined time period.

## AC-18: Wireless Access

    1.  Establish configuration requirements, connection requirements, and implementation guidance for each type of wireless access; and

    2.  Authorize each type of wireless access to the system prior to allowing such connections.

Control Enhancements:

*(CE-1): Authentication and Encryption:* Protect wireless access to the system using authentication of both users and devices and encryption.

*(CE-3): Disable Wireless Networking:* Disable, when not intended for use, wireless networking capabilities embedded within system components prior to issuance and deployment.

<u>Supplemental Guidance</u>: Disable (through automated means, where technically possible) unapproved wireless networking capabilities of desktops, laptops, printers, copiers, fax machines, SCADA systems and other devices; and monitor through automated means for unauthorized changes. One alternative yet acceptable approach to "monitoring through automated means" is regularly pushing out settings that restrict unapproved wireless connections.

*(IRS-Defined)*: Guest wireless networks operated by or on behalf of the agency, data center or vendor managed facilities must be completely logically separate from all other secured internal networks.

*(IRS-Defined)*: Monitor for unauthorized wireless access to the information system and enforce requirements for wireless connections to the information system.

TD_0000327

*(IRS-Defined):* Employ security mechanisms for wireless networks consistent with the sensitivity of the information to be transmitted. FIPS 140 validated encryption must be employed in all wireless networks used to access FTI and/or manage an FTI environment.

*(IRS-Defined*): Perform both attack monitoring and vulnerability monitoring on the wireless network to support WLAN security.

Additional requirements for protecting FTI on wireless networks are provided in Section 3.3.6, Network Boundary and Infrastructure.

## AC-19: Access Control for Mobile Devices

a.  Establish configuration requirements, connection requirements and implementation guidance for organization-controlled mobile devices to include when such devices are outside of controlled areas; and

b.  Authorize the connection of mobile devices to organizational systems.

Supplemental Guidance: A mobile device is considered a computing device that has a small form factor such that it can easily be carried by a single individual; is designed to operate without a physical connection; possesses local, non-removable or removable data storage; and includes a self-contained power source. Mobile device requirements are not applicable to laptop computers.

Control Enhancements:

*(CE-5): Full Device and Container-Based Encryption:* Employ full-device encryption using the latest FIPS 140 validated encryption on areas where FTI resides to protect the confidentiality and integrity of information on agency-owned mobile devices and mobile devices that are part of a BYOD implementation. POA&M findings must be documented and tracked when no such encryption technology solutions are available to address a specific device,

Additional requirements on protecting FTI accessed by mobile devices are provided in Section 3.3.4, Mobile Devices, Section 2.C.7, Offshore Operations and on the Office of Safeguards website.

## AC-20: Use of External Systems

a.  Establish terms and conditions, consistent with the trust relationships established with other organizations owning, operating and/or maintaining external systems, allowing authorized individuals to:

1.  Access the system from external systems; and

2.  Process, store, or transmit organization-controlled information using external systems; or

b.  Prohibit the use of non-agency managed external systems.

Supplemental Guidance: External information systems, or non-agency-owned equipment, include any technology used to receive, process, store, access, protect and/or transmit FTI that is not owned and managed by 1) the agency or the agency-run mobile device management system, 2) a state's consolidated IT office, 3) one of the agency's approved contractors or sub-contractors (e.g., print vendors, collections agencies, application development contractors, network engineers at a state consolidated IT office, etc.) or 4) one of the agency's constituent counties. To ensure a third-party contractor system is not considered an external information system, the agency must include Exhibit 7 language in its contract with the service provider. Examples of external information systems include but are not limited to: 1)

TD_0000328

personally-owned devices, which includes any device owned by an individual employee, rather than the agency itself; and 2) devices owned and managed by agency stakeholders that do not have proper approvals to receive, process, store, access, protect and/or transmit FTI.

Control Enhancements:

*(CE-2): Portable Storage Devices - Restricted Use*: Restrict the use of organization-controlled portable storage devices by authorized individuals on external systems using organizational-defined policy.

*(CE-3): Non-Organizationally Owned Systems and Components - Restricted Use:* Restrict the use of non-organizationally owned systems or system components to process, store, or transmit organizational information using Publication 1075 requirements.

Supplemental Guidance: The IRS Office of Safeguards allows connections from external information systems only in the event the agency has configured a virtual desktop infrastructure (VDI) solution to receive, secure and manage remote connections.

*(IRS-Defined)*: Approval by the agency CISO is required for connection of non-government furnished or contractor-owned IT devices (including USB-connected portable storage and mobile devices) to agency-owned systems or networks receiving, processing, storing, accessing, protecting and/or transmitting FTI. This requirement does not apply to networks and systems intended for use by the general public.

Additional VDI requirements are provided in Section 3.3.7, Virtual Desktop Infrastructure and on the Office of Safeguards website.

*(CE-5): Portable Storage Devices - Prohibited Use:* Prohibit the use of organization-controlled portable storage devices by authorized individuals on external systems.

# AC-21: Information Sharing

a. Enable authorized users to determine whether access authorizations assigned to a sharing partner match the information's access and **use restrictions for information sharing circumstances where user discretion is required and permitted by IRC § 6103**; and

b. Employ **automated mechanisms or manual processes compliant with IRC § 6103** to assist users in making information sharing and collaboration decisions.

Supplemental Guidance: The agency must restrict the sharing/re-disclosure of FTI to only those authorized in IRC § 6103 and as approved by the Office of Safeguards.

# AC-22: Publicly Accessible Content

a. Designate individuals authorized to make information publicly accessible;

b. Train authorized individuals to ensure that publicly accessible information does not contain nonpublic information;

c. Review the proposed content of information prior to posting onto the publicly accessible system to ensure that nonpublic information is not included; and

d. Review the content on the publicly accessible system for nonpublic information at a **minimum quarterly** and remove such information, if discovered.

TD_0000329

<u>Supplemental Guidance:</u> FTI is considered nonpublic information and may never be posted or shared on a publicly accessible system.

## AC-23: Data Mining Protection

Employ agency-defined data mining prevention and detection techniques for agency-defined data storage objects to detect and protect against unauthorized data mining.

TD_0000330

## 4.2 AWARENESS AND TRAINING

### AT-1: Awareness and Training Policy and Procedures

a. Develop, document, and disseminate to **designated agency officials:**

   1. An agency or organization-level security and privacy and awareness and training policy that:

      (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

      (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

   2. Procedures to facilitate the implementation of the awareness and training policy and the associated awareness and training controls;

b. Designate an agency official to manage the development, documentation, and dissemination of the awareness training policy and procedures; and

c. Review and update the current awareness and training:

   1. Policy **every three (3) years (or if there is a significant change)**; and

   2. Procedures **every three (3) years (or if there is a significant change)**.

### AT-2: Awareness Training

a. Provide security and privacy literacy training to system users (including managers, senior executives, and contractors):

   1. As part of initial training for new users and annually thereafter; and

   2. When required by system changes or following assessment or audit findings, security or privacy incidents, or changes in applicable laws, executive orders, directives, regulations, policies, standards, and guidelines;

b. Employ the following techniques to increase the security and privacy awareness of system users by providing one or more short ad hoc sessions and include topical information on recent attack schemes, changes to organizational security and privacy policies, revised security and privacy expectations, or a subset of topics from the initial training.

c. Update literacy training and awareness content annually and following system changes and

d. Incorporate lessons learned from internal or external security or privacy incidents into literacy training and awareness techniques.

Control Enhancements:

*(CE-1): Practical Exercises:* Provide practical exercises in literacy training that simulate events and incidents.

<u>Supplemental Guidance</u>: Practical exercises may include, for example, no-notice social engineering

attempts to collect information, gain unauthorized access or simulate the adverse impact of opening malicious email attachments or invoking, via spear phishing attacks, malicious web links. Privacy-related practical exercises may include, for example, practice modules with quizzes on handling personally identifiable information and affected individuals in various scenarios.

*(CE-2): Insider Threat:* Provide literacy training on recognizing and reporting potential indicators of insider threat.

Supplemental Guidance: Potential indicators and possible precursors of insider threat can include behaviors such as inordinate, long-term job dissatisfaction, attempts to gain access to information not required for job performance, unexplained access to financial resources, bullying or sexual harassment of fellow employees, workplace violence and other serious violations of organizational policies, procedures, directives, rules or practices. Security and privacy awareness training includes how to communicate the concerns of employees and management regarding potential indicators of insider threat through organizational channels in accordance with established policies and procedures.

*(CE-3): Social Engineering and Mining:* Provide literacy training on recognizing and reporting potential and actual instances of social engineering and social mining.

Supplemental Guidance: Social engineering is an attempt to trick someone into revealing information or taking an action that can be used to attack or compromise systems. Examples of social engineering include phishing, pretexting, baiting, quid pro quo, and tailgating. Social mining is an attempt, in a social setting, to gather information about the organization that may support future attacks. Security and privacy awareness training includes information on how to communicate concerns of employees and management regarding potential and actual instances of social engineering and mining through organizational channels based on established policies and procedures.

Treasury Directive: Train users and provide means to ensure workstations are adequately protected from theft, particularly regarding laptops acting as workstations.

*(IRS-Defined):* Distribute security and privacy awareness reminders/updates to all users on at least a quarterly basis.

Supplemental Guidance: This is in addition to annual awareness training. Security awareness updates may be sent via email. Unlike the need to track annual training by individual, agencies are not required to track quarterly awareness updates by individual.

*(IRS-Defined):* Conduct phishing email simulation exercises on at least a quarterly basis.

*(CE-4): Suspicious Communications and Anomalous System Behavior:* Provide literacy training on recognizing suspicious communications and anomalous behavior in organizational systems using agency-defined indicators of malicious code

## AT-3: Role-Based Training

a.  Provide role-based security and privacy training to personnel with the following roles and responsibilities: information system security manager (ISSM); information system security officer (ISSO); security specialist; system and software developers; system, network and database administrators; programmer/systems analyst; and personnel having access to FTI

1.  Before authorizing access to the system, information, or performing assigned duties, and annually thereafter; and

2.  When required by system changes;

TD_0000332

b.   Update role-based training content annually and following system changes and Update literacy training and awareness content annually and following system changes; and

c.   Incorporate lessons learned from internal or external security or privacy incidents into role-based training.

<u>Supplemental Guidance</u>: Agencies may determine the appropriate content of security and privacy training based on the assigned roles and responsibilities of individuals and the specific security and privacy requirements of organizations and the systems to which personnel have authorized access, including security-related technical training specifically tailored for assigned duties. Additional roles that may require role-based security and privacy training include, for example, system owners; authorizing officials; system security officers; privacy officers; enterprise architects; acquisition and procurement officials; systems engineers; personnel conducting configuration management activities; personnel performing verification and validation activities; auditors; personnel having access to system-level software; security and privacy control assessors; personnel with contingency planning and incident response duties; and personnel with privacy management responsibilities.

## AT-4: Training Records

a.   Document and monitor information security and privacy training activities, including security and privacy awareness training and specific role-based security and privacy training; and

b.   Retain individual training records for a **period of five (5) years.**

## AT-6: Training Feedback

Provide feedback on organizational training results to the following personnel: Agency Senior Management and Agency Disclosure Personnel on an annual basis.

TD_0000333

## 4.3 AUDIT AND ACCOUNTABILITY

### AU-1: Audit and Accountability Policy and Procedures

a. Develop, document, and disseminate to **designated agency officials:**

    1. An agency or organization-level audit and accountability policy that:

        (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

        (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

    2. Procedures to facilitate the implementation of the audit and accountability policy and the associated audit and accountability controls;

b. Designate an agency official to manage the development, documentation, and dissemination of the audit and accountability policy and procedures; and

c. Review and update the current audit and accountability:

    1. Policy **every three (3) years (or if there is a significant change)**; and

    2. Procedures **every three (3) years (or if there is a significant change)**.

### AU-2: Audit Events

a. Identify the types of events that the system is capable of logging in support of the audit function:

    1. All accesses or attempts to access an FTI system, including the identity of each user and device;
    2. Logoff activities;
    3. Activities that might modify, bypass, or negate IT security safeguards;
    4. Security-relevant actions associated with processing FTI;
    5. User generation of reports and extracts containing FTI;
    6. Any interaction with FTI through an application;
    7. Password changes;
    8. Creation or modification of groups;
    9. Privileged user actions;
    10. Access to the system;
    11. Creating and deleting files;
    12. Change of permissions or privileges;
    13. Command line changes and queries;
    14. Changes made to an application or database;
    15. System and data interactions;
    16. Opening and/or closing of files; and
    17. Program execution activities.

b. Coordinate the event logging function with other organizational entities requiring audit related information to guide and inform the selection criteria for events to be logged;

TD_0000334

c.  Specify the following event types for logging within the system: agency-defined subset of AU-2a requirements (e.g. Systems capable of required event types relevant to the use or administration of FTI);

d.  Provide a rationale for why the event types selected for logging are deemed to be adequate to support after-the-fact investigations of incidents; and

e.  Review and update the event types selected for logging annually or when there is a system change. Document changes in the SSR.

## AU-3: Content of Audit Records

Ensure that audit records contain information that establishes the following:

a.  What type of event occurred;

b.  When the event occurred;

c.  Where the event occurred;

d.  Source of the event;

e.  Outcome of the event; and

f.  Identity of any individuals, subjects, or objects/entities associated with the event.

Control Enhancements:

*(CE-1) Additional Audit Information:* Generate audit records containing the following additional information:

a.  Details that facilitate the reconstruction of events if

1.  Unauthorized activity occurs or is suspected; or

2.  A malfunction occurs or is suspected.

*(CE-3) Limit Personally Identifiable Information Elements:* Limit personally identifiable information contained in audit records to the following elements identified in the privacy risk assessment: agency-defined elements.

## AU-4: Audit Storage Capacity

Allocate audit log storage capacity to accommodate the retention of audit records for the retention period.

## AU-5: Response to Audit Processing Failures

a.  Alert designated organizational officials (e.g., SA, ISSO) in the event of an audit processing failure; and

b.  Take the following additional actions:

1.  Monitor system operational status using operating system or system audit logs and verify functions and performance of the system. operating system or system audit logs and verify functions and performance of the system. Logs shall be able to identify where

system process failures have taken place and provide information relative to corrective actions to be taken by the system administrator

2. If logs are not available, shut down the system.

Control Enhancements:

*(CE-1) Storage Warning Capacity:* Provide a warning to the SA and ISSO within 24 hours when allocated audit logs storage volume reaches a specified percentage of repository maximum audit log storage capacity.

## AU-6: Audit Review, Analysis and Reporting

a. Review and analyze system audit records weekly for indications of inappropriate or unusual activity and the potential impact of the inappropriate or unusual activity;

b. Report findings to the individual(s) specified within the agency's incident response procedures; and

c. Adjust the level of audit record review, analysis, and reporting within the system when there is a change in risk based on law enforcement information, intelligence information, or other credible sources of information.

Control Enhancements:

*(CE-1) Automated Process Integration:* Integrate audit record review, analysis, and reporting processes using automated mechanisms to support organizational processes for investigation and response to suspicious activities.

*(CE-3) Correlate Audit Repositories:* Analyze and correlate audit records across different repositories to gain organization-wide situational awareness.

*(CE-7) Permitted Actions:* Specify the permitted actions for each role or user associated with the review, analysis, and reporting of audit record information.

*(CE-9) Correlation with Information from Nontechnical Sources:* Correlate information from nontechnical sources with audit record information to enhance organization-wide situational awareness.

Supplemental Guidance: Nontechnical sources include records that document organizational policy violations related to harassment incidents and the improper use of information assets. Such information can lead to a directed analytical effort to detect potential malicious insider activity. Organizations limit access to information that is available from nontechnical sources due to its sensitive nature. Limited access minimizes the potential for inadvertent release of privacy-related information to individuals who do not have a need to know. The correlation of information from nontechnical sources with audit record information generally occurs only when individuals are suspected of being involved in an incident. Organizations obtain legal advice prior to initiating such actions.

## AU-7: Audit Reduction and Report Generation

Provide and implement an audit record reduction and report generation capability that:

a. Supports on-demand audit record review, analysis, and reporting requirements and after-the-fact investigations of incidents; and

TD_0000336

b.  Does not alter the original content or time ordering of audit records.

Control Enhancements:

*(CE-1) Automatic Processing:* Provide and implement the capability to process, sort, and search audit records for events of interest based on the following content: likelihood of potential inappropriate access or unauthorized disclosure of FTI.

Supplemental Guidance: Events of interest is the content of specific audit record fields including, for example, identities of individuals, event types, event locations, event times, event dates, system resources involved, IP addresses involved, or information objects accessed.

## AU-8: Time Stamps

a.  Use internal system clocks to generate time stamps for audit records; and

b.  Record time stamps for audit records that meet agency-defined granularity and that use Coordinated Universal Time, have a fixed local time offset from Coordinated Universal Time, or that include the local time offset as part of the time stamp.

## AU-9: Protection of Audit

a.  Protect audit information and audit logging tools from unauthorized access, modification, and deletion; and

b.  Alert ISSO upon detection of unauthorized access, modification, or deletion of audit information.

Control Enhancements:

*(CE-4) Access by Subset of Privileged Users:* Authorize access to management of audit logging functionality to only authorized system administrators.

## AU-11: Audit Record Retention

Retain audit records **seven (7) years** to provide support for after-the-fact investigations of incidents and to meet regulatory and organizational information retention requirements.

## AU-12: Audit Generation

a.  Provide audit record generation capability for the event types the system is capable of auditing as defined in AU-2a on all systems that receive, process, store, access, protect and/or transmit FTI;

b.  Allow SA and ISSO to select the event types that are to be logged by specific components of the system; and

c.  Generate audit records for the event types defined in AU-2c that include the audit record content defined in AU-3.

Control Enhancements:

*(CE-1) System-Wide and Time-Correlated Audit Trail:* Compile audit records from systems that receive, process, store, access, protect and/or transmit FTI into a system-wide logical audit trail that is time-correlated to within agency-defined level of tolerance for the relationship between time stamps of individual records in the audit trail.

TD_0000337

## AU-16: Cross-Organizational Auditing Logging

Employ agency-defined methods for coordinating agency-defined audit information among external organizations when audit information is transmitted across organizational boundaries.

Supplemental Guidance: This requirement applies to consolidated and outsourced data centers, third-party vendors, and/or cloud providers handling FTI. When agencies use systems and/or services of external organizations, the auditing capability necessitates a coordinated approach across organizations. For example, maintaining the identity of individuals that requested specific services across organizational boundaries may often be very difficult, and doing so may prove to have significant performance and privacy ramifications. Therefore, it is often the case that cross-organizational auditing simply captures the identity of individuals issuing requests at the initial system, and subsequent systems record that the requests emanated from authorized individuals.

Control Enhancements:

*(CE-1) Identity Preservation:* Preserve the identity of individuals in cross-organizational audit trails.

*(CE-2) Sharing of Audit Information:* Provide cross-organizational audit information to agency-defined organizations based on agency-defined cross-organizational sharing agreements.

TD_0000338

## 4.4 ASSESSMENT, AUTHORIZATION AND MONITORING

### CA-1: Assessment, Authorization and Monitoring Policy and Procedures

a.   Develop, document, and disseminate to **designated agency personnel**

    1.   A security and privacy assessment, authorization, and monitoring policy that:

        (a)   Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

        (b)   Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

    2.   Procedures to facilitate the implementation of the security and privacy assessment, authorization and monitoring policy and the associated security and privacy assessment, authorization, and monitoring controls;

b.   Designate an **agency official** to manage the security and privacy assessment, authorization and monitoring policy and procedures;

c.   Review and update the current security and privacy assessment, authorization, and monitoring:

    1.   Policy **every three (3) years (or if there is a significant change)**; and

    2.   Procedures **every three (3) years (or if there is a significant change)**.

### CA-2: Control Assessments

a.   Select the appropriate assessor or assessment team for the type of assessment to be conducted;

b.   Develop a control assessment plan that describes the scope of the assessment including:

    1.   Controls and control enhancements under assessment;

    2.   Assessment procedures to be used to determine control effectiveness; and

    3.   Assessment environment, assessment team, and assessment roles and responsibilities;

c.   Ensure the control assessment plan is reviewed and approved by the authorizing official or designated representative prior to conducting the assessment;

d.   Assess the controls in the system and its environment of operation annually to determine the extent to which the controls are implemented correctly, operating as intended, and producing the desired outcome with respect to meeting established security and privacy requirements;

e.   Produce a control assessment report that document the results of the assessment; and

f.   Provide the results of the control assessment to agency's Authorizing Official (AO) or the Authorizing Official Designated Representative.

TD_0000339

Control Enhancements:

*(CE-1) Independent Assessors:* Employ independent assessors or assessment teams to conduct control assessments.

<u>Supplemental Guidance</u>: Independent assessors or assessment teams are individuals or groups conducting impartial assessments of systems. Impartiality implies that assessors are free from any perceived or actual conflicts of interest regarding development, operation, sustainment, or management of the systems under assessment or the determination of control effectiveness. To achieve impartiality, assessors should not create a mutual or conflicting interest with the agencies where the assessments are being conducted; assess their own work; act as management or employees of the agencies they are serving; or place themselves in positions of advocacy for the agencies acquiring their services. Independent assessments can be obtained from elements within agencies (e.g., internal audit departments, security offices, etc.) or can be contracted to public or private sector entities outside of the agency.

## CA-3: Information Exchange

   a. Approve and manage the exchange of information between the system and other systems using Interconnection Security Agreements (ISAs).

   b. Document, as part of each exchange agreement, the interface characteristics, security and privacy requirements, controls, and responsibilities for each system, and the impact level of the information communicated; and

   c. Review and update the system interconnection on an annual basis.

<u>Supplemental Guidance</u>: This control applies to dedicated connections between two or more separate systems and does not apply to transitory, user-controlled connections such as email and website browsing. Interconnected systems falling under the same FTI environment, or authorization boundary, do not require a formal Interconnection Security Agreement.

## CA-5: Plan of Action and Milestones

   a. Develop a plan of action and milestones for the system to document the planned remediation actions of the agency to correct weaknesses or deficiencies noted during the assessment of the controls and to reduce or eliminate known vulnerabilities in the system; and

   b. Update existing plan of action and milestones on a quarterly basis, at a minimum, based on the findings from control assessments, independent audits or reviews, and continuous monitoring activities.

<u>Supplemental Guidance</u>: The POA&M must comprise of an all-inclusive tool or document for the agency to track vulnerabilities identified by the self-assessments, internal inspections, external audits and any other vulnerabilities identified for information systems that receive, process, store, access, protect and/or transmit FTI.

Control Enhancements:

*(IRS-Defined):* Agencies must ensure that the individual and/or office responsible for correcting each weakness is identified in the appropriate POA&M.

*(IRS-Defined):* Agencies must enter all new weaknesses into appropriate POA&Ms within two (2) months for weaknesses identified during assessments.

Supplemental Guidance: The results of scans/automated testing can be added to POA&Ms as multiple items or one finding per weakness for like systems.

Additional information is available in Section 2.D.9, Plan of Action and Milestones.

## CA-6: Authorization

    a.  Assign a senior official as the authorizing official for the system;

    b.  Assign a senior official as the authorizing official for common controls available for inheritance by organizational systems;

    c.  Ensure that the authorizing official for the system, before commencing operations:

        1.  Accepts the use of common controls inherited by the system; and

        2.  Authorizes the system to operate;

    d.  Ensure that the authorizing official for common controls authorizes the use of those controls for inheritance by organizational systems;

    e.  Update the authorizations whenever there is a significant change to the system, or every three (3) years, whichever occurs first.

Supplemental Guidance: Authorizations are official management decisions by senior officials to authorize operation of systems and to explicitly accept the risk to agency operations and assets, individuals and other agencies based on the implementation of agreed-upon security and privacy controls. Authorizing officials provide budgetary oversight for agency systems or assume responsibility for the mission and business operations supported by those systems. Authorizing officials are responsible and accountable for security and privacy risks associated with the operation and use of agency systems. The authorization comes in the form of a memorandum signed by an agency official with fiduciary control over the security control implementation within the system. Agencies may choose to perform authorizations at the agency level (i.e., authorize all systems that receive, process, store, access, protect and/or transmit FTI at once) or at the system level (i.e., create a memo for each application and supporting infrastructure that receives, processes, stores, accesses, protects and/or transmits FTI). Authorization memos should come after processes where security controls are selected and assessed and should incorporate robust risk management processes to identify, mitigate and reduce risk to an acceptable level. Agencies may conduct ongoing authorizations of systems by implementing continuous monitoring programs. Robust continuous monitoring programs reduce the need for separate reauthorization processes.

## CA-7: Continuous Monitoring

Develop a system-level continuous monitoring strategy and implement continuous monitoring in accordance with the organization-level continuous monitoring strategy that includes:

    a.  Establish agency-defined metrics to be monitored;

    b.  Establish agency-defined frequencies (no less than annually) for monitoring and agency-defined frequencies (no less than annually) for ongoing assessment of security and privacy control effectiveness;

    c.  Ongoing control assessments in accordance with the continuous monitoring strategy;

d.  Ongoing monitoring of system and organization-defined metrics in accordance with the continuous monitoring strategy;

e.  Correlation and analysis of information generated by control assessments and monitoring;

f.  Response actions to address results of the analysis of control assessment and monitoring information; and

g.  Reporting the security and privacy status of the system to agency-defined personnel annually, at a minimum.

Control Enhancements:

*(CE-1) Independent Assessors:* Employ independent assessors or assessment teams to monitor the controls in the system on an ongoing basis.

Supplemental Guidance: Agencies can maximize the value of control assessments during the continuous monitoring process by requiring that assessments be conducted by assessors with appropriate levels of independence. Assessor independence provides a degree of impartiality to the monitoring process. To achieve such impartiality, assessors should not create a mutual or conflicting interest with the agencies where the assessments are being conducted; assess their own work; act as management or employees of the agencies they are serving; or place themselves in advocacy positions for the agencies acquiring their services. Independent assessments can be obtained from elements within agencies (e.g., internal audit departments, security offices, etc.) or can be contracted to public or private sector entities outside of the agency.

*(CE-4) Risk Monitoring:* Ensure risk monitoring is an integral part of the continuous monitoring strategy that includes the following:

a.  Effectiveness monitoring;

b.  Compliance monitoring; and

c.  Change monitoring.

## CA-8: Penetration Testing

Conduct penetration testing every 3 years on the FTI environment.

Supplemental Guidance: Penetration testing is a specialized type of assessment conducted on systems or individual system components to identify vulnerabilities that could be exploited by adversaries. Penetration testing goes beyond automated vulnerability scanning and is conducted by agents and teams with demonstrable skills and experience that include technical expertise in network, operating system, and/or application level security. All parties agree to the rules of engagement before commencing penetration testing scenarios. Organizations correlate the rules of engagement for the penetration tests with the tools, techniques, and procedures that are anticipated to be employed by adversaries. Penetration testing could result in the exposure of FTI to individuals conducting the testing. Rules of engagement, contracts, or other appropriate mechanisms must be used to communicate expectations for protecting FTI. Risk assessments guide the decisions on the level of independence required for the personnel conducting penetration testing.

## CA-9: Internal System Connections

a.  Authorize internal connections of information system components or classes of components to the system;

110

b.  Document, for each internal connection, the interface characteristics, security and privacy requirements, and the nature of the information communicated;

c.  Terminate internal system connections after agency-defined conditions; and

d.  Review annually the continued need for each internal connection.

Control Enhancements:

*(CE-1) Compliance Checks:* Perform security and privacy compliance checks on constituent system components prior to the establishment of the internal connection.

TD_0000343

## 4.5 CONFIGURATION MANAGEMENT

### CM-1: Configuration Management Policy and Procedures

    a. Develop, document, and disseminate to designated agency officials:

        1. An agency or organization-level configuration management policy that:

            (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2. Procedures to facilitate the implementation of the configuration management policy and the associated configuration management controls;

    b. Designate an agency official to manage the development, documentation, and dissemination of the configuration management policy and procedures; and

    c. Review and update the current configuration management:

        1. Policy **every three (3) years (or if there is a significant change)**; and

        2. Procedures **every three (3) years (or if there is a significant change)**.

### CM-2: Baseline Configuration

    a. Develop, document, and maintain under configuration control, a current baseline configuration of the system; and

    b. Review and update the baseline configuration of the system:

        1. **At a minimum annually**;

        2. When required due to **reorganizations, refreshes, etc.**; and

        3. When system components are installed or upgraded.

Control Enhancements:

*(CE-2) Automation Support for Accuracy and Currency:* Maintain the currency, completeness, accuracy, and availability of the baseline configuration of the system using automated mechanisms.

<u>Supplemental Guidance</u>: Automated mechanisms that help agencies maintain consistent baseline configurations for systems include, for example, hardware and software inventory tools, configuration management tools and network management tools. Such tools can be deployed and/or allocated at the system level, or at the operating system or component level including, for example, on workstations, servers, notebook computers, network components or mobile devices. Tools can be used, for example, to track version numbers on operating systems, applications, types of software installed and current patch levels.

*(CE-3) Retention of Previous Configurations:* Retain older versions of baseline configurations of the system to support rollback.

TD_0000344

*(IRS-Defined):* Agencies must use SCSEMs provided on the <u>Office of Safeguards website</u> to ensure secure configurations of all agency information technology and communication systems receiving, processing, storing, accessing, protecting and/or transmitting FTI.

*(CE-7) Configure Systems and Components for High-Risk Areas:*

    a.  Issue a specifically configured computing device with more stringent configuration settings and the minimum-needed access to FTI to individuals traveling to locations that are deemed to be of significant risk; and

    b.  Apply the following controls to the systems or components when the individuals return from travel: examine for signs of tampering, reformat storage media before reintroduction to the FTI environment

<u>Supplemental Guidance:</u> When it is known that systems or system components will be in high-risk areas external to the organization, additional controls may be implemented to counter the increased threat in such areas. For example, organizations can take actions for notebook computers used by individuals departing on and returning from travel that may include international stops or layovers. Actions include determining the locations that are of concern, defining the required configurations for the components, ensuring that components are configured as intended before travel is initiated, and applying controls to the components after travel is completed. Specially configured notebook computers include computers with sanitized hard drives, limited applications, minimum sensitive data (e.g., FTI), and more stringent configuration settings. Controls applied to mobile devices upon return from travel include examining the mobile device for signs of physical tampering and purging and reimaging disk drives. Protecting information that resides on mobile devices is addressed in the MP (Media Protection) family.

## CM-3: Configuration Change Control

    a.  Determine and document the types of changes to the system that are configuration-controlled;

    b.  Review proposed configuration-controlled changes to the system and approve or disapprove such changes with explicit consideration for security and privacy impact analyses;

    c.  Document configuration change decisions associated with the system;

    d.  Implement approved configuration-controlled changes to the system;

    e.  Retain records of configuration-controlled changes to the system for **3 years;**

    f.  Monitor and review activities associated with configuration-controlled changes to the system; and

    g.  Coordinate and provide oversight for configuration change control activities through a **Configuration Control Board** that convenes on a **monthly basis** when changes are proposed.

Control Enhancements:

*(CE-2) Testing, Validation and Documentation of Changes:* Test, validate, and document changes to the system before finalizing the implementation of the changes.

*(CE-4) Security and Privacy Representative:* Require ISSO/ISSM and Privacy Representatives to be members of the Configuration Control Board.

<u>Supplemental Guidance:</u> Information security representatives can include, for example, Senior Agency Information Security Officers, system security officers or system security managers. Representation by

personnel with information security expertise is important because changes to system configurations can have unintended side effects, some of which may be security-relevant. Detecting such changes early in the process can help avoid unintended, negative consequences that could ultimately affect the security state of organizational systems.

## CM-4: Security and Privacy Impact Analyses

Analyze changes to the system to determine potential security and privacy impacts prior to change implementation.

Supplemental Guidance: Agency or data center personnel with security or privacy responsibilities conduct impact analyses. Individuals conducting impact analyses possess the necessary skills and technical expertise to analyze the changes to systems and the associated security or privacy ramifications. Security and privacy impact analyses include, for example, reviewing security and privacy plans, policies and procedures to understand security and privacy control requirements; reviewing system design documentation to understand control implementation and how specific changes might affect the controls; and determining how potential changes to a system create new risks to the privacy of individuals and the ability of implemented controls to mitigate those risks. Impact analyses may also include assessments of risk to better understand the impact of the changes and to determine if additional security or privacy controls are required.

Control Enhancements:

*(CE-2) Verification of Controls:* After system changes, verify that the impacted controls are implemented correctly, operating as intended, and producing the desired outcome with regard to meeting the security and privacy requirements for the system.

## CM-5: Access Restrictions for Change

Define, document, approve, and enforce physical and logical access restrictions associated with changes to the system.

Control Enhancements:

*(CE-5) Privilege Limitation for Production and Operations:*

    a.  Limit privileges to change system components and system-related information within a production or operational environment; and

    b.  Review and reevaluate privileges semi-annually.

*(IRS-Defined):* Restrict administration of configurations to only authorized administrators.

*(IRS-Defined):* Verify the authenticity and integrity of Basic Input/Output System (BIOS) or Unified Extensible Firmware Interface (UEFI) updates to ensure that the BIOS or UEFI is protected from modification outside of the secure update process.

Supplemental Guidance: Inventory of BIOS or UEFI information should be incorporated into existing inventory control systems, where feasible. Most agencies will rely upon the manufacturer as the source for the authenticated BIOS or UEFI. System BIOS or UEFI updates should be performed using a secure authenticated update process. After BIOS or UEFI updates, the configuration baseline should be validated to confirm that the computer system is still in compliance with the agency's defined policy. The BIOS or UEFI image and configuration baseline should be continuously monitored and deviations from the baseline should be investigated, documented, and remediated as part of incident response activities.

TD_0000346

## CM-6: Configuration Settings

a. Establish and document configuration settings for components employed within the system that reflect the most restrictive mode consistent with operational requirements using Office of Safeguards–approved compliance tools (e.g., SCSEMs, automated assessment tools);

b. Implement the configuration settings;

c. Identify, document, and approve any deviations from established configuration settings for information systems that receive, process, store, or transmit FTI based on explicit operational requirements; and

d. Monitor and control changes to the configuration settings in accordance with organizational policies and procedures.

Supplemental Guidance: The authoritative source for many SCSEMs used by the Office of Safeguards is the Center for Internet Security (CIS). Office of Safeguards SCSEMs may include compliance requirements from one or more of the following additional sources:

- National Institute of Standards and Technology Special Publication 800 Series

- Internal Revenue Manuals

- Department of the Treasury guidance

- Defense Information Systems Agency (DISA) Security Technical Implementation Guides (STIG)

*(IRS-Defined):* The agency shall ensure that all devices across the enterprise that store agency data are appropriately reviewed for security purposes prior to connection or reconnection to the agency's network, (e.g. checks for malicious code, updates to malware detection software, critical software updates and patches, operating system integrity and disabled hardware).

## CM-7: Least Functionality

a. Configure the system to provide only mission essential capabilities and

b. Prohibit or restrict the use of the following functions, ports, protocols, software, and/or services:

1. Those not needed to conduct business;

2. Those defined in the IRS Office of Safeguards approved compliance requirements (e.g., SCSEMs, assessment tools);

3. Maintenance ports when not in use; and

4. File Transfer Protocol (FTP).

Control Enhancements:

*(CE-1) Periodic Review:*

a. Review the system annually to identify unnecessary and/or nonsecure functions, ports, protocols, software, and services; and

TD_0000347

b.  Disable or remove identified functions, ports, protocols, and services within the information system deemed to be unnecessary and/or nonsecure.

*(CE-5) Authorized Software – Allow By Exception*

a.  Identify software programs authorized to execute on the system;

b.  Employ a deny-all, permit-by-exception policy to allow the execution of authorized software programs on the system; and

c.  Review and update the list of authorized software programs at a minimum annually.

*(IRS-Defined):* Periodically scan FTI networks to detect and remove any unauthorized or unlicensed software.

*(CE-9) Prohibiting the Use of Unauthorized Hardware:*

a.  Identify agency-defined hardware components authorized for system use;

b.  Prohibit the use or connection of unauthorized hardware components;

c.  Review and update the list of authorized hardware components annually.

## CM-8: System Component Inventory

a.  Develop and document an inventory of system components that:

1.  Accurately reflects the system;

2.  Includes all components within the system;

3.  Does not include duplicate accounting of components or components assigned to any other system;

4.  Is at the level of granularity deemed necessary for tracking and reporting; and

5.  Includes the following information to achieve system component accountability: for example, hardware inventory specifications, software license information, software version numbers, component owners and for networked components or devices, machine names and network addresses. Inventory specifications include, for example, manufacturer, device type, model, serial number, and physical location and

b.  Review and update the system component inventory at a minimum annually.

Supplemental Guidance: Information deemed necessary for effective accountability of information system components includes, for example, hardware inventory specifications, software license information, software version numbers, component owners and for networked components or devices, machine names and network addresses. Inventory specifications include, for example, manufacturer, device type, model, serial number, and physical location. The inventory should be sufficient to enable recovery of IT assets that are identified as lost, stolen, or disclosed.

TD_0000348

Control Enhancements:

*(CE-1) Updates During Installation and Removal:* Update the inventory of system components as part of component installations, removals, and system updates.

*(CE-3) Automated Unauthorized Component Detection:*

   a.  Detect the presence of unauthorized hardware, software, and firmware components within the system using automated mechanisms at all times; and

   b.  Take the following actions when unauthorized components are detected:

      1.  Disable network access by such components.

      2.  Isolate the components.

      3.  Notify designated Agency IT personnel

Supplemental Guidance: This control enhancement is applied in addition to the monitoring for unauthorized remote connections and mobile devices. Monitoring for unauthorized system components may be accomplished on an ongoing basis or by the periodic scanning of systems for that purpose. Automated mechanisms can be implemented within systems or in other separate devices. Isolation can be achieved, for example, by placing unauthorized system components in separate domains or subnets or otherwise quarantining such components. This type of component isolation is commonly referred to as sandboxing.

## CM-9: Configuration Management Plan

Develop, document, and implement a configuration management plan for the system that:

   a.  Addresses roles, responsibilities and configuration management processes and procedures;

   b.  Establishes a process for identifying configuration items throughout the systems development lifecycle (SDLC) and for managing the configuration of the configuration items;

   c.  Defines the configuration items for the system and places the configuration items under configuration management;

   d.  Is reviewed and approved by designated agency personnel and

   e.  Protects the configuration management plan from unauthorized disclosure and modification.

## CM-10: Software Usage Restrictions

   a.  Use software and associated documentation in accordance with contract agreements and copyright laws;

   b.  Track the use of software and associated documentation protected by quantity licenses to control copying and distribution; and

   c.  Control and document the use of peer-to-peer file sharing technology to ensure that this capability is not used for the unauthorized distribution, display, performance, or reproduction of copyrighted work.

TD_0000349

## CM-11: User-Installed Software

a.  Establish policies governing the installation of software by users;

b.  Enforce software installation policies through the following methods:  procedural methods (e.g., periodic examination of user accounts), automated methods (e.g., configuration settings implemented on organizational information systems), or both; and

c.  Monitor policy compliance at a minimum annually.

## CM-12: Information Location

a.  Identify and document the location of FTI and the specific system components on which the information is processed and stored;

b.  Identify and document the users who have access to the system and system components where the information is processed and stored; and

c.  Document changes to the location (i.e., system or system components) where the information is processed and stored.

Supplemental Guidance: This control addresses the need to understand where information is being processed and stored and is typically applied with respect to FTI. Information location includes identifying where specific information types and associated information reside in the system components that compose agency systems; and how information is being processed so that information flow can be understood, and adequate protection and policy management provided for such information and system components.

Control Enhancements:

(CE-1) Automated Tools to Support Information Location: Use automated tools to identify FTI on system components to ensure controls are in place to protect organizational information and individual privacy.

Supplemental Guidance: This control enhancement gives agencies the capability to check systems and selected system components for FTI to confirm such information resides on the component and to ensure that the required protection measures are in place for that component.

Include all FTI system and system components in the agency's FTI inventory. See NIST Control PM-29, Inventory of Personally Identifiable Information.

## CM-13: Data Action Mapping

Develop and document a map of system data actions.

## CM-14: Signed Components

Prevent the installation of agency-defined software and firmware components without verification that the component has been digitally signed using a certificate that is recognized and approved by the organization.

TD_0000350

## 4.6 CONTINGENCY PLANNING

The focus of contingency planning controls is on the protection of FTI stored in backup media or used at alternative facilities and not focused on the availability of data.

### CP-1: Contingency Planning Policy and Procedures

a.  Develop, document, and disseminate to designated agency personnel:

   1.  An agency or organization-level contingency planning policy that:

      (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

      (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

   2.  Procedures to facilitate the implementation of the contingency planning policy and the associated contingency planning controls;

b.  Designate an agency official to manage the development, documentation, and dissemination of the contingency planning policy and procedures; and

c.  Review and update the current contingency planning:

   1.  Policy **every three (3) years (or if there is a significant change)**; and

   2.  Procedures **every three (3) years (or if there is a significant change)**.

Supplemental Guidance: This control is applicable to all agencies receiving or storing FTI in an information technology environment. If FTI is not backed up or replicated to a secondary environment for disaster recovery purposes, the agency is required to develop and disseminate contingency planning policies prohibiting such action and supporting procedures documenting how FTI is excluded from any system backup processes. The remaining contingency planning controls would not be applicable. If FTI is backed up or replicated to a secondary environment(s) all contingency planning controls would be applicable to protect the confidentiality of FTI.

### CP-2: Contingency Plan

a.  Develop a contingency plan for the information system that:

   1.  Identifies essential missions and business functions and associated contingency requirements;

   2.  Provides recovery objectives, restoration priorities and metrics;

   3.  Addresses contingency roles, responsibilities, assigned individuals with contact information;

   4.  Addresses maintaining essential missions and business functions despite a system disruption, compromise, or failure;

   5.  Addresses eventual, full system restoration without deterioration of the controls originally planned and implemented;

TD_0000351

6. Addresses the sharing of contingency information; and

7. Is reviewed and approved by designated agency officials and other applicable agency stakeholders.

b. Distributes copies of the contingency plan to key contingency personnel;

c. Coordinate contingency planning activities with incident handling activities;

d. Review the contingency plan for the information system at a minimum annually;

e. Update the contingency plan to address changes to the organization, system, or environment of operation and problems encountered during contingency plan implementation, execution, or testing;

f. Communicate contingency plan changes to key contingency personnel;

g. Incorporate lessons learned from contingency plan testing, training, or actual contingency activities into contingency testing and training; and

h. Protect the contingency plan from unauthorized disclosure and modification.

Supplemental Guidance: Contingency planning for systems is part of an overall program for achieving continuity of operations for organizational mission and business functions. This control and its enhancements do not mandate a contingency plan for information systems with FTI. If agencies include their FTI information system in their contingency plan, essential mission and business functions must include ensuring the confidentiality and integrity of FTI, as well as the integrity and availability of associated records (e.g., audit logs).

Control Enhancements:

(CE-1) Coordinate with Related Plans: Coordinate contingency plan development with organizational elements responsible for related plans.

Supplemental Guidance: Plans related to contingency plans for FTI include, for example, Business Continuity Plans, Disaster Recovery Plans, Continuity of Operations Plans, Crisis Communications Plans, Critical Infrastructure Plans, Cyber Incident Response Plans, Insider Threat Implementation Plan and Occupant Emergency Plans. Agencies should coordinate with agency IT personnel and when applicable, data center and vendor personnel to protect the confidentiality of FTI.

(CE-3) Resume Essential Missions and Business Functions: Plan for the resumption of essential mission and business functions within an agency-defined specified time-period of contingency plan activation,

(CE-8) Identify Critical Assets: Identify critical system assets supporting essential mission and business functions.

## CP-3: Contingency Training

a. Provide contingency training to system users consistent with assigned roles and responsibilities:

1. Within 30 days of assuming a contingency role or responsibility;

2. When required by system changes; and

3. Annually thereafter; and

b. Review and update contingency training content every three (3) years and following a significant change.

## CP-4: Contingency Plan Testing

a. Test the contingency plan for the system at a minimum, annually using the following tests to determine the effectiveness of the plan and the readiness to execute the plan: In accordance with NIST SP 800-84 Guide to Test, Training, and Exercise Process for IT Plans and Capabilities, NIST SP-34 Contingency Planning Guide for Federal Information Systems and other applicable guidance, and Business-unit Defined Tests and Exercises; and

b. Review the contingency plan test results; and

c. Initiate corrective actions, if needed.

Supplemental Guidance: Contingency testing templates should include: a) Name of the test, b) Name of the system(s) or environment, c) Date of the test, d) Testing point of contact, e) Purpose, type of test and scope, f) Objectives, g) Methodology, h) Activities and results (action, expected results, actual results) and i) Action item assessment.

Control Enhancements:

*(CE-1) Coordinate with Related Plans:* Coordinate contingency plan testing with organizational elements responsible for related plans.

Supplemental Guidance: Plans related to contingency plans for FTI include, for example, business continuity plans, disaster recovery plans, continuity of operations plans, crisis communications plans, critical infrastructure plans, cyber incident response plans and occupant emergency plans. Agencies should coordinate with agency IT personnel and when applicable, data center and vendor personnel to protect the confidentiality of FTI.

## CP-9: System Backup

a. Conduct backups of user-level information contained in system documentation, including security-related documentation, weekly;

b. Conduct backups of system-level information contained in the system weekly;

c. Conduct backups of system documentation, including security- and privacy-related documentation weekly; and

d. Protect the confidentiality, integrity, and availability of backup information.

Supplemental Guidance: Security-related documentation includes secure baselines, system configuration files, etc. required to maintain the secure state of systems receiving, processing, storing, accessing, protecting and/or transmitting FTI. Agencies must ensure the confidentiality and integrity of FTI if it is being backed up. This control does not mandate the backup of FTI. However, the availability and integrity of records associated with FTI (e.g., audit logs) must be ensured.

TD_0000353

Control Enhancements:

*(CE-8) Cryptographic Protection:* Implement cryptographic mechanisms to prevent unauthorized disclosure and modification of backup information containing FTI.

<u>Supplemental Guidance</u>: The selection of cryptographic mechanisms is based on the need to protect the confidentiality and integrity of backup information. This control enhancement applies to system backup information in storage at primary and alternate locations to ensure only those authorized individuals have access to FTI.

## CP-10: System Recovery and Reconstitution

Provide for the recovery and reconstitution of the system to a known state within agency-defined time period consistent with recovery time and recovery point objectives after a disruption, compromise, or failure.

<u>Supplemental Guidance:</u> Recovery is executing contingency plan activities to restore organizational missions and business functions. Reconstitution takes place following recovery and includes activities for returning systems to fully operational states. Recovery and reconstitution operations reflect mission and business priorities, recovery point, time and reconstitution objectives and established organizational metrics consistent with contingency plan requirements. Reconstitution includes the deactivation of any interim system capabilities that may have been needed during recovery operations. Reconstitution also includes assessments of fully restored system capabilities (including validation that the system maintains its initial security state), reestablishment of continuous monitoring activities, system reauthorizations (if required) and activities to prepare the systems against future disruptions, compromises, or failures. Recovery and reconstitution capabilities employed by organizations can include both automated mechanisms and manual procedures. During system recovery and reconstitution publication 1075 requirements should be in place and functional before FTI is made accessible in the system.

Control Enhancements:

*(CE-2) Transaction Recovery:* Implement transaction recovery for systems that are transaction-based.

<u>Supplemental Guidance</u>: Transaction-based systems include, for example, database management systems and transaction processing systems. Mechanisms supporting transaction recovery include, for example, transaction rollback and transaction journaling.

TD_0000354

## 4.7 IDENTIFICATION AND AUTHENTICATION

### IA-1: Identification and Authentication Policy and Procedures

    a.  Develop, document, and disseminate to designated agency officials:

        1.  An agency or organization-level identification and authentication policy that:

            (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.  Procedures to facilitate the implementation of the access control policy and the associated access controls;

    b.  Designate an agency official to manage the development, documentation, and dissemination of the access control policy and procedures; and

    c.  Review and update the current identification and authentication:

        1.  Policy **every three (3) years (or if there is a significant change)**; and

        2.  Procedures **every three (3) years (or if there is a significant change)**.

### IA-2: Identification and Authentication (Organizational Users)

Uniquely identify and authenticate organizational users and associate that unique identification with processes acting on behalf of those users.

Supplemental Guidance: Organizational users include employees or individuals that agencies consider having the equivalent status of employees including, for example, contractors, data center administrators, field office users, etc. Agencies employ passwords, physical authenticators, or biometrics to authenticate user identities, or in the case of multifactor authentication, some combination thereof. Non-Organizational users are individuals or entities that interact with public-facing systems in order to complete agency transactions where FTI can be accessed (e.g., determine eligibility for benefits, review tax account, access payment histories, etc.).

Control Enhancements:

*(CE-1) Multifactor Authentication to Privileged Accounts:* Implement multi-factor authentication for access to privileged accounts.

Supplemental Guidance: Regardless of the type of access (i.e., local, network or remote) privileged accounts must always authenticate using multifactor options, except in the event of direct terminal access from within a restricted area (as defined in Section 2.B.3, Restricted Area Access). Local access is any access to agency systems by users or processes acting on behalf of users, where such access is obtained through direct connections without the use of networks. Network access is access to agency systems by users (or processes acting on behalf of users) where such access is obtained through network connections (i.e., nonlocal accesses). Remote access is a type of network access that involves communication through external networks. Internal networks include local area networks and wide area networks. The use of encrypted virtual private networks for network connections between agency-

TD_0000355

controlled endpoints and non-agency-controlled endpoints may be treated as internal networks with respect to protecting the confidentiality and integrity of information traversing the network.

*(CE-2) Multifactor Authentication to Non-Privileged Accounts:* Implement multi-factor authentication for access to non-privileged accounts.

Supplemental Guidance: Regardless of the type of access (i.e., local, network or remote) non-privileged accounts must always authenticate using multifactor options. Local access is any access to agency systems by users or processes acting on behalf of users, where such access is obtained through direct connections without the use of networks. Network access is access to agency systems by users (or processes acting on behalf of users) where such access is obtained through network connections (i.e., nonlocal accesses). Remote access is a type of network access that involves communication through external networks. Internal networks include local area networks and wide area networks. The use of encrypted virtual private networks for network connections between agency-controlled endpoints and non-agency-controlled endpoints may be treated as internal networks with respect to protecting the confidentiality and integrity of information traversing the network.

*(CE-6) Access to Accounts – Separate Device:* Implement multi-factor authentication for remote access to privileged accounts and non-privileged accounts such that:

    a.   One of the factors is provided by a device separate from the system gaining access; and

    b.   The device meets Authenticator Assurance Level 2 (AAL) per NIST SP 800-63.

*(CE-8) Access to Accounts – Replay Resistant:* Implement replay-resistant authentication mechanisms for access to privileged accounts with network access.

Supplemental Guidance: Authentication processes resist replay attacks if it is impractical to achieve successful authentications by replaying previous authentication messages. Replay-resistant techniques include, for example, protocols that use nonces or challenges such as time synchronous or challenge-response one-time authenticators.

## IA-3: Device Identification and Authentication

Uniquely identify and authenticate devices before establishing a remote or network connection.

Supplemental Guidance: Devices requiring unique device-to-device identification and authentication are defined by type, by device or by a combination of type and device. Organization-defined device types may include devices that are not owned by the agency. Systems use shared known information (e.g., Media Access Control [MAC] or Transmission Control Protocol/Internet Protocol [TCP/IP] addresses) for device identification or organizational authentication solutions (e.g., IEEE 802.1x and Extensible Authentication Protocol [EAP], RADIUS server with EAP-Transport Layer Security [TLS] authentication, Kerberos) to identify and authenticate devices on local and wide area networks. Agencies determine the required strength of authentication mechanisms based on the security categories of systems and mission/business requirements. Because of the challenges of implementing this control on large scale, agencies can restrict the application of the control to a limited number (and type) of devices based on organizational need.

Control Enhancements:

*(CE-1) Cryptographic Bidirectional Authentication:* Authenticate all devices before establishing a remote network connection using bidirectional authentication that is cryptographically based.

TD_0000356

## IA-4: Identifier Management

Manage system identifiers by:

    a.  Receiving authorization from designated agency officials to assign an individual, group, role, service, or device identifier;

    b.  Selecting an identifier that identifies an individual, group, role, service, or device;

    c.  Assigning the identifier to the intended individual, group, role, service, or device; and

    d.  Preventing reuse of identifiers indefinitely

Control Enhancements:

*(CE-4) Identify User Status:* Manage individual identifiers by uniquely identifying each individual as agency-defined characteristic identifying individual status (e.g., Contractor).

<u>Supplemental Guidance</u>: Characteristics identifying the status of individuals include, for example, contractors and foreign nationals. Identifying the status of individuals by specific characteristics provides additional information about the people with whom agency personnel are communicating. For example, it might be useful for an agency employee to know that one of the individuals on an email message is a contractor.

*(IRS-Defined):* Change all default vendor-set or factory-set administrator accounts prior to implementation (e.g., during installation or immediately after installation).

## IA-5: Authenticator Management

Manage system authenticators by:

    a.  Verifying, as part of the initial authenticator distribution, the identity of the individual, group, role, service, or device receiving the authenticator;

    b.  Establishing initial authenticator content for any authenticators issued by the organization;

    c.  Ensuring that authenticators have sufficient strength of mechanism for their intended use;

    d.  Establishing and implementing administrative procedures for initial authenticator distribution, for lost or compromised or damaged authenticators, and for revoking authenticators;

    e.  Changing default authenticators prior to first use;

    f.  Changing or refreshing authenticators every 90 days for all user accounts and every 366 days for service accounts or when events such as loss, theft or compromise occur;

    g.  Protecting authenticator content from unauthorized disclosure and modification;

    h.  Requiring individuals to take, and having devices implement, specific controls to protect authenticators; and

    i.  Changing authenticators for group or role accounts when membership to those accounts' changes.

TD_0000357

Control Enhancements:

*(CE-1) Password-Based Authentication:* For password-based authentication:

a.  Maintain a list of commonly-used, expected, or compromised passwords and update the list every three (3) years and when organizational passwords are suspected to have been compromised directly or indirectly;

b.  Verify, when users create or update passwords, that the passwords are not found on the list of commonly-used, expected, or compromised passwords in IA-5(1)(a);

c.  Transmit passwords only over cryptographically-protected channels;

d.  Store passwords using an approved salted key derivation function, preferably using a keyed hash;

e.  Require immediate selection of a new password upon account recovery;

f.  Allow user selection of long passwords and passphrases, including spaces and all printable characters;

g.  Employ automated tools to assist the user in selecting strong password authenticators; and

h.  Enforce the following composition and complexity rules:

   1.  Enforce minimum password length of fourteen (14) characters.

   2.  Enforce minimum password complexity to contain a combination of numbers, uppercase letters, lowercase letters, and special characters.

   3.  Enforce at least one (1) character change when new passwords are selected for use.

   4.  Store and transmit only cryptographically protected passwords.

   5.  Enforce password lifetime restrictions:

      i.  One (1) day minimum and 90 days maximum.

      ii.  Service accounts passwords shall expire within 366 days (inclusive).

   6.  Password History/Reuse:

      i.  For all systems: 24 generations.

      ii.  For systems unable to implement history/reuse restriction by generations but are able to restrict history/reuse for a specified time period, passwords shall not be reusable for a period of six (6) months.

   7.  Allow the use of a temporary password for system logons with an immediate change to a permanent password.

Supplemental Guidance: If all parameters of this control are not able to be implemented through technical means, compensations and mitigations must be documented and implemented. For example: If a component is unable to enforce 4 types of characters (numbers, uppercase letters, lowercase letters, and

TD_0000358

special characters) for complexity requirements, then the number of characters required should be increased to compensate. Users should be encouraged to make their passwords (or passphrases) as lengthy as they want, within reason.

*(IRS-Defined):* Train users not to use a single dictionary word as their password.

*(IRS-Defined):* For IT devices using a personal identification number (PIN) as an authenticator for MFA, enforce the following requirements:

    a.  Minimum length of eight (8) digits. If the system does not enforce a minimum length of 8 digits, the maximum length possible must be used;

    b.  Enforce complex sequences (e.g., 73961548 – no repeating digits and no sequential digits);

    c.  Do not store with the SmartCard; and

    d.  Do not share.

*(CE-2) Public Key-Based Authentication:*

    a.  For public key-based authentication:

        1.  Enforce authorized access to the corresponding private key; and

        2.  Map the authenticated identity to the account of the individual or group; and

    b.  When public key infrastructure (PKI) is used:

        1.  Validate certificates by constructing and verifying a certification path to an accepted trust anchor, including checking certificate status information; and

        2.  Implement a local cache of revocation data to support path discovery and validation.

*(CE-5) Change Authenticators Prior to Delivery:* Require developers and installers of system components to provide unique authenticators or change default authenticators prior to delivery and installation.

<u>Supplemental Guidance</u>: This typically does not apply to developers of commercial off-the-shelf information technology products.

*(CE-6) Protection of Authenticators:* Protect authenticators commensurate with the security category of the information to which use of the authenticator permits access.

*(CE-7) No Embedded Unencrypted Static Authenticators:* Ensure that unencrypted static authenticators are not embedded in applications or other forms of static storage.

*(CE-12) Biometric Authentication Performance:* For biometric-based authentication, employ mechanisms that satisfy the following biometric quality requirements defined in NIST SP 800-63.

## IA-6: Authenticator Feedback

Obscure feedback of authentication information during the authentication process to protect the information from possible exploitation and use by unauthorized individuals.

TD_0000359

## IA-7: Cryptographic Module Authentication

Implement mechanisms for authentication to a cryptographic module that meet the requirements of applicable laws, executive orders, directives, policies, regulations, standards, and guidelines for such authentication.

<u>Supplemental Guidance</u>: Authentication mechanisms may be required within a cryptographic module to authenticate an operator accessing the module and to verify that the operator is authorized to assume the requested role and perform services within that role. Authentication traffic must be encrypted using the latest FIPS 140 validated cryptographic modules. A product does not meet the FIPS 140 requirements by simply implementing an approved security function. Only modules tested and validated to FIPS 140 standards meet the applicability requirements for cryptographic modules to protect sensitive information.

## IA-8: Identification and Authentication (Non-Organizational Users)

Uniquely identify and authenticate non-organizational users or processes acting on behalf of non-organizational users.

<u>Supplemental Guidance</u>: Non-organizational users include system users other than organizational users explicitly covered by IA-2. Non-organizational users are individuals or entities that interact with public-facing systems in order to complete agency transactions where FTI can be accessed (e.g., determine eligibility for benefits, review tax account, access payment histories, etc.).

Control Enhancements:

*(CE-2) Acceptance of External Credentials:*

    a.   Accept only external authenticators that are NIST-compliant; and

    b.   Document and maintain a list of accepted external authenticators.

<u>Supplemental Guidance</u>: This control enhancement applies to agency systems that are accessible to the public, for example, public-facing websites or web portals. External credentials must be certified as compliant with NIST Special Publication 800-63.

*(CE-4) Use of Defined Profiles*: Conform to the following profiles for identity management: NIST or FICAM-issued profiles.

<u>Supplemental Guidance</u>: This control enhancement addresses open identity management standards. To ensure that these identity management standards are viable, robust, reliable, sustainable, and interoperable as documented, the United States Government assesses and scopes the standards and technology implementations against applicable laws, Executive Orders, directives, policies, regulations, standards, and guidelines. The result is NIST-issued implementation profiles of approved protocols.

*(IRS-Defined):* Deploy identification and authentication technology consistent with the results of the e-authentication risk analysis.

See <u>Section 3.3.8, Public-Facing Systems</u>, for additional information regarding public-facing identification and authentication.

## IA-9: Service Identification and Authentication

Uniquely identify and authenticate agency-defined system services and applications before establishing communications with devices, users, or other services or applications.

TD_0000360

## IA-11: Re-Authentication

Require users to re-authenticate when switching to a privileged user role.

Supplemental Guidance: In addition to the re-authentication requirements associated with device locks, agencies may require re-authentication of individuals in certain situations including, for example, when authenticators or roles change; when security categories of systems change; when the execution of privileged functions occurs; after a fixed time-period; or periodically.

## IA-12: Identity Proofing

    a.  Identity proof users that require accounts for logical access to systems based on appropriate identity assurance level requirements as specified in applicable standards and guidelines;

    b.  Resolve user identities to a unique individual; and

    c.  Collect, validate, and verify identity evidence.

Supplemental Guidance: Identity proofing is the process of collecting, validating and verifying user's identity information for the purposes of issuing credentials for accessing a system. This control is intended to mitigate threats to the registration of users and the establishment of their accounts. Standards and guidelines specifying identity assurance levels for identity proofing include NIST Special Publications 800-63 and 800-63A.

Control Enhancements:

(CE-1) Supervisor Authorization: Require that the registration process to receive an account for logical access includes supervisor or sponsor authorization.

(CE-2) Identity Evidence: Require evidence of individual identification be presented to the registration authority.

Supplemental Guidance: Requiring identity evidence, such as documentary evidence or a combination of documents and biometrics, reduces the likelihood of individuals using fraudulent identification to establish an identity, or at least increases the work factor of potential adversaries. Acceptable forms of evidence are consistent with the risk to the systems, roles and privileges associated with the user's account.

(CE-3) Identity Evidence Validation and Verification: Require that the presented identity evidence be validated and verified through NIST SP 800-63 compliant methods of validation and verification.

Supplemental Guidance: Validating and verifying identity evidence increases the assurance that accounts, identifiers, and authenticators are being issued to the correct user. Validation refers to the process of confirming that the evidence is genuine and authentic, and that the data contained in the evidence is correct, current, and related to an actual person or individual. Verification confirms and establishes a linkage between the claimed identity and the actual existence of the user presenting the evidence. Acceptable methods for validating and verifying identity evidence are consistent with the risk to the systems, roles and privileges associated with the user's account.

(CE-5) Address Confirmation: Require that a registration code or notice of proofing be delivered through an out-of-band channel to verify the users address (physical or digital) of record.

Supplemental Guidance: To make it more difficult for adversaries to pose as legitimate users during the identity proofing process, agencies must use out-of-band methods to increase assurance that the individual associated with an address of record was the same person that participated in the registration.

TD_0000361

Confirmation can take the form of a temporary enrollment code or a notice of proofing. The delivery address for these artifacts are obtained from records and not self-asserted by the user. The address can include a physical or a digital address. A home address is an example of a physical address. Email addresses and telephone numbers are examples of digital addresses.

See Section 3.3.8, Public-Facing Systems, for additional information regarding multifactor requirements and solutions.

TD_0000362