## 4.8 INCIDENT RESPONSE

Reference Section 1.8.4 Incident Response for specific instructions on incident response requirements where FTI is involved.

### IR-1: Incident Response Policy and Procedures

a. Develop, document, and disseminate to designated agency officials:

    1. An agency or organization-level incident response policy that:

        (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

        (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

    2. Procedures to facilitate the implementation of the incident response policy and the associated Incident response controls;

b. Designate an agency official to manage the development, documentation, and dissemination of the incident response policy and procedures; and

c. Review and update the current incident response:

    1. Policy **every three (3) years (or if there is a significant change)**; and

    2. Procedures **every three (3) years (or if there is a significant change)**.

### IR-2: Incident Response Training

a. Provide incident response training to system users consistent with assigned roles and responsibilities:

    1. Within 30 days of assuming an incident response role or responsibility or acquiring system access;

    2. When required by system changes; and

    3. Annually thereafter; and

b. Review and update incident response training content every three (3) years and following major business and system change impacting the FTI environment.

Supplemental Guidance: Incident response training is linked to assigned roles and responsibilities of agency personnel to ensure the appropriate content and level of detail is included in such training. For example, users may only need to know who to call or how to recognize an incident; system administrators may require additional training on how to handle and remediate incidents; and finally, incident responders may receive more specific training on forensics, reporting, system recovery and restoration. Incident response training includes user training in the identification and reporting of suspicious activities, both from external and internal sources.

TD_0000363

Control Enhancements:

*(CE-1) Simulated Events:* Incorporate simulated events into incident response training to facilitate the required response by personnel in crisis situations.

<u>Supplemental Guidance:</u> This control can be met by performing a table-top exercise using simulated events. Simulated events must include an event where FTI is compromised.

*(CE-3) Breach:* Provide incident response training on how to identify and respond to a breach, including the organization's process for reporting a breach.

## IR-3: Incident Response Testing

Test the effectiveness of the incident response capability for the system annually using the following tests: tabletop exercises.

Control Enhancements:

*(CE-2) Coordination with Related Plans:* Coordinate incident response testing with organizational elements responsible for related plans.

<u>Supplemental Guidance</u>: Organizational plans related to incident response testing include, for example, Business Continuity Plans, Contingency Plans, Disaster Recovery Plans, Continuity of Operations Plans, Crisis Communications Plans, Occupant Emergency Plans and Critical Infrastructure Plans. Agencies should coordinate with agency IT personnel and when applicable, data center and vendor personnel to protect the confidentiality of FTI.

*(CE-3) Continuous Improvement:* Use qualitative and quantitative data from testing to:

   a.  Determine the effectiveness of incident response processes;

   b.  Continuously improve incident response processes; and

   c.  Provide incident response measures and metrics that are accurate, consistent, and in a reproducible format.

## IR-4: Incident Handling

   a.  Implement an incident handling capability for incidents that is consistent with the incident response plan and includes preparation, detection and analysis, containment, eradication, and recovery; Coordinate incident handling activities with contingency planning activities;

   b.  Coordinate incident handling activities with contingency planning activities;

   c.  Incorporate lessons learned from ongoing incident handling activities into incident response procedures, training, and testing, and implement the resulting changes accordingly; and

   d.  Ensure the rigor, intensity, scope, and results of incident handling activities are comparable and predictable across the organization.

Control Enhancements:

*(CE-1) Automated Incident Handling Processes:* Support the incident handling process using automated mechanisms.

TD_0000364

Supplemental Guidance: Automated mechanisms supporting incident handling processes include, for example, online incident management systems; and tools that support collection of live response data, full network packet capture and forensic analysis.

*(CE-6) Insider Threats:* Implement an incident handling capability for incidents involving insider threats.

*(CE-8) Correlation with External Organizations:* Coordinate with contractors, data centers, counties, and other agencies to correlate and share incidents involving FTI to achieve a cross-organization perspective on incident awareness and more effective incident responses.

Supplemental Guidance: The coordination of incident information with external organizations—including mission or business partners, customers, and developers—can provide significant benefits. Cross-organizational coordination can serve as an important risk management capability. This capability allows organizations to leverage information from a variety of sources to effectively respond to incidents and breaches that could potentially affect the organization's operations, assets, and individuals.

## IR-5: Incident Monitoring

Track and document incidents.

## IR-6: Incident Reporting

    a.  Require personnel to report suspected incidents to the organizational incident response capability immediately upon discovery; and

    b.  Report incident information immediately, but no later than 24 hours after identification of a possible issue involving FTI to the appropriate special agent-in-charge, TIGTA and the IRS Office of Safeguards.

Control Enhancements:

*(CE-1) Automated Reporting:* Report incidents using automated mechanisms.

Supplemental Guidance: Automated mechanisms for tracking incidents and for collecting and analyzing incident information include, for example, Computer Incident Response Centers or other electronic databases of incidents and network monitoring devices.

*(CE-2) Vulnerabilities Related to Incidents:* Report system vulnerabilities associated with reported incidents to designated agency personnel.

Supplemental Guidance: Reported incidents that uncover system vulnerabilities are analyzed by organizational personnel including system owners, mission and business owners, senior agency information security officers, senior agency officials for privacy, authorizing officials, and the risk executive (function). The analysis can serve to prioritize and initiate mitigation actions to address the discovered system vulnerability.

*(CE-3) Supply Chain Coordination:* Provide incident information to the provider of the product or service and other organizations involved in the supply chain or supply chain governance for systems or system components related to the incident.

Supplemental Guidance: Agencies involved in supply chain activities include, for example, system/product developers, integrators, manufacturers, packagers, assemblers, distributors, vendors, and resellers. Supply chain incidents include, for example, compromises/breaches involving system components, information technology products, development processes or personnel and distribution

TD_0000365

processes or warehousing facilities. Organizations determine the appropriate information to share considering the value gained from support by external organizations with the potential for harm due to controlled unclassified information being released to outside organizations of perhaps questionable trustworthiness.

## IR-7: Incident Response Assistance

Provide an incident response support resource, integral to the organizational incident response capability, that offers advice and assistance to users of the system for the handling and reporting of incidents.

Supplemental Guidance: Automated mechanisms can provide a push and/or pull capability for users to obtain incident response assistance. For example, individuals might have access to a website to query the assistance capability, or the assistance capability can proactively send information to users (general distribution or targeted) as part of increasing understanding of current response capabilities and support.

Control Enhancements:

*(CE-1) Automation Support for Availability of Information and Support:* Increase the availability of incident response information and support using automated mechanisms.

Supplemental Guidance: Automated mechanisms can provide a push and/or pull capability for users to obtain incident response assistance. For example, individuals might have access to a website to query the assistance capability, or the assistance capability can proactively send information to users (general distribution or targeted) as part of increasing understanding of current response capabilities and support.

*(CE-2) Coordination with External Providers:*

    a.  Establish a direct, cooperative relationship between its incident response capability and external providers of system protection capability; and

    b.  Identify organizational incident response team members to the external providers.

## IR-8: Incident Response Plan

    a.  Develop an incident response plan that:

        1.  Provides the organization with a roadmap for implementing its incident response capability;

        2.  Describes the structure and organization of the incident response capability;

        3.  Provides a high-level approach for how the incident response capability fits into the overall organization;

        4.  Meets the unique requirements of the organization, which relate to mission, size, structure, and functions;

        5.  Defines reportable incidents;

        6.  Provides metrics for measuring the incident response capability within the organization;

        7.  Defines the resources and management support needed to effectively maintain and mature an incident response capability;

TD_0000366

8. Addresses the sharing of incident information;

9. Is reviewed and approved by designated agency officials at a minimum on an annual basis; and

10. Explicitly designates responsibility for incident response to agency-defined personnel.

b. Distribute copies of the incident response plan to authorized incident response personnel and agency personnel with access to FTI;

c. Update the incident response plan to address system and organizational changes or problems encountered during plan implementation, execution, or testing;

d. Communicate incident response plan changes to authorized incident response personnel and agency personnel with access to FTI;

e. Protect the incident response plan from unauthorized disclosure and modification.

Control Enhancements:

(CE-1) Breaches: Include the following in the Incident Response Plan for breaches involving personally identifiable information:

a. A process to determine if notice to individuals or other organizations, including oversight organizations, is needed;

b. An assessment process to determine the extent of the harm, embarrassment, inconvenience, or unfairness to affected individuals and any mechanisms to mitigate such harms; and

c. Identification of applicable privacy requirements.

## IR-9: Information Spillage Response

Respond to information spills by:

a. Assigning designated incident response agency personnel with responsibility for responding to information spills;

b. Identifying the specific information involved in the system contamination;

c. Alerting designated agency officials of the information spill using a method of communication not associated with the spill;

d. Isolating the contaminated system or system component;

e. Eradicating the information from the contaminated system or component;

f. Identifying other systems or system components that may have been subsequently contaminated; and

g. Performing the following additional actions: Report incident information to the appropriate special agent-in-charge, TIGTA and the IRS Office of Safeguards.

TD_0000367

## 4.9 MAINTENANCE

### MA-1: System Maintenance Policy and Procedures

    a.   Develop, document, and disseminate to designated agency officials:

        1.   An agency or organization-level system maintenance policy that:

            (a)   Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b)   Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.   Procedures to facilitate the implementation of the system maintenance policy and the associated system maintenance controls;

    b.   Designate an agency official to manage the development, documentation, and dissemination of the access control policy and procedures; and

    c.   Review and update the current system maintenance:

        1.   Policy **every three (3) years (or if there is a significant change)**; and

        2.   Procedures **every three (3) years (or if there is a significant change)**.

### MA-2: Controlled Maintenance

    a.   Schedule, document, and review records of maintenance, repair, and replacement on system components in accordance with manufacturer or vendor specifications and/or organizational requirements;

    b.   Approve and monitor all maintenance activities, whether performed on site or remotely and whether the system or system components are serviced on site or removed to another location;

    c.   Require that designated agency officials explicitly approve the removal of the system or system components from organizational facilities for off-site maintenance, repair, or replacement;

    d.   Sanitize equipment to remove the following information from associated media prior to removal from organizational facilities for off-site maintenance, repair, or replacement: all information on the equipment being sanitized;

    e.   Check all potentially impacted controls to verify that the controls are still functioning properly following maintenance, repair, or replacement actions; and

    f.   Include the following information in organizational maintenance records:

        1.   Date and time of maintenance;

        2.   Name of the individual performing the maintenance;

        3.   Name of escort, if necessary;

        4.   A description of the maintenance performed; and

TD_0000368

5.  A list of equipment removed or replaced (including identification numbers, if applicable).

## MA-3: Maintenance Tools

a.  Approve, control, and monitor the use of system maintenance tools; and

b.  Review previously approved system maintenance tools **on at least an annual basis**.

### Control Enhancements:

*(CE-1) Inspect Tools:* Inspect the maintenance tools used by maintenance personnel for improper or unauthorized modifications.

Supplemental Guidance: If, upon inspection of maintenance tools, agencies determine that the tools have been modified in an improper/unauthorized manner or contain malicious code, the incident is handled consistent with agency policies and procedures for incident handling.

*(CE-2) Inspect Media:* Check media containing diagnostic and test programs for malicious code before the media are used in the system.

Supplemental Guidance: If, upon inspection of media containing maintenance diagnostic and test programs, agencies determine that the media contain malicious code, the incident is handled consistent with agency incident handling policies and procedures.

*(CE-3) Prevent Unauthorized Removal:* Prevent the removal of maintenance equipment containing organizational information by:

a.  Verifying that there is no organizational information contained on the equipment;

b.  Sanitizing or destroying the equipment;

c.  Retaining the equipment within the facility; or

d.  Obtaining an exemption from **a designated agency official(s)** explicitly authorizing removal of the equipment from the facility.

Supplemental Guidance: Organizational information includes all information specifically owned by agencies and information provided to agencies in which agencies serve as information stewards.

*(CE-4) Restricted Tool Use:* Restrict the use of maintenance tools to authorized personnel only.

*(CE-5) Execution with Privilege:* Monitor the use of maintenance tools that execute with increased privilege.

## MA-4: Nonlocal Maintenance

a.  Approve and monitor nonlocal maintenance and diagnostic activities;

b.  Allow the use of nonlocal maintenance and diagnostic tools only as consistent with organizational policy and documented in the security plan for the system;

c.  Employ strong authenticators in the establishment of nonlocal maintenance and diagnostic sessions;

TD_0000369

d.  Maintain records for nonlocal maintenance and diagnostic activities; and

e.  Terminate session and network connections when nonlocal maintenance is completed.

Supplemental Guidance: Nonlocal maintenance and diagnostic activities are those activities conducted by individuals communicating through a network, either an external network or an internal network. Local maintenance and diagnostic activities are those activities carried out by individuals physically present at the system or system component and not communicating across a network connection. Authentication techniques used in the establishment of nonlocal maintenance and diagnostic sessions reflect the network access requirements in IA-2. Strong authentication requires authenticators that are resistant to replay attacks and employ multifactor authentication. Strong authenticators include, for example, PKI where certificates are stored on a token protected by a password, passphrase or biometric. Enforcing requirements in MA-4 is accomplished in part by other controls.

Control Enhancements:

(CE-1) Logging and Review:

a.  Log events defined in AU-2a for nonlocal maintenance and diagnostic sessions; and

b.  Review the audit records of the maintenance and diagnostic sessions to detect anomalous behavior.

(CE-4) Authentication and Separation of Maintenance Sessions: Protect nonlocal maintenance sessions by:

a.  Employing multifactor authentication consistent with NIST 800-63 Digital Identity Guidelines requirements; and

b.  Separating the maintenance sessions from other network sessions with the system by either:

1.  Physically separated communications paths; or

2.  Logically separated communications paths.

(CE-6) Cryptographic Protection: Implement the following cryptographic mechanisms to protect the integrity and confidentiality of nonlocal maintenance and diagnostic communications: Virtual Private Network (VPN) connection.

(CE-7) Disconnect Verification: Verify session and network connection termination after the completion of nonlocal maintenance and diagnostic sessions.

## MA-5: Maintenance Personnel

a.  Establish a process for maintenance personnel authorization and maintain a list of authorized maintenance organizations or personnel;

b.  Verify that non-escorted personnel performing maintenance on the system possess the required access authorizations; and

c.  Designate organizational personnel with required access authorizations and technical competence to supervise the maintenance activities of personnel who do not possess the required access authorizations

TD_0000370

Control Enhancements:

*(CE-5) Non-System Maintenance:* Ensure that non-escorted personnel performing maintenance activities not directly associated with the system but in the physical proximity of the system, have required access authorizations.

## MA-6: Timely Maintenance

Obtain maintenance support and/or spare parts for security-critical information system components and/or key information technology components within the Recovery Time Objective/Recovery Point Objective (RTO/RPO) timelines and Maximum Tolerable Downtime (MTD) parameters agreed upon in the information systems Information System Contingency Plan (ISCP).

TD_0000371

## 4.10 MEDIA PROTECTION

Information system media is defined to include both digital and non-digital media.

### MP-1: Media Protection Policy and Procedures

a. Develop, document, and disseminate to designated agency officials:

    1. An agency or organization-level media protection policy that:

        (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

        (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

    2. Procedures to facilitate the implementation of the media protection policy and the associated media protection controls;

b. Designate an agency official to manage the development, documentation, and dissemination of the media protection policy and procedures; and

c. Review and update the current media protection:

    1. Policy **every three (3) years (or if there is a significant change)**; and

    2. Procedures **every three (3) years (or if there is a significant change)**.

### MP-2: Media Access

Restrict access to digital and/or non-digital media containing FTI to authorized individuals.

### MP-3: Media Marking

a. Mark system media indicating the distribution limitations, handling caveats, and applicable security markings (if any) of the information; and

b. Exempt information media containing FTI from marking if the media remain within agency-controlled areas.

Supplemental Guidance: The agency must label information system media containing FTI to indicate the distribution limitations and handling caveats. This includes removable media (CDs, DVDs, diskettes, magnetic tapes, external hard drives, and flash drives) and information system output containing FTI (reports, documents, data files, back-up tapes) indicating "Federal Tax Information". Notice 129-A and Notice 129-B IRS provided labels can be used for this purpose.

### MP-4: Media Storage

a. Physically control and securely store digital and non-digital media containing FTI within agency-controlled areas; and

b. Protect system media types defined in MP-4a until the media are destroyed or sanitized using approved equipment, techniques, and procedures.

Reference Section 2.B, Secure Storage - IRC § 6103(p)(4)(B), on additional secure storage requirements.

TD_0000372

## MP-5: Media Transport

a.  Protect and control digital and/or non-digital media containing FTI during transport outside of controlled areas using organization defined safeguards in accordance with (i) secure storage section and (ii) SC-28 control requirements;

b.  Maintain accountability for system media during transport outside of controlled areas;

c.  Document activities associated with the transport of system media; and

d.  Restrict the activities associated with the transport of system media to authorized personnel.

Control Enhancements:

*(CE-3) Custodians:* Employ an identified custodian during transport of system media outside of controlled areas.

## MP-6: Media Sanitization

a.  Sanitize digital and non-digital media containing FTI prior to disposal, release out of organizational control, or release for reuse using NIST 800-88, Guidelines for Media Sanitization approved sanitization techniques and procedures; and

b.  Employ sanitization mechanisms with the strength and integrity commensurate with the security category or classification of the information.

Supplemental Guidance: This control applies to all system media, both digital and non-digital, subject to disposal or reuse, whether or not the media is considered removable. Examples include: digital media found in scanners, copiers, printers, notebook computers, workstations, network components, mobile devices; and non-digital media such as paper and microfilm. The sanitization process removes information from the media such that the information cannot be retrieved or reconstructed. Sanitization techniques, including clearing, purging, cryptographic erase and destruction, prevent the disclosure of information to unauthorized individuals when such media is reused or released for disposal.

Control Enhancements:

*(CE-1) Review, Approve, Track, Document, and Verify:* Review, approve, track, document, and verify media sanitization and disposal actions.

*(IRS-Defined):* Clear or purge any sensitive data from the system BIOS or UEFI before a computer system is disposed of and leaves the agency. Reset the BIOS or UEFI to the manufacturer's default profile, to ensure the removal of sensitive settings such as passwords or keys.

*(IRS-Defined):* Media provided by foreign visitors (end users) may only be loaded into a standalone agency system. The system must remain standalone until such time as it is sanitized. Additionally, no other media loaded into the standalone system can be loaded into a non-standalone agency system until sanitized.

Supplemental Guidance: The control above permits, for example, foreign visitors to provide files for presentation at an agency conference or meeting provided the computer is standalone. If such a file is required for other purposes, the preferred means for obtaining it would be to ask the visitor to email it. The control also seeks to minimize the risk that malicious code on the standalone machine will be moved via media to other systems.

TD_0000373

Additional requirements for protecting FTI during media sanitization are provided on the Office of Safeguards website.

## MP-7: Media Use

    a.  Prohibit the use of personally-owned media on agency systems or system components; and

    b.  Prohibit the use of portable storage devices in agency systems when such devices have no identifiable owner.

### Control Enhancements:

*(IRS-Defined):* Develop policy to disable all portable storage devices with the exception of those required for explicit business need, which shall be restricted to specific workstations or laptops. In the absence of an agency-developed and issued policy, the default policy is:

    a.  That the connection of non-agency portable storage devices is disallowed; and

    b.  Technical controls are implemented to enforce the policy (e.g., Implement data loss prevention software to limit the use of removable media to known devices, blacklist usb-storage, prevent the mounting of USB storage, Deny All Access to All Removable Storage Classes).

TD_0000374

## 4.11 PHYSICAL AND ENVIRONMENTAL PROTECTION

### PE-1: Physical and Environmental Policy and Procedures

a.  Develop, document, and disseminate to designated agency officials:

   1.  An agency or organization-level physical and environmental protection policy that:

      (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

      (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

   2.  Procedures to facilitate the implementation of the physical and environmental protection policy and the associated physical and environmental protection controls;

b.  Designate an agency official to manage the development, documentation, and dissemination of the physical and environmental protection policy and procedures; and

c.  Review and update the current physical and environmental protection:

   1.  Policy **every three (3) years (or if there is a significant change)**; and

   2.  Procedures **every three (3) years (or if there is a significant change)**.

Control Enhancements:

*(IRS-Defined):* Develop policy and procedures as needed to address their specific building access systems (e.g., restriction of physical access, identification and authentication and audit logging), that are critical to the security of a facility.

*(IRS-Defined):* Develop and implement a clean desk policy for the protection of FTI (e.g., paper output, electronic storage media) to preclude unauthorized disclosures.

*(IRS-Defined):* Designate restricted IT areas that house IT assets such as, but not limited to, mainframes, servers, controlled interface equipment, associated peripherals and communications equipment.

### PE-2: Physical Access Authorizations

a.  Develop, approve, and maintain a list of individuals with authorized access to the facility where the system resides;

b.  Issue authorization credentials for facility access;

c.  Review the access list detailing authorized facility access by individuals **at least annually**; and

d.  Remove individuals from the facility access list when access is no longer required.

### PE-3: Physical Access Control

a.  Enforce physical access authorizations at entry/exit points to facilities where the information systems that receive, process, store, access, or transmit FTI by:

TD_0000375

1.  Verifying individual access authorizations before granting access to the facility; and

2.  Controlling ingress and egress to the facility using organization-defined physical access control systems or devices.

b.  Maintain physical access audit logs for organization-defined entry or exit points;

c.  Control access to areas within the facility designated as publicly accessible by implementing the following controls: organization-defined physical access controls.

d.  Escort visitors and control visitor activity in accordance with agency policies (e.g., personnel and physical security);

e.  Secure keys, combinations, and other physical access devices;

f.  Inventory organization-defined physical access devices every twelve (12) months; and

g.  Change combinations and keys at least annually and/or when keys are lost, combinations are compromised, or when individuals possessing the keys or combinations are transferred or terminated.

<u>Supplemental guidance</u>: This control applies to employees and visitors. Individuals with permanent physical access authorization credentials are not considered visitors. Agencies determine the types of facility guards needed including, for example, professional security staff, administrative staff, or system users. Physical access devices include, for example, keys, locks, combinations, and card readers. Physical access control systems comply with applicable laws, Executive Orders, directives, policies, regulations, standards, and guidelines. Physical access points can include facility access points, interior access points to systems or system components requiring supplemental access controls, or both. Components of systems may be in areas designated as publicly accessible with agencies safeguarding access to such devices.

Control Enhancements:

*(CE-2) Facility and Systems:* Perform security checks at a minimum daily at the physical perimeter of the facility or system for exfiltration of information or removal of system components.

## PE-4: Access Control for Transmission

Control physical access to information system distribution and transmission lines within agency facilities using physical security safeguards.

<u>Supplemental Guidance</u>: Security safeguards applied to system distribution and transmission lines prevent accidental damage, disruption, and physical tampering. Such safeguards may also be necessary to help prevent eavesdropping or modification of unencrypted transmissions. Safeguards used to control physical access to system distribution and transmission lines include, for example, locked wiring closets; disconnected or locked spare jacks; protection of cabling by conduit or cable trays; and wiretapping sensors.

## PE-5: Access Control for Output Devices

Control physical access to output from output devices (e.g., monitors, printers, and audio devices) to prevent unauthorized individuals from obtaining the output.

TD_0000376

<u>Supplemental Guidance</u>: Controlling physical access to output devices includes, for example, placing output devices in locked rooms or other secured areas and allowing access to authorized individuals only; placing output devices in locations that can be monitored by organizational personnel; installing monitor or screen filters; and using headphones. Output devices include, for example, monitors, printers, copiers, scanners, facsimile machines, and audio devices.

## PE-6: Monitoring Physical Access

a.  Monitor physical access to the facility where the system resides to detect and respond to physical security incidents;

b.  Review physical access logs at a minimum **monthly** and upon occurrence of a potential indication of an event; and

c.  Coordinate results of reviews and investigations with the organizational incident response capability.

Reference  <u>Section 2.B.3, Restricted Area Access</u>, for additional information.

Control Enhancements:

*(CE-1) Intrusion Alarms and Surveillance Equipment:* Monitor physical access to the facility where the system resides using physical intrusion alarms and surveillance equipment.

## PE-8: Visitor Access Records

a.  Maintain visitor access records to the facility where the system resides for **five (5) years**;

b.  Review visitor access records at least **monthly**; and

c.  Report anomalies in visitor access records to agency-defined personnel.

Reference <u>Section 2.B.3.2, Authorized Access List</u> for visitor access (AAL) requirements.

## PE-16: Delivery and Removal

a.  Authorize and control information system components that receive, store, process, transmit FTI entering and exiting the facility; and

b.  Maintain records of the system components.

## PE-17: Alternate Work Site

a.  Determine and document the agency permitted alternate work sites allowed for use by employees;

b.  Employ information system security and privacy controls at alternate work sites;

c.  Assess the effectiveness of security and privacy controls at alternate work sites; and

d.  Provide a means for employees to communicate with information security and privacy personnel in case of security or privacy incidents.

<u>Supplemental Guidance</u>: Alternate work sites include, for example, government facilities or private residences of employees. While distinct from alternative processing sites, alternate work sites can provide

TD_0000377

readily available alternate locations during contingency operations. Organizations can define different sets of controls for specific alternate work sites or types of sites depending on the work-related activities conducted at those sites. This control supports the contingency planning activities of organizations.

Reference Section 2.B.7, Alternate Work Site, for additional requirements.

TD_0000378

## 4.12 PLANNING

### PL-1: Planning Policy and Procedures

    a.  Develop, document, and disseminate to designated agency officials:

        1.  An agency or organization-level planning policy that:

            (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.  Procedures to facilitate the implementation of the planning policy and the associated access controls;

    b.  Designate an agency official to manage the development, documentation, and dissemination of the planning policy and procedures; and

    c.  Review and update the current planning:

        1.  Policies **every three (3) years (or if there is a significant change)**; and

        2.  Procedures **every three (3) years (or if there is a significant change)**.

### PL-2: System Security and Privacy Plans

    a.  Develop security and privacy plans for the system that:

        1.  Are consistent with the organization's enterprise architecture;

        2.  Explicitly define the constituent system components;

        3.  Describe the operational context of the system in terms of mission and business processes;

        4.  Identify the individuals that fulfill system roles and responsibilities;

        5.  Identify the information types processed, stored, and transmitted by the system;

        6.  Provide the security categorization of the system, including supporting rationale;

        7.  Describe any specific threats to the system that are of concern to the organization;

        8.  Provide the results of a privacy risk assessment for systems processing personally identifiable information;

        9.  Describe the operational environment for the system and any dependencies on or connections to other systems or system components;

      10.  Provide an overview of the security and privacy requirements for the system;

      11.  Identify any relevant control baselines or overlays, if applicable;

TD_0000379

12. Describe the controls in place or planned for meeting the security and privacy requirements, including a rationale for any tailoring decisions;

13. Include risk determinations for security and privacy architecture and design decisions;

14. Include security- and privacy-related activities affecting the system that require planning and coordination with authorized agency personnel; and

15. Are reviewed and approved by the authorizing official or designated representative prior to plan implementation. Distribute copies of the security and privacy plans and communicate subsequent changes to the plans to **designated agency officials**;

b. Distribute copies of the plans and communicate subsequent changes to the plans to authorized agency personnel;

c. Review the plans at a minimum annually (or as a result of a significant change);

d. Update the plans to address changes to the system and environment of operation or problems identified during plan implementation or control assessments; and

e. Protect the plans from unauthorized disclosure and modification.

Supplemental Guidance: An approved and accurate SSR satisfies the requirements for the security and privacy plans (see Section 2.E.4, Safeguards Security Reports (SSR)). Security and privacy plans relate security and privacy requirements to a set of security and privacy controls and control enhancements. The plans describe how the security and privacy controls and control enhancements meet those security and privacy requirements, but do not provide detailed, technical descriptions of the specific design or implementation of the controls and control enhancements. Security and privacy plans contain sufficient information (including the specification of parameter values for assignment and selection statements either explicitly or by reference) to enable a design and implementation that is unambiguously compliant with the intent of the plans and subsequent determinations of risk to agency operations and assets, individuals, other organizations, the state and the Nation if the plan is implemented as intended.

Security and privacy plans need not be single documents. The plans can be a collection of various documents including documents that already exist. Effective security and privacy plans make extensive use of references to policies, procedures and additional documents including, for example, design and implementation specifications where more detailed information can be obtained. This reduces the documentation associated with security and privacy programs and maintains the security- and privacy-related information in other established management and operational areas including, for example, enterprise architecture, system development life cycle, systems engineering and acquisition. Thus, security and privacy plans do not contain detailed contingency plan or incident response plan information, but instead provide explicitly or by reference, sufficient information to define what needs to be accomplished by those plans.

Control Enhancements:

*(IRS-Defined):* Include or reference a plan for media sanitization and disposition that addresses all system media and backups in the agency's system security and privacy plans.

See Section MP-6: Media Sanitization for additional information on media sanitization.

TD_0000380

## PL-4: Rules of Behavior

a.  Establish and provide to individuals requiring access to the system, the rules that describe their responsibilities and expected behavior for information and system usage, security, and privacy;

b.  Receive a signed acknowledgement from such individuals, indicating that they have read, understand, and agree to abide by the rules of behavior, before authorizing access to information and the information system;

c.  Review and update the rules of behavior at a minimum annually; and

d.  Require individuals who have acknowledged a previous version of the rules of behavior to read and re-acknowledge when the rules are revised or updated.

Control Enhancements:

*(CE-1) Social Media and Networking Restrictions:* Include in the rules of behavior, restrictions on:

a.  Use of social media, social networking sites, and external sites/applications;

b.  Posting organizational information on public websites; and

c.  Use of organization-provided identifiers (e.g., email addresses) and authentication secrets (e.g., passwords) for creating accounts on external sites/applications.

*(IRS-Defined):* Unless superseded by centrally-issued cross-agency policy, establish usage restrictions and implementation guidance for using Internet-supported technologies (e.g. Instant messaging) based on the potential for these technologies to cause damage or disruption to the information system or the agency's accomplishment of its mission. Document the use of Internet-supporting technologies.

## PL-8: Security and Privacy Architectures

a.  Develop security and privacy architectures for the system that:

   1.  Describe the requirements and approach to be taken for protecting the confidentiality, integrity, and availability of organizational information;

   2.  Describe the requirements and approach to be taken for processing personally identifiable information to minimize privacy risk to individuals;

   3.  Describe how the architectures are integrated into and support the enterprise architecture; and

   4.  Describe any assumptions about, and dependencies on, external systems and services;

b.  Review and update the architectures at a minimum annually to reflect changes in the enterprise architecture; and

c.  Reflect planned architecture changes in security and privacy plans, Concept of Operations (CONOPS), criticality analysis, organizational procedures, and procurements and acquisitions.

<u>Supplemental Guidance:</u> This control addresses actions taken by agencies in the design and development of systems. The security and privacy architectures at the system level are consistent with

and complement the organization-wide security and privacy architectures described in PM-7 that are integral to and developed as part of the enterprise architecture. The security and privacy architectures include an architectural description, the placement and allocation of security and privacy functionality (including security and privacy controls), security- and privacy-related information for external interfaces, information being exchanged across the interfaces and the protection mechanisms associated with each interface. In addition, the security and privacy architectures can include other information, for example, user roles and the access privileges assigned to each role, unique security and privacy requirements, types of information processed, stored and transmitted by the system, restoration priorities of information and system services and any other specific protection needs.

Control Enhancements:

*(CE-1) Defense-In-Depth:* Design the security and privacy architectures for the system using a defense-in-depth approach that:

    a. Allocates system communication and other relevant controls to information systems processing, storing, and transmitting FTI; and

    b. Ensures that the allocated controls operate in a coordinated and mutually reinforcing manner.

TD_0000382

## 4.13 PROGRAM MANAGEMENT

### PM-1: Information Security Program Plan

    a. Develop and disseminate an organization-wide information security program plan that:

        1. Provides an overview of the requirements for the security program and a description of the security program management controls and common controls in place or planned for meeting those requirements;

        2. Includes the identification and assignment of roles, responsibilities, management commitment, coordination among organizational entities and compliance;

        3. Reflects the coordination among organizational entities responsible for information security; and

        4. Is approved by a senior official with responsibility and accountability for the risk being incurred to organizational operations (including mission, functions, image, and reputation), organizational assets, individuals, other organizations, the state, and the Nation;

    b. Review the organization-wide information security program plan every three (3) years and following significant changes; and

    c. Protect the information security program plan from unauthorized disclosure and modification.

<u>Supplemental Guidance:</u> Information security program plans can be represented in single documents or compilations of documents at the discretion of organizations. The plans document the program management controls and organization-defined common controls. Information security program plans provide sufficient information about the program management controls/common controls (including specification of parameters for any assignment and selection statements either explicitly or by reference) to enable implementations that are unambiguously compliant with the intent of the plans and a determination of the risk to be incurred if the plans are implemented as intended. Security plans for individual systems and the organization-wide information security program plan, provide complete coverage for all security controls employed within the organization. Common controls are documented in an appendix to the agency's information security program plan unless the controls are included in a separate security plan for a system. The organization-wide information security program plan will indicate which separate security plans contain descriptions of common controls.

Agencies have the flexibility to describe common controls in a single document or in multiple documents. For multiple documents, the documents describing common controls are included as attachments to the information security program plan. If the information security program plan contains multiple documents, the organization specifies in each document the organizational official or officials responsible for the development, implementation, assessment, authorization, and monitoring of the respective common controls. For example, the Facilities Management Office may develop, implement, assess, authorize, and continuously monitor common physical and environmental protection controls from the PE family when such controls are not associated with a particular system but instead, support multiple systems.

### PM-2: Information Security Program Leadership Role

Appoint a senior agency information security officer with the mission and resources to coordinate, develop, implement, and maintain an organization-wide information security program.

Supplemental Guidance: The senior information security officer is an organizational (e.g., state, local, agency, etc.) official. For federal agencies (as defined by applicable laws, Executive Orders, regulations, directives, policies, and standards), this official is the Senior Agency Information Security Officer. Agencies may also refer to this official as the Senior Information Security Officer or Chief Information Security Officer. The senior accountable official for risk management leads the risk executive (function) in organization-wide risk management activities.

## PM-3: Information Security and Privacy Resources

    a.   Include the resources needed to implement the information security and privacy programs in capital planning and investment requests and document all exceptions to this requirement;

    b.   Prepare documentation required for addressing information security and privacy programs in capital planning and investment requests in accordance with applicable laws, executive orders, directives, policies, regulations, standards; and

    c.   Make available for expenditure, the planned information security and privacy resources.

Supplemental Guidance: Agencies consider establishing champions for information security and privacy efforts and as part of including the necessary resources, assign specialized expertise and resources as needed. Agencies may designate and empower an Investment Review Board or similar group to manage and provide oversight for the information security-and privacy-related aspects of the capital planning and investment control process.

## PM-4: Plan of Action and Milestones Process

    a.   Implement a process to ensure that plans of action and milestones for the information security, privacy, and supply chain risk management programs and associated organizational systems:

        1.   Are developed and maintained;

        2.   Document the remedial information security, privacy, and supply chain risk management actions to adequately respond to risk to organizational operations and assets, individuals, other organizations, and the Nation; and

        3.   Are reported in accordance with established reporting requirements.

    b.   Review plans of action and milestones for consistency with the organizational risk management strategy and organization-wide priorities for risk response actions.

Supplemental Guidance: The plan of action and milestones is a key document in the information security and privacy programs and is subject to reporting requirements established by the Office of Management and Budget. Organizations view plans of action and milestones from an enterprise-wide perspective, prioritizing risk response actions and ensuring consistency with the goals and objectives of the organization. Plan of action and milestones updates are based on findings from control assessments and continuous monitoring activities. Agency POA&Ms must include, as applicable, all recommendations from external audits, reviews, or evaluations (e.g. Office of Inspector General (OIG), Federal agencies, internal assessments or departmental compliance and assistance review reports). POA&M documents must include a risk-based criticality of each finding, actions to mitigate vulnerabilities and actions to correct deficiencies found in assessments.

## PM-5: System Inventory

Develop and update continually an inventory of organizational systems.

TD_0000384

Supplemental Guidance: This control is only for systems that process, store, or transmit FTI.

Control Enhancements:

*(CE-1) Inventory of Personally Identifiable Information:* Establish, maintain, and update continually an inventory of all systems, applications, and projects that process personally identifiable information.

# PM-7: Enterprise Architecture

Develop and maintain an enterprise architecture with consideration for information security, privacy, and the resulting risk to organizational operations and assets, individuals, other organizations, and the Nation.

Supplemental Guidance: The integration of security and privacy requirements and controls into the enterprise architecture ensures that security and privacy considerations are addressed early in the SDLC and are directly and explicitly related to the organization's mission and business processes. The process of security and privacy requirements integration also embeds into the enterprise architecture, the organization's security and privacy architectures consistent with the organizational risk management and information security and privacy strategies. For PM-7, the security and privacy architectures are developed at a system-of-systems level, representing all organizational systems. For PL-8, the security and privacy architectures are developed at a level representing an individual system. The system-level architectures are consistent with the security and privacy architectures defined for the organization. Security and privacy requirements and control integration are most effectively accomplished through the rigorous application of the Risk Management Framework and supporting security standards and guidelines.

Control Enhancements:

*(IRS-Defined):* Review and update the security enterprise architecture data based on the enterprise architecture timeframes.

# PM-9: Risk Management Strategy

    a.   Develops a comprehensive strategy to manage:

        1.   Security risk to organizational operations and assets, individuals, other organizations, and the Nation associated with the operation and use of organizational systems; and

        2.   Privacy risk to individuals resulting from the authorized processing of personally identifiable information;

    b.   Implement the risk management strategy consistently across the organization; and

    c.   Review and update the risk management strategy every three (3) years or as required, to address organizational changes.

Supplemental Guidance: An organization-wide risk management strategy includes, for example, an expression of the security, privacy and supply chain risk tolerance for the organization; acceptable risk assessment methodologies; security, privacy and supply chain risk mitigation strategies; a process for consistently evaluating security, privacy and supply chain risk across the organization with respect to the organization's risk tolerance; and approaches for monitoring risk over time. The senior accountable official for risk management (agency head or designated official) aligns information security management processes with strategic, operational, and budgetary planning processes. The use of a risk executive function, led by the senior accountable official for risk management, can facilitate consistent application of the risk management strategy organization-wide. The organization-wide risk management strategy can be

TD_0000385

informed by security, privacy, and supply chain risk-related inputs from other sources, internal and external to the organization, to ensure the strategy is both broad-based and comprehensive.

## PM-10: Authorization Process

a.  Manage the security and privacy state of organizational systems and the environments in which those systems operate through authorization processes;

b.  Designate individuals to fulfill specific roles and responsibilities within the organizational risk management process; and

c.  Integrate the authorization processes into an organization-wide risk management program.

## PM-12: Insider Threat Program

Implement an insider threat program that includes a cross-discipline insider threat incident handling team.

Supplemental Guidance: Insider threat programs include controls to detect and prevent malicious insider activity through the centralized integration and analysis of both technical and non-technical information to identify potential insider threat concerns. A senior official is designated by the department or agency head as the responsible individual to implement and provide oversight for the program. In addition to the centralized integration and analysis capability, insider threat programs as a minimum, prepare department or agency insider threat policies and implementation plans; conduct host-based user monitoring of individual employee activities on government-owned computers; provide insider threat awareness training to employees; receive access to information from all offices within the department or agency for insider threat analysis; and conduct self-assessments of department or agency insider threat posture.

Insider threat programs can leverage the existence of incident handling teams that organizations may already have in place, such as cybersecurity incident response teams. Human resources records are especially important in this effort, as there is compelling evidence to show that some types of insider crimes are often preceded by nontechnical behaviors in the workplace including, for example, ongoing patterns of disgruntled behavior and conflicts with coworkers and other colleagues. These precursors can better inform and guide organizational officials in more focused, targeted monitoring efforts.

## PM-14: Testing, Training and Monitoring

a.  Implement a process for ensuring that organizational plans for conducting security and privacy testing, training, and monitoring activities associated with organizational systems:

   1.  Are developed and maintained; and

   2.  Continue to be executed; and

b.  Review testing, training, and monitoring plans for consistency with the organizational risk management strategy and organization-wide priorities for risk response actions.

Supplemental Guidance: This control ensures that organizations provide oversight for the security and privacy testing, training, and monitoring activities conducted organization-wide and that those activities are coordinated. With the growing importance of continuous monitoring programs, the implementation of information security and privacy across the three tiers of the risk management hierarchy and the widespread use of common controls, organizations coordinate and consolidate the testing and monitoring activities that are routinely conducted as part of ongoing organizational assessments supporting a variety of security and privacy controls. Security and privacy training activities, while focused on individual

TD_0000386

systems and specific roles, also necessitate coordination across all organizational elements. Testing, training, and monitoring plans and activities are informed by current threat and vulnerability assessments.

## PM-18: Privacy Program Plan

a.  Establish policy and procedures to ensure that requirements for the protection of controlled unclassified information that is processed, stored, or transmitted on external systems, are implemented in accordance with applicable laws, executive orders, directives, policies, regulations, and standards; and

b.  Review and update the policy and procedures every three (3) years or when there is a significant change.

Supplemental Guidance: A Privacy program plan is a formal document that provides an overview of an agency's privacy program, including a description of the structure of the privacy program, the resources dedicated to the privacy program, the role of the Senior Agency Official for Privacy and other privacy officials and staff, the strategic goals and objectives of the privacy program and the program management and common controls in place or planned for meeting applicable privacy requirements and managing privacy risks.

Privacy program plans can be integrated with information security plans or can be represented independently, either in a single document or in compilations of documents at the discretion of organizations. The plans document the program management controls and organization-defined common controls. Privacy program plans provide sufficient information about the program management and common controls (including specification of parameters and assignment and selection statements either explicitly or by reference) to enable control implementations that are unambiguously compliant with the intent of the plans and a determination of the risk incurred if the plans are implemented as intended.

The privacy plans for individual systems and the organization-wide privacy program plan together provide complete coverage for all privacy controls employed within the organization. Common controls are documented in an appendix to the organization's privacy program plan unless the controls are included in a separate privacy plan for a system. The organization-wide privacy program plan indicates which separate privacy plans contain descriptions of privacy controls.

Organizations have the flexibility to describe common controls in a single document or in multiple documents. In the case of multiple documents, the documents describing common controls are included as attachments to the privacy program plan. If the privacy program plan contains multiple documents, the organization specifies in each document, the organizational official or officials responsible for the development, implementation, assessment, authorization, and monitoring of the respective common controls.

## PM-19: Privacy Program Leadership Role

Appoint a senior agency official for privacy with the authority, mission, accountability, and resources to coordinate, develop, and implement, applicable privacy requirements and manage privacy risks through the organization-wide privacy program.

Supplemental Guidance: The privacy officer described in this control is an organizational official. For federal agencies, as defined by applicable laws, Executive Orders, directives, regulations, policies, standards and guidelines, this official is designated as the Senior Agency Official for Privacy. Organizations may also refer to this official as the Chief Privacy Officer.

TD_0000387

## PM-21: Accounting of Disclosures

a. Develop and maintain an accurate accounting of disclosures of personally identifiable information, including:

   1. Date, nature, and purpose of each disclosure; and

   2. Name and address, or other contact information of the individual or organization to which the disclosure was made;

b. Retain the accounting of disclosures for the length of the time the personally identifiable information is maintained or five years after the disclosure is made, whichever is longer; and

c. Make the accounting of disclosures available to the individual to whom the personally identifiable information relates upon request.

## PM-29: Risk Management Program Leadership Roles

a. Appoint a Senior Accountable Official for Risk Management to align organizational information security and privacy management processes with strategic, operational, and budgetary planning processes; and

b. Establish a Risk Executive (function) to view and analyze risk from an organization-wide perspective and ensure management of risk is consistent across the organization.

TD_0000388

## 4.14 PERSONNEL SECURITY

### PS-1: Personnel Security Policy and Procedures

    a.  Develop, document, and disseminate to designated agency officials:

        1.  An agency or organization-level personnel security policy that:

            (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.  Procedures to facilitate the implementation of the personnel security policy and the associated personnel security controls;

    b.  Designate an agency official to manage the development, documentation, and dissemination of the personnel security policy and procedures; and

    c.  Review and update the current personnel security:

        1.  Policies **every three (3) years (or if there is a significant change)**; and

        2.  Procedures **every three (3) years (or if there is a significant change)**.

### PS-2: Position Risk Designation

    a.  Assign a risk designation to all organizational positions;

    b.  Establish screening criteria for individuals filling those positions; and

    c.  Review and update position risk designations when recruitment actions are taken or when position descriptions are rewritten.

<u>Supplemental Guidance</u>: The IRS Office of Safeguards requires risk designations only for agency personnel or authorized contractors with access to FTI or responsible for administering FTI environments.

### PS-3: Personnel Screening

    a.  Screen individuals prior to authorizing access to the system; and

    b.  Rescreen individuals in accordance with agency-defined conditions requiring rescreening but no less than once every five years.

See <u>Section 2.C.3, Background Investigation Minimum Requirements</u> for additional requirements.

TD_0000389

## PS-4: Personnel Termination

Upon termination of individual employment:

a. Disable system access within three (3) business days;

b. Terminate or revoke any authenticators and credentials associated with the individual;

c. Conduct exit interviews that include a discussion of information security topics, specifically nondisclosure agreements;

d. Retrieve all security-related organizational system-related property; and

e. Retain access to organizational information and systems formerly controlled by terminated individual.

## PS-5: Personnel Transfer

a. Review and confirm ongoing operational need for current logical and physical access authorizations to systems and facilities when individuals are reassigned or transferred to other positions within the organization;

b. Initiate transfer or when warranted extended reassignment actions within five (5) business days of the formal transfer action;

c. Modify access authorization as needed to correspond with any changes in operational need due to reassignment or transfer; and

d. Notify designated agency personnel within five (5) business days of transfer.

## PS-6: Access Agreements

a. Develop and document access agreements for organizational systems;

b. Review and update the access agreements **at a minimum annually**; and

c. Verify that individuals requiring access to organizational information and systems:

1. Sign appropriate access agreements prior to being granted access; and

2. Re-sign access agreements to maintain access to organizational systems when access agreements have been updated or **at a minimum annually**.

Control Enhancements:

*(CE-3) Post-Employment Requirements:*

a. Notify individuals of applicable, legally binding post-employment requirements for protection of organizational information; and

b. Require individuals to sign an acknowledgment of these requirements, if applicable, as part of granting initial access to covered information.

TD_0000390

## PS-7: External Personnel Security

a.  Establish personnel security requirements, including security roles and responsibilities for external providers;

b.  Require external providers to comply with personnel security policies and procedures established by the organization;

c.  Document personnel security requirements;

d.  Require external providers to notify designated agency personnel of any personnel transfers or terminations of external personnel who possess organizational credentials and/or badges, or who have system privileges within three (3) business days; and

e.  Monitor provider compliance with personnel security requirements.

## PS-8: Personnel Sanctions

a.  Employ a formal sanctions process for individuals failing to comply with established information security and privacy policies and procedures; and

b.  Notify designated agency personnel within 72 hours when a formal employee sanctions process is initiated, identifying the individual sanctioned and the reason for the sanction.

## PS-9: Position Descriptions

Incorporate security and privacy roles and responsibilities into organizational position descriptions.

TD_0000391

## 4.15 PERSONALLY IDENTIFIABLE INFORMATION PROCESSING AND TRANSPARENCY

### PT-1: Personally Identifiable Information Processing and Transparency Policy and Procedures

a. Develop, document, and disseminate to agency officials:

    1. An agency or organization-level personally identifiable information processing and transparency policy that:

        (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

        (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

    2. Procedures to facilitate the implementation of the personally identifiable information processing and transparency policy and the associated personally identifiable information processing and transparency controls;

b. Designate an agency official to manage the development, documentation, and dissemination of the personally identifiable information processing and transparency policy and procedures; and

c. Review and update the current personally identifiable information processing and transparency:

    1. Policies **every three (3) years (or if there is a significant change)**; and

    2. Procedures **every three (3) years (or if there is a significant change)**.

### PT-2: Authority to Process Personally Identifiable Information

a. Determine and document the IRC § 6103 section that permits the receipt of personally identifiable information; and

b. Restrict the access of personally identifiable information to only that which is authorized.

TD_0000392

## 4.16 RISK ASSESSMENT

### RA-1: Risk Assessment Policy and Procedures

    d.   Develop, document, and disseminate to designated agency officials:

        1.   An agency or organization-level risk assessment policy that:

                a.   Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

                b.   Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.   Procedures to facilitate the implementation of the risk assessment policy and the associated risk assessment controls;

    e.   Designate an agency official to manage the development, documentation, and dissemination of the risk assessment policy and procedures; and

    f.   Review and update the current risk assessment:

        1.   Policies **every three (3) years (or if there is a significant change)**; and

        2.   Procedures **every three (3) years (or if there is a significant change)**.

### RA-3: Risk Assessment

    a.   Conduct a risk assessment, including:

        1.   Identifying threats to and vulnerabilities in the system;

        2.   Determining the likelihood and magnitude of harm from unauthorized access, use, disclosure, disruption, modification, or destruction of the system, the information it processes, stores, or transmits, and any related information; and

        3.   Determining the likelihood and impact of adverse effects on individuals arising from the processing of personally identifiable information;

    b.   Integrate risk assessment results and risk management decisions from the organization and mission or business process perspectives with system-level risk assessments;

    c.   Document risk assessment results in system security plans and risk assessment plans;

    d.   Review risk assessment results at least **annually**;

    e.   Disseminate risk assessment results to agency-defined personnel (e.g., AO, System Owner, system administrator); and

    f.   Update the risk assessment at least **every three years** or when there are significant changes to the system, its environment of operation, or other conditions that may impact the security or privacy state of the system.

TD_0000393

Control Enhancements:

*(CE-1) Supply Chain Risk Assessment:*

    c.  Assess supply chain risks associated with Federal Tax Information and

    d.  Update the supply chain risk assessment every three (3) years, when there are significant changes to the relevant supply chain, or when changes to the system, environments of operation, or other conditions may necessitate a change in the supply chain.

Supplemental Guidance: Supply chain-related events include, for example, disruption, theft, use of defective components, insertion of counterfeits, malicious development practices, improper delivery practices and insertion of malicious code. These events can have a significant impact on the confidentiality, integrity or availability of a system and its information and therefore, can also adversely impact organizational operations (including mission, functions, image or reputation), organizational assets, individuals, other organizations, the state and the Nation. The supply chain-related events may be unintentional or malicious and can occur at any point during the system life cycle. An analysis of supply chain risk can help an organization identify systems or components for which additional supply chain risk mitigations are required.

## RA-5: Vulnerability Monitoring and Scanning

    a.  Monitor and scan for vulnerabilities in the system and hosted applications every thirty (30) days, prior to placing a new information system on the agency network, to confirm remediation actions, and when new vulnerabilities potentially affecting the system are identified and reported;

    b.  Employ vulnerability monitoring tools and techniques that facilitate interoperability among tools and automate parts of the vulnerability management process by using standards for:

        1.  Enumerating platforms, software flaws and improper configurations;

        2.  Formatting checklists and test procedures; and

        3.  Measuring vulnerability impact;

    c.  Analyze vulnerability scan reports and results from vulnerability monitoring;

    d.  Remediate legitimate vulnerabilities in accordance with an agency assessment of risk;

    e.  Share information obtained from the vulnerability monitoring process and control assessments with agency-defined personnel to help eliminate similar vulnerabilities in other systems; and

    f.  Employ vulnerability monitoring tools that include the capability to readily update the vulnerabilities to be scanned.

Supplemental Guidance: Automated security scanning of assets (including wireless networks) for inventory, configuration, and vulnerability data, including at the application-level, must be included in monthly required vulnerability scans.

Control Enhancements:

*(CE-2) Update by Vulnerabilities to be Scanned:* Update the system vulnerabilities to be scanned at least every 30 days; prior to a new scan; when new vulnerabilities are identified and reported.

TD_0000394

*(CE-4) Discoverable Information:* Determine information about the system that is discoverable and take appropriate corrective actions.

*(CE-5) Privileged Access*: Implement privileged access authorization to all information system components for selected vulnerability scanning activities.

Supplemental Guidance: In certain situations, the nature of the vulnerability scanning may be more intrusive or the system component that is the subject of the scanning may contain classified or controlled unclassified information. Privileged access authorization to selected system components facilitates more thorough vulnerability scanning and protects the sensitive nature of such scanning.

*(IRS-Defined)*: Implement a vulnerability management process for IT software systems (including wireless networks) to complement their patch management process.

## RA-7: Risk Response

Respond to findings from security and privacy assessments, monitoring, and audits in accordance with organizational risk tolerance.

Supplemental Guidance: Agencies have a variety of options for responding to risk including mitigating the risk by implementing new controls or strengthening existing controls; accepting the risk with appropriate justification or rationale; sharing or transferring the risk; or rejecting the risk. Organizational risk tolerance influences risk response decisions and actions. Risk response is also known as risk treatment. This control addresses the need to determine an appropriate response to risk before a plan of action and milestones entry is generated. For example, the response may be to accept risk or reject risk, or it may be possible to mitigate the risk immediately, so a plan of action and milestones entry is not needed. However, if the risk response is to mitigate the risk and the mitigation cannot be completed immediately, a plan of action and milestones entry is generated.

## RA-8: Privacy Impact Assessments

Conduct privacy impact assessments for systems, programs, or other activities before:

a. Developing or procuring information technology that processes personally identifiable information; and

b. Initiating a new collection of personally identifiable information that:

1. Will be processed using information technology; and

2. Includes personally identifiable information permitting the physical or virtual (online) contacting of a specific individual, if identical questions have been posed to, or identical reporting requirements imposed on, ten or more individuals, other than agencies, instrumentalities, or employees of the federal government.

Supplemental Guidance: A privacy impact assessment must be conducted specifically for new systems used to process, store, or transmit FTI.

## 4.17 SYSTEM AND SERVICES ACQUISITION

## SA-1: System and Services Acquisition Policy and Procedures

a. Develop, document, and disseminate to designated agency officials:

TD_0000395

1.  An agency or organization-level system and services acquisition policy that:

    (a) Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

    (b) Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

2.  Procedures to facilitate the implementation of the system and services acquisition policy and the associated system and services acquisition controls;

b.  Designate an agency designated official to manage the development, documentation, and dissemination of the system and services acquisition policy and procedures; and

c.  Review and update the current system and services acquisition:

    1.  Policy **every three (3) years (or if there is a significant change)**; and

    2.  Procedures **every three (3) years (or if there is a significant change)**.

## SA-2: Allocation of Resources

a.  Determine the high-level information security and privacy requirements for the system or system service in mission and business process planning;

b.  Determine, document, and allocate the resources required to protect the system or system service as part of the organizational capital planning and investment control process; and

c.  Establish a discrete line item for information security and privacy in organizational programming and budgeting documentation.

## SA-3: System Development Life Cycle

a.  Acquire, develop, and manage the system using an agency or organization-level system development life cycle that incorporates information security and privacy considerations;

b.  Define and document information security and privacy roles and responsibilities throughout the systems development lifecycle (SDLC);

c.  Identify individuals having information security and privacy roles and responsibilities; and

d.  Integrate the organizational information security and privacy risk management process into SDLC activities.

### Control Enhancements

*(CE-2) Use of Live Data*:

a.  Approve, document, and control the use of live data in preproduction environments for the system, system component, or system service; and

b.  Protect preproduction environments for the system, system component, or system service at the same impact or classification level as any live data in use within the preproduction environments.

TD_0000396

Supplemental Guidance: Live data is also referred to as operational data. The use of live data in preproduction environments can result in significant risk to agencies. Agencies can minimize such risk by using test or dummy data during the design, development and testing of systems, system components and system services. To use live FTI in a test or development environment, agencies must submit a notification as described in Section 2.E.6, Notification Reporting Requirements.

## SA-4: Acquisition Process

Include the following requirements, descriptions, and criteria, explicitly or by reference, using organization-defined contract language in the acquisition contract for the system, system component, or system service:

    a.   Security and privacy functional requirements;

    b.   Strength of mechanism requirements;

    c.   Security and privacy assurance requirements;

    d.   Controls needed to satisfy the security and privacy requirements;

    e.   Security and privacy documentation requirements;

    f.   Requirements for protecting security and privacy documentation;

    g.   Description of the system development environment and environment in which the system is intended to operate;

    h.   Allocation of responsibility or identification of parties responsible for information security, privacy, and supply chain risk management; and

    i.   Acceptance criteria.

### Control Enhancements

*(CE-1) Functional Properties of Controls*: Require the developer of the system, system component, or system service to provide a description of the functional properties of the controls to be implemented.

*(CE-2) Design and Implementation Information for Controls:* Require the developer of the system, system component, or system service to provide design and implementation information for the controls that includes: security-relevant external system interfaces; high-level design; low-level design; source code or hardware schematics; organization-defined design and implementation information for the security controls to be employed at sufficient level of detail to permit analysis and testing of controls.

*(CE-8) Continuous Monitoring Plan for Controls*: Require the developer of the system, system component, or system service to produce a plan for continuous monitoring of control effectiveness that is consistent with the continuous monitoring program of the organization.

*(CE-9) Functions, Ports, Protocols and Services in Use:* Require the developer of the system, system component, or system service to identify the functions, ports, protocols, and services intended for organizational use.

*(CE-12) Data Ownership:*

    a.   Include organizational data ownership requirements in the acquisition contract; and

TD_0000397

    b.   Require all data to be removed from the contractor's system and returned to the organization within 7 calendar days prior to contract termination.

Supplemental Guidance: The contactor must provide the agency with certification of destruction using NIST approved standards or certification that the data has been returned.

*(IRS-Defined):* Information systems that receive, process, store, access, protect and/or transmit FTI must be located, operated, and accessed within the United States. When a contract developer is used, agencies must document, through contract requirements, that all FTI systems (i.e., beyond commercial products used as components) are located within the United States and are developed physically within the United States by United States citizens or those with lawful resident status.

Supplemental Guidance: This includes any contractor systems or cloud environments where FTI is received, processed, stored, accessed, protected and/or transmitted. See Section 2.C.7, Offshore Operations, for additional information.

*(IRS-Defined):* In acquiring information technology, agencies must use common security configurations, when applicable, by (a) requiring vendors to configure IT with common security configurations (when available and applicable, e.g., Center for Internet Security benchmarks) prior to delivery or (b) configuring acquired IT to meet agency-tailored, secure parameters (e.g., configurations that meet Publication 1075 and applicable SCSEM requirements) after delivery but prior to deployment.

Supporting Guidance: In the latter case, agencies do not need to require that vendors securely configure IT for delivery.

## SA-5: System Documentation

    a.   Obtain or develop administrator documentation for the system, system component, or system service that describes:

        1.   Secure configuration, installation, and operation of the system, component, or service;

        2.   Effective use and maintenance of security and privacy functions and mechanisms; and

        3.   Known vulnerabilities regarding configuration and use of administrative or privileged functions;

    b.   Obtain or develop user documentation for the system, system component, or system service that describes:

        1.   User-accessible security and privacy functions and mechanisms and how to effectively use those functions and mechanisms;

        2.   Methods for user interaction, which enables individuals to use the system, component, or service in a more secure manner and protect individual privacy; and

        **3.**   User responsibilities in maintaining the security of the system, component, or service and privacy of individuals;

    **c.**   Document attempts to obtain system, system component, or system service documentation when such documentation is either unavailable or nonexistent and take agency-defined actions (e.g., recreates documentation that is essential to the effective implementation or operation of security controls) in response; and

TD_0000398

    d.  Distribute documentation to designated agency officials.

## SA-8: Security Engineering Principles

Apply the following systems security and privacy engineering principles in the specification, design, development, implementation, and modification of the system and system components: agency-defined systems security and privacy engineering principles.

<u>Supplemental Guidance</u>: Agencies can apply systems security and privacy engineering principles to new systems under development or to systems undergoing upgrades. For legacy systems, agencies apply systems security and privacy engineering principles to system upgrades and modifications to the extent feasible, given the current state of hardware, software, and firmware components within those systems. The application of systems security and privacy engineering concepts and principles help to develop trustworthy, secure systems and system components and reduce the susceptibility of agencies to disruptions, hazards, threats and creating privacy-related problems for individuals. Examples of these concepts and principles include, developing layered protections; establishing security and privacy policies, architecture and controls as the foundation for design and development; incorporating security and privacy requirements into the system development life cycle; delineating physical and logical security boundaries; ensuring that developers are trained on how to build secure software; tailoring security and privacy controls to meet agency and operational needs; performing threat modeling to identify use cases, threat agents, attack vectors and patterns, design patterns and compensating controls needed to mitigate risk. Agencies that apply security and privacy engineering concepts and principles can facilitate the development of trustworthy, secure systems, system components and system services; reduce risk to acceptable levels; and make informed risk management decisions. Security engineering principles can also be used to protect against certain supply chain risks including, for example, incorporating tamper-resistant hardware into a design.

## SA-9: External System Services

    a.  Require that providers of external system services comply with organizational security and privacy requirements and employ the following controls: the security and privacy requirements contained within this publication and applicable federal laws, Executive Orders, directives, policies, regulations, standards and established service-level agreements;

    b.  Define and document organizational oversight and user roles and responsibilities with regard to external system services; and

    c.  Employ the following processes, methods, and techniques to monitor control compliance by external service providers on an ongoing basis: continuous monitoring activities (e.g., perform internal inspections, complete self-assessments using SCSEM, perform automated configuration compliance scans, etc.)

### Control Enhancements

*(CE-1) Risk Assessments and Organizational Approvals:*

    a.  Conduct an organizational assessment of risk prior to the acquisition or outsourcing of information security services; and

    b.  Verify that the acquisition or outsourcing of dedicated information security services is approved by a designated agency official.

TD_0000399

*(CE-2) Identification of Functions, Ports, Protocols and Services:* Require providers of external information system services that process, store, or transmit FTI to identify the functions, ports, protocols, and other services required for the use of such services.

*(CE-3) Establish and Maintain Trust Relationship with Providers:* Establish, document, and maintain trust relationships with external service providers based on the following requirements, properties, factors, or conditions: IRS Publication 1075 requirements for information systems that process, store, or transmit FTI.

*(CE-5) Processing, Storage and Service Location:* Restrict the location of accessing, processing, storage, transmission of FTI to The U.S. and territories based on IRS Publication 1075 requirements.

*(CE-6) Organization-Controlled Cryptographic Keys:* Maintain exclusive control of cryptographic keys for encrypted material stored or transmitted through an external system.

*(CE-8) Processing and Storage Location – U.S. Jurisdiction:* Restrict the geographic location of information processing and data storage to facilities located within in the legal jurisdictional boundary of the United States.

## SA-10: Developer Configuration Management

Require the developer of the system, system component, or system service to:

    a. Perform configuration management during system, component, or service: design, development, implementation, and operation and disposal;

    b. Document, manage, and control the integrity of changes to configuration items under configuration management;

    c. Implement only organization-approved changes to the system, component, or service;

    d. Document approved changes to the system, component, or service and the potential security and privacy impacts of such changes; and

    e. Track security flaws and flaw resolution within the system, component, or service and report findings to the designated agency official.

### Control Enhancements

*(CE-1) Software and Firmware Integrity Verification:* Require the developer of the system, system component, or system service to enable integrity verification of software and firmware components.

<u>Supplemental Guidance</u>: Verification of the integrity of software and firmware can be accomplished though confirmation of the hash value. For example, checksums from well-known and safe hash functions. MD5 is not considered a safe hash function to use.

*(CE-3) Hardware Integrity Verification:* Require the developer of the system, system component, or system service to enable integrity verification of hardware components.

*(CE-7) Security and Privacy Representatives:* Require agency designated security and privacy representatives to be included in the configuration change management and control process.

TD_0000400

## SA-11: Developer Testing and Evaluation

Require the developer of the system, system component, or system service, at all post-design stages of the system development life cycle, to:

a.  Develop and implement a plan for ongoing security and privacy assessments;

b.  Perform system testing/evaluation at the depth of one or more of the following: security-related functional properties, security-related externally visible interfaces, high-level design, low-level design and/or implementation representation (i.e., source code and hardware schematics) at all post-design phases of the SDLC;

c.  Produce evidence of the execution of the assessment plan and the results of the testing and evaluation;

d.  Implement a verifiable flaw remediation process; and

e.  Correct flaws identified during testing and evaluation.

Control Enhancements

*(CE-1) Static Code Analysis:* Require the developer of the system, system component, or system service to employ static code analysis tools to identify common flaws and document the results of the analysis.

*(CE-4) Manual Code Reviews:* Require the developer of the system, system component, or system service to perform a manual code review of FTI-related applications using the following processes, procedures, and/or techniques: agency-defined manual review process.

*(CE-5) Penetration Testing:* Require the developer of the system, system component, or system service to perform penetration testing:

a.  At the following level of rigor: at a minimum Whitebox testing; and

b.  Under the following constraints: where FTI is processed, stored, or transmitted.

*(CE-6) Attack Surface Reviews:* Require the developer of the system, system component, or system service to perform attack surface reviews.

## SA-15: Development Process, Standards and Tools

a.  Require the developer of the system, system component, or system service to follow a documented development process that:

1.  Explicitly addresses security and privacy requirements;

2.  Identifies the standards and tools used in the development process;

3.  Documents the specific tool options and tool configurations used in the development process; and

4.  Documents, manages, and ensures the integrity of changes to the process and/or tools used in development; and

b. Review the development process, standards, tools, tool options, and tool configurations at a minimum annually to determine if the process, standards, tools, tool options and tool configurations selected and employed can satisfy the following security and privacy requirements IRS Publication 1075 security and privacy requirements

<u>Supplemental Guidance</u>: Development tools include, for example, programming languages and computer-aided design systems. Reviews of development processes can include, for example, the use of maturity models to determine the potential effectiveness of such processes. Maintaining the integrity of changes to tools and processes facilitates effective supply chain risk assessment and mitigation. Such integrity requires configuration control throughout the SDLC to track authorized changes and to prevent unauthorized changes.

Control Enhancements

*(CE-3) Criticality Analysis*: Require the developer of the system, system component, or system service to perform a criticality analysis:

a. At the following decision points in the system development life cycle: the agency-defined breadth/depth; and

b. At the following level of rigor: post-design phases of the SDLC.

<u>Supplemental Guidance</u>: This control enhancement provides developer input to the criticality analysis performed by agencies. Developer input is essential to such analysis because agencies may not have access to detailed design documentation for system components that are developed as commercial off-the-shelf products. Such design documentation includes, for example, functional specifications, high-level designs, low-level designs and source code and hardware schematics.

## SA-22: Unsupported System Components

a. Replace system components when support for the components is no longer available from the developer, vendor, or manufacturer; or

b. Provide the following options for alternative sources for continued support for unsupported components: Extended security support agreement that include security software patches and firmware updates from an external source for each unsupported component.

<u>Supplemental Guidance</u>: Support for system components includes, for example, software patches, firmware updates, replacement parts and maintenance contracts. Unsupported components, for example, when vendors no longer provide critical software patches or product updates, provide an opportunity for adversaries to exploit weaknesses in the installed components. Exceptions to replacing unsupported system components may include, for example, systems that provide critical mission or business capability where newer technologies are not available or where the systems are so isolated that installing replacement components is not an option. Systems that no longer receive security patches or product updates may receive critical findings during Safeguards reviews. For more information on unsupported system components, see the Office of Safeguards website.

TD_0000402

## 4.18 SYSTEM AND COMMUNICATIONS PROTECTION

### SC-1: System and Communications Protection Policy and Procedures

    a.  Develop, document, and disseminate to designated agency officials:

        1.  An agency or organization-level system and communications protection policy that:

            (a)  Addresses purpose, scope, roles, responsibilities, management commitment, coordination among organizational entities and compliance; and

            (b)  Is consistent with applicable laws, Executive Orders, directives, regulations, policies, standards, and guidelines; and

        2.  Procedures to facilitate the implementation of the system and communications protection policy and the associated system and communications protection controls;

    b.  Designate an agency official to manage the development, documentation, and dissemination of the system and communications protection policy and procedures; and

    c.  Review and update the current system and communications protection:

        1.  Policy **every three (3) years (or if there is a significant change)**; and

        2.  Procedures **every three (3) years (or if there is a significant change)**.

### SC-2: Application Partitioning

Separate user functionality, including user interface services, from system management functionality.

Control Enhancements:

*(CE-1) Interfaces for Non-Privileged Users*: Prevent the presentation of system management functionality at interfaces to non-privileged users.

### SC-4: Information in Shared System Resources

Prevent unauthorized and unintended information transfer via shared system resources.

### SC-7: Boundary Protection

    a.  Monitor and control communications at the external managed interfaces to the system and at key internal managed interfaces within the system;

    b.  Implement subnetworks for publicly accessible system components that are physically and logically separated from internal organizational networks; and

    c.  Connect to external networks or systems only through managed interfaces consisting of boundary protection devices arranged in accordance with an organizational security and privacy architecture.

More information about network protections can be found in Section 3.3.6, Network Boundary and Infrastructure.

TD_0000403

Control Enhancements:

*(CE-3) Access Points*: Limit the number of external network connections to the system.

*(CE-4) External Telecommunications Services*:

    a.  Implement a managed interface for each external telecommunication service;

    b.  Establish a traffic flow policy for each managed interface;

    c.  Protect the confidentiality and integrity of the information being transmitted across each interface;

    d.  Document each exception to the traffic flow policy with a supporting mission or business need and duration of that need;

    e.  Review exceptions to the traffic flow policy at a minimum quarterly and remove exceptions that are no longer supported by an explicit mission or business need;

    f.  Prevent unauthorized exchange of control plane traffic with external networks;

    g.  Publish information to enable remote networks to detect unauthorized control plane traffic from internal networks; and

    h.  Filter unauthorized control plane traffic from external networks.

*(CE-5) Deny by Default – Allow by Exception*: Deny network communications traffic by default and allow network communications traffic by exception on information systems where FTI is accessed, processed, stored, or transmitted.

*(CE-7) Prevent Split Tunneling for Remote Devices*: Prevent split tunneling for remote devices connecting to organizational systems unless the split tunnel is securely provisioned using:

    a.  Individual users shall not have the ability to configure split tunneling

    b.  Auditing must be performed semi-annually on each workstation with split tunneling enabled. Auditing must include:

        1.  Only those users authorized for split tunneling have it enabled in their user profile or policy object

        2.  There is a continued need for split tunneling for the user

        3.  Only the correct and authorized split tunneling configurations are present on the workstation

    c.  Host Checking is enabled and configured on the VPN server;

        1.  Ensure the OS is supported

        2.  Ensure that anti-malware is installed and up to date

        3.  The most current hotfixes are applied

        4.  Agency-defined additional parameters

TD_0000404