Last updated in Transmittal No. 24  
August 2015

General Records Schedule 6.2

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| | apply the items for all other FACA committee records. | | |
| 040 | **Committee Accountability Records**<br>Records that document financial and ethics accountability, such as records documenting financial expenditures associated with the functioning of the committee and financial disclosure and conflict of interest documents.<br>Records include:<br>• travel costs<br>• committee member payments<br>• meeting room costs<br>• contractor costs<br>• Federal Register notice costs<br><br>**Exclusion:** Forms filed under the Ethics in Government Act (see note).<br><br>**Note:** Forms filed under the Ethics in Government Act are scheduled in GRS 2.8, Employee Ethics Records. These forms may apply to committee members designated as special Government employees (SGEs). | **Temporary.** Destroy when 6 years old. Longer retention is authorized if required for business use. | DAA-GRS-2015-0001-0004 |
| 050 | **Non-substantive Committee Records**<br>Records related to specific committees that are of an administrative nature or are duplicative of information maintained elsewhere.<br>• drafts and copies of Federal Register notices<br>• audiotapes and videotapes of committee meetings and hearings that have been fully transcribed or that were created explicitly for the purpose of creating detailed meeting minutes (once the minutes are created)<br>• photographs of committee social functions, routine award events, and other non-mission-related activities<br>• records relating to logistical or administrative aspects of committee meetings and activities such as meeting location and access, phone line or internet connections, IT support concerns, etc.<br>• routine correspondence:<br>  o correspondence (including intra-agency, with committee members, or the public) regarding logistics (e.g., agenda planning, meeting arrangements, administrative issues)<br>  o public requests for information<br>• Non-substantive committee membership records, including: | **Temporary.** Destroy when superseded, obsolete, no longer needed, or upon termination of the committee, whichever is sooner. | DAA-GRS-2015-0001-0005 |

Last updated in Transmittal No. 24  
August 2015

General Records Schedule 6.2

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| | <ul><li>Resumes, curriculum vitae, or biographical information for individuals who are considered or nominated for a committee but are never appointed or invited to serve on a committee</li><li>Member credentials (resumes or biographies)</li><li>Member files (personnel-type records)</li></ul><ul><li>Non-substantive web content</li></ul>**Note 1:** Consult with the appropriate agency staff (i.e., records officials, general counsel) to ensure the records designated in this category are accurately designated as administrative.<br><br>**Note 2:** Records on agency websites that are duplicative of records maintained elsewhere and that are not designated as the recordkeeping copy may be destroyed subject to GRS 5.1, item 020. | | |
| **Committee Management Records** | | | |
| 060 | **Committee Management Records**<br>Records created and/or maintained by Committee Management Officers (CMOs) and their staff related to the overall management of committees for an agency. These records may pertain to specific committees or to the committee management function in general. Records include:<ul><li>agency guidelines</li><li>correspondence</li><li>requests for approval of committee nominees</li><li>copies of records about committees maintained for reporting purposes, such as:<ul><li>information provided to GSA Secretariat for annual comprehensive reviews</li><li>statistical data files and reports</li><li>annual reports to the Library of Congress describing the agency's compliance with the Government in the Sunshine Act</li><li>financial operating plans and final cost accountings</li></ul></li></ul>**Note:** This item does not apply to the reporting database or records maintained by the General Services Administration (GSA) Committee Management Secretariat for oversight purposes. | **Temporary.** Destroy when 3 years old, 3 years after submission of report, or 3 years after superseded or obsolete, as appropriate. Longer retention is authorized if required for business use. | DAA-GRS-2015-0001-0006 |

Last updated in Transmittal No. 29  
December 2017

General Records Schedule 6.3

# GENERAL RECORDS SCHEDULE 6.3: Information Technology Records

This schedule covers records about Federal agency Information Technology (IT) program planning, which includes designing and operating major IT management processes; acquiring and managing IT capital investments; monitoring IT program performance; and developing and maintaining an agency's IT architecture.

This schedule does not include records of the Office of Management and Budget (OMB) documenting OMB's oversight role relating to Government-wide information resources management and IT spending. These records are scheduled by an OMB-specific schedule.

Related records are covered elsewhere in the GRS. IT records are covered in GRS 3.1, General Technology Management, and 3.2, Information Systems Security Records.

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| 010 | **Information Technology program and capital investment planning records.**<br>Records of agency IT program development and capital investment planning that document goals and milestones to achieve them; planning principles and activities; performance and evaluation measures such as TechStat reviews; and compliance with requirements such as OMB Circular A-130, the Federal Information Technology Acquisition Reform Act, and other laws. Includes:<br>• strategic and tactical plans<br>• records of internal agency governance boards supporting formally issued plans, including comments, concurrences, clearances, and justifications<br>• records maintained by committees, boards, task forces, conferences, or other IT advisory, governing, or policy bodies for which the Chief Information Officer (CIO) has sponsorship, leadership, or recordkeeping responsibilities<br>• reports and statistics documenting quantitative and qualitative performance measures, such as Government Performance and Results Act (GPRA) reporting<br>• portfolio management records, including clearance and review<br>• Reports on IT capital investments, such as OMB Exhibit 300 Major IT Business Cases (MITBCs) and IT Portfolio Summaries (ITPS), including IT Dashboard Exhibit 300 MITBC submissions<br>• business case development, review, and clearance records regarding major investments, systems, acquisitions, or operational assets<br><br>**Exclusion 1:** Policy records generated by the CIO (agencies must schedule these separately). | **Temporary.** Destroy when 7 years old, but longer retention is authorized if required for business use. | DAA-GRS-2017-0009-0001 |

| | | | |
|---|---|---|---|
| | **Exclusion 2:** Records of Government-wide committees sponsored by CIOs, such as the Federal Chief Information Officers Council (the agency with responsibility for convening the committee must schedule its records separately). <br><br> **Exclusion 3:** System data or content (agencies must schedule these separately). <br><br> **Exclusion 4:** Systems development records (GRS 3.1, General Technology Management Records, item 011, System development records, covers these). <br><br> **Exclusion 5:** Records documenting system and operational level compliance with IT policies, directives, and plans (GRS 3.1 General Technology Management Records, item 040, Information technology oversight and compliance records, covers these). | | |
| 020 | **Enterprise architecture records.** <br> Records that describe the agency's baseline or target enterprise or its information architecture, including technical reference models, diagrams, graphics, models, sequencing plans, and narratives. <br><br> **Exclusion:** Records of basic systems and services used to supply the agency and its staff with access to computers and data telecommunications (GRS 3.1 General Technology Management Records, item 010, Infrastructure project records, covers these). | **Temporary.** Destroy 7 years after creating a new iteration of the enterprise or information architecture, but longer retention is authorized if required for business use. | DAA-GRS-2017-0009-0002 |

Last updated in Transmittal No. 31  
April 2020

General Records Schedule 6.4

# GENERAL RECORDS SCHEDULE 6.4:  Public Affairs Records

This schedule covers records about public affairs functions within Federal agencies. Public affairs involves communications and information exchanges between the Federal Government, citizens, and stakeholders in direct support of citizen services, public policy, and national interest.

Agencies must offer any records created prior to January 1, 1921, to the National Archives and Records Administration (NARA) before applying disposition instructions in this schedule.

Agencies must schedule records that this GRS does not include. This GRS does not include many public affairs-related records because they either typically are permanent or are not temporary in every case. See the Public Affairs Records Scheduling Guidelines for additional information on how agencies might schedule records this GRS does not include.

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| 010 | **Public affairs-related routine operational records.** <br> Records related to the routine, day-to-day administration of public affairs activities, including but not limited to: <br> • logistics, planning, and correspondence records for routine conferences and events <br> • correspondence and records on speakers and speaking engagements, including biographies <br> • case files and databases of public comments (related to public affairs activities only) | **Temporary.** Destroy when 3 years old, or no longer needed, whichever is later. | DAA-GRS-2016-0005-0001 |
| 020 | **Public correspondence and communications not requiring formal action.** <br> Records related to correspondence and communications, including comments, to and from the public that require no formal response or action.  Includes: <br> • comments the agency receives but does not act upon or that do not require a response, such as: <br>    o write-in campaigns <br>    o personal opinions on current events or personal experiences <br>    o routine complaints or commendations <br>    o anonymous communications <br>    o suggestion box comments <br>    o public correspondence addressed to another entity and copied to the agency or that the agency receives in error <br>    o comments posted by the public on an agency website that do not require response or that the agency does not collect for further use <br> • communications from the public that the agency responds to but takes no formal action on | **Temporary.** Destroy when 90 days old, but longer retention is authorized if required for business use. | DAA-GRS-2016-0005-0002 |

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| | • agency postings on social media accounts and email blasts that consist of information released or captured elsewhere, provided the agency also captures the posting<br><br>**Note 1:** For requests for information, publications, photographs, and other information involving no administrative action, policy decision, or special compilations or research, use GRS 4.2, item 010.<br><br>**Note 2:** The agency must schedule any correspondence or communications with the public not described in this GRS, which includes that of high-level officials.<br><br>**Exclusion 1:** Correspondence relating to a specific case or action is not considered public correspondence and should be filed and maintained with the appropriate case or action file.<br><br>**Exclusion 2:** Public comments that the agency takes action on or uses to take action are not covered by this GRS. | | |
| 030 | **Public affairs product production files.**<br>Records related to developing speeches, publications, educational materials, audiovisual materials including posters, public conferences and other public outreach materials, including but not limited to:<br>• news clippings<br>• marketing research<br>• copies of records used for reference in preparing products<br>• research notes<br>• printers galleys<br>• drafts and working copies (see Exclusion 3)<br>• preparatory or preliminary artwork or graphics<br>• bibliographies, checklists, and indexes of agency publications and releases (see Exclusion 4)<br>• clearances related to release of products (see Exclusion 5 and 6)<br><br>**Note 1:** Agencies must offer any cartographic and aerial photographic records created before January 1, 1950, to the National Archives and Records Administration (NARA) before applying this disposition authority.<br><br>**Note 2:** Now-obsolete forms of printing production materials (e.g., line and halftone negatives, screened paper prints, and offset lithographic plates), line copies of graphs and charts, as well as cartographic | **Temporary.** Destroy when no longer needed for business use. | DAA-GRS-2016-0005-0003 |

Last updated in Transmittal No. 31  
April 2020

General Records Schedule 6.4

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| | records prepared during Intermediate stages of publication that may be found in older project files are temporary under this item.<br><br>**Exclusion 1:** Final products such as speeches, publications, educational materials, agency histories, mission-related audiovisual materials including posters, conference and public outreach materials. The agency must schedule these records on an agency-specific schedule.<br><br>**Exclusion 2:** This item does not include unique collections of records or original materials (such as interviews or oral histories) the agency assembles for research or final product development purposes. These records may have permanent value and the agency should schedule them on an agency-specific schedule.<br><br>**Exclusion 3:** This item does not include working papers or files that propose and evaluate options or alternatives and their implications in the development of high-level policies and decisions or that document findings or support recommendations.<br><br>**Exclusion 4:** This item does not include bibliographies, checklists or indexes relating to records scheduled as permanent, such as permanent publications.<br><br>**Exclusion 5:** Records relating to obtaining approval or clearance for releasing information from other agencies or outside organizations, such as foreign governments, must be scheduled on an agency specific schedule.<br><br>**Exclusion 6:** This item does not cover clearances for release of information related to declassification review. | | |
| 040 | **Routine media relations records.**<br>Records of interactions with the press or media that contain duplicate, minimal, or limited information, such as:<br>• requests and responses for interviews<br>• requests and responses for information or assistance for media stories<br>• daily or spot news recordings or videos available to local radio and TV stations<br>• notices or announcements of media events<br>• public service announcements | **Temporary.** Destroy when no longer needed for business use. | DAA-GRS-2016-0005-0004 |

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| | • copies or articles created by the agency for publication in news media<br><br>**Exclusion:** Transcripts of press conferences or press briefings, briefing books, and press releases are not covered by this item and must be scheduled by the agency on an agency-specific schedule. | | |
| 050 | **Routine audiovisual records.**<br>Photographs or audiovisual recordings of routine award ceremonies, retirement ceremonies, social events, and activities not related to the mission of the agency. Also included are production files or similar files that document origin, development, acquisition, use, and ownership of temporary audiovisual records.<br><br>**Note:** Any instances of the now-obsolete form, viewgraphs, found in older audiovisual files are also temporary under this item. | **Temporary.** Destroy when 2 years old but longer retention is authorized if required for business use. | DAA-GRS-2016-0005-0006 |

# GENERAL RECORDS SCHEDULE 6.5: Public Customer Service Records

This schedule covers records an agency creates or receives while providing customer service to the public. Federal agencies that provide direct services to the public operate customer call centers or service centers to assist external customers. They may provide customer support through telephone discussions (toll-free numbers), dialogue (via chat), and email.

| Item | Records Description | Disposition Instruction | Disposition Authority |
|---|---|---|---|
| 010 | **Public customer service operations records.**<br>Records from operating a customer call center or service center providing services to the public. Services may address a wide variety of topics such as understanding agency mission-specific functions or how to resolve technical difficulties with external-facing systems or programs. Includes:<br>• incoming requests and responses<br>• trouble tickets and tracking logs<br>• recordings of call center phone conversations with customers used for quality control and customer service training<br>• system data, including customer ticket numbers and visit tracking<br>• evaluations and feedback about customer services<br>• information about customer services, such as "Frequently Asked Questions" (FAQs) and user guides<br>• reports generated from customer management data<br>• complaints and commendation records; customer feedback and satisfaction surveys, including survey instruments, data, background materials, and reports.<br><br>**Exclusion 1:** Records of call or service centers the public uses to provide tips or allegations to oversight and enforcement agencies/offices. Agencies must schedule these records on an agency-specific schedule.<br><br>**Exclusion 2:** Reports that recommend changes or revisions to an agency's customer service operation; agencies must schedule these records on an agency-specific schedule. | **Temporary.** Destroy 1 year after resolved, or when no longer needed for business use, whichever is appropriate. | DAA-GRS-2017-0002-0001 |
| 020 | **Customer/client records.**<br>Distribution lists used by an agency to deliver specific goods or services. Records include:<br>• contact information for customers or clients<br>• subscription databases for distributing information such as publications and data sets produced by the agency<br>• files and databases related to constituent and community outreach or relations<br>• sign-up, request, and opt-out forms | **Temporary.** Delete when superseded, obsolete, or when customer requests the agency to remove the records. | DAA-GRS-2017-0002-0002 |

Document 12829 (Rev. 8-2023)  Catalog Number 54713E  Department of the Treasury  **Internal Revenue Service**  publish.no.irs.gov

TD_0001456