UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., *Plaintiffs*, v. INTERNAL REVENUE SERVICE et al., *Defendants*. | Civil Action No. 25-cv-457-CKK |

## MOTION FOR LEAVE TO FILE SUPPLEMENT

On October 29, 2025, Defendants filed their administrative record. Plaintiffs respectfully seek the Court's permission to file the attached brief supplement highlighting factual matters of significance within Defendants' administrative record to better enable the Court to consider those facts in resolving the pending motion for emergency relief.

Defendants oppose this motion for leave to file a supplement.

Dated: November 3, 2025

                                                          Respectfully submitted,

                                                          */s/ Daniel A. McGrath*
                                                          Daniel A. McGrath (D.C. Bar No. 1531723)
                                                          Johanna M. Hickman (D.C. Bar No. 981770)
                                                          Madeline H. Gitomer (D.C. Bar No 1023447)
                                                          Robin Thurston (D.C. Bar No. 1531399)
                                                          Steven Y. Bressler (D.C. Bar No. 482492)
                                                          Democracy Forward Foundation

P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
hhickman@democracyforward.org
mgitomer@democracyforward.org
rthurston@democracyforward.org
sbressler@democracyforward.org

*Counsel for Plaintiffs*