# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., *Plaintiffs*, v. INTERNAL REVENUE SERVICE et al., *Defendants*. | Civil Action No. 25-cv-457-CKK |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' November 3, 2025, motion for leave to file a supplement concerning Defendants' administrative record, it is hereby ORDERED that Plaintiffs' motion is GRANTED and Plaintiffs may file their attached proposed supplement.

SO ORDERED.

Dated: _____          _____

HON. COLLEEN KOLLAR-KOTELLY

U.S. District Judge