IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE REGARDING OBJECTIONS TO DEFENDANTS' DESIGNATION OF THE ADMINISTRATIVE RECORD**

Defendants filed a comprehensive administrative record ("AR"). ECF No. 48. Plaintiffs objected only to the exclusion of two documents, ECF No. 49 at 2, and although Defendants do not believe either should be part of the AR, both documents are attached to this Notice in the spirit of transparency and cooperation. The email from then-Acting Chief Counsel of the Internal Revenue Service—Andrew De Mello—referenced by Plaintiffs, *see* ECF No. 49 at 2-3, is Bates stamped as TD_0001457-58 and attached as Exhibit A, and the July 31, 2025 memorandum referenced by Plaintiffs, *see* ECF No. 49 at 3, is Bates stamped as TD_0001459-60 and attached as Exhibit B.

With this completed AR, the Court has the information it needs to decide Plaintiffs' preliminary injunction motion, which should be denied because IRS strictly complied with the requirements of Section 6103.

Dated: November 10, 2025         Respectfully submitted,

                                 BRETT A. SHUMATE

1

Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*