**Case No. 1:25-cv-457-CKK**

# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

JULY 31,2025

Control Number: PGLD XX-XXXX-XXXX
Expiration Date: 07-31-2027
Affected IRMs: 1.2.2.12.2 Exhibit 1.2.2-2,
Line 25 – IRC 6103(i)(2)

MEMORANDUM FOR ASSOCIATE DIRECTOR, DISCLOSURE; SUPERVISOR HEADQUARTERS DISCLOSURE, POLICY AND PROGRAM OPERATIONS; DISCLOSURE MANAGERS

FROM:           **PII**
                Acting Director, Governmental Liaison, Disclosure and Safeguards

SUBJECT:    Interim Guidance for Disclosure Pursuant to 26 United States Code (USC) 6103(i)(2)

This memorandum updates policy for redelegation authority for personnel delegated under *Delegation Order 11-2, Exhibit 1.2.2-2, Line 25, IRC 6103(i)(2) – Authority to release return information (other than taxpayer information) for the use in federal nontax criminal investigations upon written request*, until Internal Revenue Manual (IRM) 1.2.2 is published. Specifically, those delegated to make disclosures under Internal Revenue Code 6103(i)(2), per Delegation Order 11-2, can now redelegate authority to disclose to the Coordinating Director, Taxpayer Services and Experience, Information Technology, as warranted.

Please ensure this information is distributed to all affected employees within your organization.

**Purpose:** This Interim Guidance updates current policy on redelegation authority for 26 USC § 6103(i)(2) disclosure.

**Background/Source(s) of Authority:** 26 USC § 6103(i)(2); 26 Code of Federal Regulations §301.6103(i)(2)

**Procedural Change:** Authority for delegated personnel to redelegate to the Coordinating Director, Taxpayer Services and Experience, Information Technology, as warranted.

2

**Effect on Other Documents:** This guidance will be incorporated into IRM 1.2.2.12.2 Exhibit 1.2.2-2 for Delegation Order 11-2 (Rev. 5) Reference Chart.

**Effective Date:** 07-31-2025

**Contact:** If you have any questions any questions, please contact [PII], *Senior Disclosure Analyst*, at [PII]@irs.gov.

Distribution:
Employees Impacted
IRS.gov (http://www.IRS.gov) (If the guidance meets E-FOIA criteria)