**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, | |
| *Plaintiffs*, | |
| *v.* | Civil Action No. 1:25-cv-457-CKK |
| INTERNAL REVENUE SERVICE, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' NOTICE RELATING TO THE COURT'S NOVEMBER 21, 2025**
**ORDER (ECF NO. 53)**

Defendants file this Notice to provide the Court with the copies of the letters required by the Court in its November 21, 2025 Order (ECF No. 53). The letter to U.S. Immigration and Customs Enforcement is attached as Exhibit A, and the letter to Secretary Kristi Noem and Acting Director Todd M. Lyons is attached as Exhibit B.

Dated: November 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov
*Counsel for Defendants*