**Case No. 1:25-cv-457-CKK**

# EXHIBIT A



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

November 24, 2025

Mr. Todd Lyons
Acting Director
United States Immigration and Customs Enforcement
Department of Homeland Security
Washington, DC 20536

Via Email

Re: *Center For Taxpayer Rights, et al. v. Internal Revenue Service, et al.*, Civil Action No: 25-457 (CKK), U.S. District Court for the District of Columbia

Dear Director Lyons,

On Friday, November 21, 2025, the court in the above-captioned case ordered the Internal Revenue Service to provide the following notification to United States Immigration and Customs Enforcement: "[T]his Court has held that Defendant IRS's August 7, 2025, disclosure of confidential taxpayer address information to ICE was unlawful under the Administrative Procedure Act and Internal Revenue Code Section 6103(i)(2)." November 21, 2025, Order at 3, ECF No. 53.

Attached is a copy of the Court's November 21, 2025 Order and Memorandum Opinion, as well as a copy of the Court-ordered notice that Secretary Bessent is sending to Secretary Noem and you today under separate cover. As required by the Order, Treasury will promptly file a copy of this notice with the Court and will also file a copy of any response received from ICE within three days of receiving any such response.

Sincerely,

Kenneth J. Kies
Acting Chief Counsel
Internal Revenue Service