**Case No. 1:25-cv-457-CKK**

# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**SECRETARY OF THE TREASURY**

November 24, 2025

The Honorable Kristi Noem
Secretary
United States Department of Homeland Security

Mr. Todd Lyons
Acting Director
United States Immigration and Customs Enforcement

Via Email

>  Re: Notice Under November 21, 2025 Order in *Center For Taxpayer Rights, et al. v. Internal Revenue Service, et al.*, Civil Action No: 25-457 (CKK), U.S. District Court for the District of Columbia

Dear Secretary Noem and Acting Director Lyons:

I write in my official capacity as Secretary of the Treasury to provide you with the following notice, in your official capacities as Secretary of Homeland Security and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement (ICE), as required by a November 21, 2025 court order in the above-captioned case:

You are hereby notified that, consistent with Section 6103(p)(4) of the Internal Revenue Code and in furtherance of my responsibilities under the Internal Revenue Code, ICE must:

1) "restrict . . . access to the returns or return information" disclosed by the IRS to ICE on August 7, 2025, "only to persons whose duties and responsibilities require access and to whom disclosure may be made" consistent with the requirements of Section 6103(i)(2), including the requirement that such persons be "personally and directly engaged" in a relevant nontax criminal investigation or proceeding and that the information be used "solely for" such investigation or proceeding, *see* 26 U.S.C. § 6103(p)(4)(C); (i)(2)(A); and

2) "upon completion of use of" the confidential return information received from the IRS on August 7, 2025, cause that information to be returned to the Secretary of the Treasury or his designee or otherwise made "undisclosable," *see id.* § 6103(p)(4)(F).

As you know, in the April 7, 2025 *Memorandum of Understanding Between the U.S. Department of the Treasury, Internal Revenue Service, and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement for the Exchange of Information for Nontax Criminal Enforcement*, our respective Departments already agreed that ICE will maintain all Federal tax return information sourced from the IRS in accordance with IRC Section 6103(p) and related IRS-published guidance, among other disclosure and safeguarding requirements.

Attached is a copy of the Court's November 21, 2025 Order and Memorandum Opinion. As required by the Order, Treasury will promptly file a copy of this notice with the Court and will also file a copy of any response received from ICE within three days of receiving any such response.

                                              Sincerely,

                                              Scott K. H. Bessent
                                              Secretary
                                              Department of the Treasury