IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-457-CKK |

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**

Defendants respectfully request the Court to grant an extension of Defendants' deadline to respond to the Amended Complaint from December 5, 2025 to **January 9, 2026**. In support, Defendants state as follows:

1.   The Court issued its Order (ECF No. 53) and Memorandum Opinion (ECF No. 54) granting in part and denying in part Defendants' motion to dismiss Plaintiffs' Amended Complaint. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to file its responsive pleading to the Amended Complaint is Friday, December 5, 2025.

2.   Due to competing responsibilities in other cases, Defendants request additional time to respond to the Amended Complaint, and respectfully request that their deadline be extended until Friday, January 9, 2026. Undersigned counsel conferred with counsel for Plaintiffs who said that Plaintiffs consented to the relief requested.

3.   The extension will not affect other existing deadlines or otherwise cause undue delay.

1

Therefore, Defendants respectfully request that their deadline to respond to the Complaint be extended until **January 9, 2026**.

| | |
|---|---|
| Dated: December 4, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | *J. Stephen Tagert*<br>J. Stephen Tagert<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L ST. N.W.<br>Washington, DC 20005<br>Tel:  (202) 305-5486<br>stephen.tagert@usdoj.gov |
| | *Counsel for Defendants* |