# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-0457-CKK |

## ORDER

Considering Defendants' Consent Motion to Extend Deadline to Respond to the Complaint, **IT IS ORDERED** that the Motion is **GRANTED**.

Defendants' deadline to respond to the Amended Complaint is extended to **January 9, 2026**.

**SO ORDERED**.

Dated: December 4, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge