IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-457-CKK |

## NOTICE OF APPEAL BY DEFENDANTS

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order granting a preliminary injunction to Plaintiffs on November 21, 2025. *See* ECF No. 53.

Dated: January 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*