APPEAL,JURY,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00457–CKK</u>
### *Internal Use Only*

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al v. INTERNAL REVENUE SERVICE et al | Date Filed: 02/17/2025 |
| Assigned to: Judge Colleen Kollar–Kotelly | Jury Demand: Plaintiff |
| Cause: 05:702 Administrative Procedure Act | Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | Jurisdiction: U.S. Government Defendant |

**<u>Plaintiff</u>**

**CENTER FOR TAXPAYER RIGHTS**    represented by    **Johanna M. Hickman**
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–448–9090
Email: hhickman@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Karianne Melissa Jones**
EVERGREEN LEGAL STRATEGIES LLP
1763 Columbia Rd NW
Washington, DC 20009
202–875–2234
Email: kjones@evergreenlegalstrategies.com
*TERMINATED: 03/26/2025*
*ATTORNEY TO BE NOTICED*

**Madeline Gitomer**
DEMOCRACY FORWARD
P.O. Box 34553
Washington
Washington, DC 20043
202–448–9090
Email: mgitomer@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–455–9060
Email: rthurston@democracyforward.org

1

*ATTORNEY TO BE NOTICED*

**Skye Perryman**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
254–722–5745
Email: sperryman@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Y. Bressler**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–982–1569
Email: sbressler@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Daniel Alexander McGrath**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–812–7824
Email: dmcgrath@democracyforward.org
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**MAIN STREET ALLIANCE**                represented by

**Johanna M. Hickman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karianne Melissa Jones**
(See above for address)
*TERMINATED: 03/26/2025*
*ATTORNEY TO BE NOTICED*

**Madeline Gitomer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Steven Y. Bressler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Alexander McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

| | | |
|---|---|---|
| **NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO** | represented by | **Johanna M. Hickman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Karianne Melissa Jones**
(See above for address)
*TERMINATED: 03/26/2025*
*ATTORNEY TO BE NOTICED*

**Madeline Gitomer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Y. Bressler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Alexander McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

| | | |
|---|---|---|
| **COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO** | represented by | **Johanna M. Hickman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Karianne Melissa Jones**
(See above for address)
*TERMINATED: 03/26/2025*
*ATTORNEY TO BE NOTICED*

**Madeline Gitomer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Y. Bressler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Alexander McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INTERNAL REVENUE SERVICE**          represented by   **Bradley P. Humphreys**
KING STREET LEGAL, PLLC
800 Connecticut Ave NW
Suite 300
Washington, DC 20006
276–696–1981
Email: brad@kingstlegal.com
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
DOJ–Civ
1100 L St. NW
Washington, DC 20005
202–305–5486
Email: stephen.tagert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOUGLAS O'DONNELL**          represented by   **Bradley P. Humphreys**
*in his official capacity as Acting*          (See above for address)
*Commissioner, Internal Revenue Service*          *TERMINATED: 09/29/2025*
*TERMINATED: 05/16/2025*          *LEAD ATTORNEY*

4

*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF THE
TREASURY**

represented by  **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SCOTT BESSENT**
*in his official capacity as Secretary of the
Treasury*

represented by  **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DIGITAL SERVICE (U.S. DOGE
SERVICE)**

represented by  **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DOGE SERVICE TEMPORARY
ORGANIZATION**

represented by  **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMY GLEASON**
*in her purported official capacity as*
*Acting Administrator of the U.S. DOGE*
*Service and U.S. DOGE*

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELON MUSK**
*in his official capacity as the leader of*
*DOGE*

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEVE DAVIS**
*in his official capacity as Chief Operating*
*Officer of DOGE*

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF THE**
**TREASURY DOGE TEAM**

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICE OF PERSONNEL
MANAGEMENT**

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHARLES EZELL**
*in his official capacity as Acting Director
of the Office of Personnel Management*

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL SERVICES
ADMINISTRATION**

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN EHIKIAN**
*in his official capacity as Acting
Administrator of the General Services
Administration*

represented by **Bradley P. Humphreys**
(See above for address)
*TERMINATED: 09/29/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **MICHAEL FAULKENDER** *in his official capacity as Acting Commissioner, Internal Revenue Service* | represented by | **Bradley P. Humphreys** (See above for address) *TERMINATED: 09/29/2025* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John Stephen Tagert** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **MEMBERS OF CONGRESS AS AMICI CURIAE** | represented by | **Andrew Weiner** KOSTELANETZ LLP 601 New Jersey Ave. NW Suite 260 Washington, DC 20001 202–875–8000 Fax: 202–808–8108 Email: aweiner@kostelanetz.com *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Nicholas Scott Bahnsen** KOSTELANETZ LLP 620 New Jersey Avenue NW Suite 260 20001 Washington, DC 20001 202–790–6990 Email: nbahnsen@kostelanetz.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2025 | 1 | COMPLAINT against SCOTT BESSENT, INTERNAL REVENUE SERVICE, DOUGLAS O'DONNELL, U.S. DEPARTMENT OF THE TREASURY, U.S. DOGE SERVICE, U.S. DOGE SERVICE TEMPORARY ORGANIZATION with Jury Demand ( Filing fee $ 405 receipt number ADCDC–11484198) filed by MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet Cov Sheet Attachment, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons)(McGrath, Daniel) (Attachment 1 replaced on 2/18/2025) (zmtm). (Entered: 02/17/2025) |
| 02/17/2025 | 2 | |

| | | NOTICE OF RELATED CASE by COMMUNICATIONS WORKERS OF AMERICA, CENTER FOR TAXPAYER RIGHTS, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, MAIN STREET ALLIANCE. Case related to Case No. 25–313. (McGrath, Daniel) (Entered: 02/17/2025) |
|---|---|---|
| 02/18/2025 | | Case Assigned to Judge Colleen Kollar–Kotelly. (zmtm) (Entered: 02/18/2025) |
| 02/18/2025 | 3 | SUMMONS (8) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (zmtm) (Additional attachment(s) added on 2/18/2025: # 1 Notice and Consent) (zmtm). Modified on 2/18/2025 to add docket number (zmtm). (Entered: 02/18/2025) |
| 02/18/2025 | 4 | NOTICE of Appearance by Daniel Alexander McGrath on behalf of COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (McGrath, Daniel) (Entered: 02/18/2025) |
| 02/18/2025 | 5 | NOTICE of Appearance by Robin F. Thurston on behalf of COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Thurston, Robin) (Entered: 02/18/2025) |
| 02/18/2025 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Karianne M. Jones, Filing fee $ 100, receipt number ADCDC–11485947. Fee Status: Fee Paid. by COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Declaration, # 2 Supplement Declaration, # 3 Certificate of Good Standing)(McGrath, Daniel) (Entered: 02/18/2025) |
| 02/18/2025 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Madeline H. Gitomer, Filing fee $ 100, receipt number ADCDC–11485966. Fee Status: Fee Paid. by COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(McGrath, Daniel) (Entered: 02/18/2025) |
| 02/18/2025 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Skye L. Perryman, Filing fee $ 100, receipt number ADCDC–11485977. Fee Status: Fee Paid. by COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(McGrath, Daniel) (Entered: 02/18/2025) |
| 02/18/2025 | 9 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (McGrath, Daniel) (Entered: 02/18/2025) |
| 02/18/2025 | 10 | ORDER ESTABLISHING PROCEDURES FOR CIVIL CASES ASSIGNED TO JUDGE COLLEEN KOLLAR–KOTELLY. Signed by Judge Colleen Kollar–Kotelly on 02/18/2025. (lcckk1) (Entered: 02/18/2025) |

| 02/19/2025 | | MINUTE ORDER: For good cause shown, the 6 , 7 , and 8 Motions for Leave to Appear *Pro Hac Vice* filed on behalf of Attorneys Karianne M. Jones, Madeline H. Gitomer, and Skye L. Perryman, are GRANTED, CONTINGENT ON Attorneys Jones, Gitomer, and Perryman filing declarations certifying their familiarity with the Local Rules of this Court on or before **February 26, 2025**. Because Attorney Jones is an active member of the District of Columbia Bar practicing on behalf of an organization with an office in this District and has not yet applied for admission to this Court's Bar, Attorney Jones's admission *pro hac vice* is also CONTINGENT on Attorney Jones submitting an application for admission to this Court's Bar pursuant to Local Rule of Civil Procedure 83.8 on or before **February 26, 2025**. **Counsel shall promptly register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Colleen Kollar–Kotelly on 02/19/2025. (lcckk1) (Entered: 02/19/2025) |
| 02/24/2025 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SCOTT BESSENT served on 2/20/2025; INTERNAL REVENUE SERVICE served on 2/20/2025; DOUGLAS O'DONNELL served on 2/20/2025; U.S. DEPARTMENT OF THE TREASURY served on 2/20/2025; U.S. DIGITAL SERVICE (U.S. DOGE SERVICE) served on 2/20/2025; U.S. DOGE SERVICE TEMPORARY ORGANIZATION served on 2/19/2025, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 2/20/2025. ( Answer due for ALL FEDERAL DEFENDANTS by 4/21/2025.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 02/20/2025. (McGrath, Daniel) (Entered: 02/24/2025) |
| 02/25/2025 | 12 | NOTICE of Appearance by Madeline Gitomer on behalf of COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Attachments: # 1 Declaration)(Gitomer, Madeline) (Entered: 02/25/2025) |
| 02/25/2025 | 13 | NOTICE of Appearance by Skye Perryman on behalf of COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Attachments: # 1 Declaration)(Perryman, Skye) (Entered: 02/25/2025) |
| 02/25/2025 | 14 | NOTICE of Appearance by Karianne Melissa Jones on behalf of COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Jones, Karianne) (Entered: 02/25/2025) |
| 03/26/2025 | 15 | NOTICE OF WITHDRAWAL OF APPEARANCE as to COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. Attorney Karianne Melissa Jones terminated. (Jones, Karianne) (Entered: 03/26/2025) |
| 03/28/2025 | 16 | NOTICE of Appearance by Bradley P. Humphreys on behalf of All Defendants (Humphreys, Bradley) (Entered: 03/28/2025) |
| 04/16/2025 | 17 | |

| | | |
|---|---|---|
| | | Consent MOTION for Extension of Time to File Answer re 1 Complaint,, *or Otherwise Respond* by SCOTT BESSENT, INTERNAL REVENUE SERVICE, DOUGLAS O'DONNELL, U.S. DEPARTMENT OF THE TREASURY, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Humphreys, Bradley) (Entered: 04/16/2025) |
| 04/17/2025 | | MINUTE ORDER: The Defendants' 17 Consent Motion for Extension of Time is GRANTED. The Defendants shall file their Answer or other response to the Plaintiffs' 1 Complaint on or before **April 25, 2025**. Signed by Judge Colleen Kollar–Kotelly on 04/17/2025. (lcckk1) (Entered: 04/17/2025) |
| 04/17/2025 | | Set/Reset Deadlines: The Defendants shall file their Answer or other response to the Plaintiffs' 1 Complaint on or before 4/25/2025. (dot) (Entered: 04/18/2025) |
| 04/25/2025 | 18 | MOTION to Dismiss by SCOTT BESSENT, INTERNAL REVENUE SERVICE, DOUGLAS O'DONNELL, U.S. DEPARTMENT OF THE TREASURY, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Humphreys, Bradley) (Entered: 04/25/2025) |
| 05/05/2025 | 19 | Consent MOTION for Extension of Time to *Respond to Motion to Dismiss* by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Text of Proposed Order)(McGrath, Daniel) (Entered: 05/05/2025) |
| 05/05/2025 | | MINUTE ORDER: For good cause shown, the Plaintiffs' 19 Consent Motion for Extension of Time is GRANTED. The Plaintiffs shall file their response to the Defendants' 18 Motion to Dismiss on or before **May 16, 2025**. The Defendants shall file any reply on or before **May 23, 2025**. Signed by Judge Colleen Kollar–Kotelly on 05/05/2025. (lcckk1) (Entered: 05/05/2025) |
| 05/05/2025 | | Set/Reset Deadlines: Response to Dispositive Motions due by 5/16/2025; Reply to Dispositive Motions due by 5/23/2025. (mhp) (Entered: 05/05/2025) |
| 05/16/2025 | 20 | AMENDED COMPLAINT against SCOTT BESSENT, INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF THE TREASURY, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION, AMY GLEASON, ELON MUSK, STEVE DAVIS, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, OFFICE OF PERSONNEL MANAGEMENT, CHARLES EZELL, GENERAL SERVICES ADMINISTRATION, STEPHEN EHIKIAN, MICHAEL FAULKENDER with Jury Demand filed by NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO, MAIN STREET ALLIANCE, CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons)(McGrath, Daniel) (Entered: 05/16/2025) |
| 05/20/2025 | 21 | NOTICE of Appearance by Johanna M. Hickman on behalf of CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Hickman, Johanna) (Entered: 05/20/2025) |
| 05/22/2025 | | |

| | | MINUTE ORDER: Upon consideration of the Plaintiffs' 20 Amended Complaint, it is ORDERED that the Defendants' 18 Motion to Dismiss is DENIED WITHOUT PREJUDICE and the briefing schedule on that Motion is VACATED so that the Defendants may revise and refile their Motion or otherwise respond to the amended pleading. *See Ellipso, Inc. v. Mann*, 460 F. Supp. 2d 99, 103 (D.D.C. 2006) (RCL). The Defendants shall Answer or otherwise respond to the 20 Amended Complaint in accordance with Federal Rule of Civil Procedure 12. Signed by Judge Colleen Kollar–Kotelly on 05/22/2025. (lcckk1) (Entered: 05/22/2025) |
|---|---|---|
| 05/23/2025 | 22 | SUMMONS (8) Issued Electronically as to STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM. (Attachment: # 1 Notice and Consent)(zjm) (Entered: 05/23/2025) |
| 05/30/2025 | 23 | Joint MOTION for Briefing Schedule *for Defendants' Motion to Dismiss Plaintiffs' Amended Complaint* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Humphreys, Bradley) (Entered: 05/30/2025) |
| 05/30/2025 | 24 | ORDER granting 23 Motion for Briefing Schedule. Signed by Judge Colleen Kollar–Kotelly on 5/30/2025. (lcckk3) (Entered: 05/30/2025) |
| 05/30/2025 | | Set/Reset Deadlines/Hearings: Defendant's Motion to Dismiss due by 7/3/2025. Plaintiff's Response to Motion to Dismiss due by 7/25/2025. Defendant's Reply to Dispositive Motions due by 8/4/2025. (zakb) (Entered: 05/30/2025) |
| 06/30/2025 | 25 | Unopposed MOTION to Modify *Briefing Schedule* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Humphreys, Bradley) (Entered: 06/30/2025) |
| 07/02/2025 | | MINUTE ORDER: For good cause shown, Defendants' 25 Unopposed Motion to Modify Briefing Schedule is GRANTED. Defendants shall file their motion to dismiss on or before **July 10, 2025**. Plaintiffs shall file their response to Defendants' motion to dismiss on or before **August 1, 2025**. Defendants shall file any reply in support of their motion to dismiss on or before **August 11, 2025**. Signed by Judge Colleen Kollar–Kotelly on 07/02/2025. (lcckk1) (Entered: 07/02/2025) |
| 07/02/2025 | | Set/Reset Deadlines: Defendant's Motion to Dismiss due by 7/10/2025. Response due by 8/1/2025. Reply due by 8/11/2025. (dot) (Entered: 07/02/2025) |
| 07/10/2025 | 26 | MOTION to Dismiss *Plaintiffs' Amended Complaint* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, |

| | | U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Humphreys, Bradley) (Entered: 07/10/2025) |
|---|---|---|
| 08/01/2025 | 27 | Memorandum in opposition to re 26 MOTION to Dismiss *Plaintiffs' Amended Complaint* filed by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Declaration of Nina E. Olson)(McGrath, Daniel) (Entered: 08/01/2025) |
| 08/06/2025 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss *Plaintiffs' Amended Complaint* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Humphreys, Bradley) (Entered: 08/06/2025) |
| 08/11/2025 | | MINUTE ORDER granting 28 Motion for Extension of Time to File Response/Reply re 26 MOTION to Dismiss *Plaintiffs' Amended Complaint*. Reply due by 8/15/2025. Signed by Judge Colleen Kollar–Kotelly on 8/11/2025. (lcckk3) Modified event title on 8/11/2025 (hmc). (Entered: 08/11/2025) |
| 08/11/2025 | | Set/Reset Deadlines: Reply due by 8/15/2025. (hmc) (Entered: 08/11/2025) |
| 08/15/2025 | 29 | REPLY to opposition to motion re 26 Motion to Dismiss,, filed by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Humphreys, Bradley) (Entered: 08/15/2025) |
| 08/20/2025 | 30 | MOTION for Preliminary Injunction *(Stay Under 5 U.S.C. 705, 706, or in the alternative for Preliminary Injunction)* by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6 – Declaration of Nina E. Olson, # 9 Exhibit 7 – Declaration of Shawn Phetteplace, # 10 Exhibit 8 – Declaration of Jane Doe, # 11 Exhibit 9 – Declaration of Yvette Piacsek, # 12 Exhibit 10 – Declaration of John Doe, # 13 Exhibit 11 – Declaration of John Koskinen)(Hickman, Johanna). Added MOTION to Stay on 8/24/2025 (zjm). (Entered: 08/20/2025) |
| 08/20/2025 | | MINUTE ORDER: The Court is in receipt of the Plaintiffs' 30 Motion for Stay Under 5 U.S.C. § 705 or, in the Alternative, for a Preliminary Injunction. The Defendants shall respond to the Plaintiffs' 30 Motion on or before **August 28, 2025**. The Plaintiffs shall file any reply on or before **September 3, 2025**. The parties shall be prepared for a hearing on the Plaintiffs' Motion on either September 4 or September 5. Signed by |

| | | |
|---|---|---|
| | | Judge Colleen Kollar–Kotelly on 08/20/2025. (lcckk1) (Entered: 08/20/2025) |
| 08/20/2025 | | Set/Reset Deadlines: Defendants' Response to 30 due by 8/28/2025; Plaintiffs' Replies due by 9/3/2025. (dot) (Entered: 08/21/2025) |
| 08/28/2025 | 31 | Memorandum in opposition to re 30 MOTION for Preliminary Injunction *(Stay Under 5 U.S.C. 705, 706, or in the alternative for Preliminary Injunction)* MOTION to Stay filed by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Affidavit A – Declaration of John J. Walker, # 2 Text of Proposed Order)(Humphreys, Bradley) (Entered: 08/28/2025) |
| 08/29/2025 | | MINUTE ORDER: Upon consideration of the Plaintiffs' 30 Motion for Stay Under 5 U.S.C. § 705 or, in the Alternative, for Preliminary Injunction, and the Defendants' 31 Opposition thereto, it is ORDERED that counsel shall appear for a hearing on the Plaintiffs' 30 Motion at **1:00 p.m. ET on September 5, 2025**, in Courtroom 28–A. On or before September 3, 2025, the Court will issue a further order identifying specific legal and factual issues that counsel should be prepared to address at this hearing. Signed by Judge Colleen Kollar–Kotelly on 08/29/2025. (lcckk1) (Entered: 08/29/2025) |
| 08/29/2025 | | Set/Reset Hearings: Motion Hearing set for 9/5/2025 at 1:00 PM in Courtroom 28A–In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 09/04/2025) |
| 09/03/2025 | 32 | ORDER identifying specific legal and factual issues that counsel should be prepared to address at the hearing on Plaintiffs' 30 Motion on September 5, 2025. Signed by Judge Colleen Kollar–Kotelly on 9/3/2025. (lcckk3) (Entered: 09/03/2025) |
| 09/03/2025 | 33 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Weiner, Filing fee $ 100, receipt number ADCDC–11931098. Fee Status: Fee Paid. by Members of Congress as Amici Curiae. (Attachments: # 1 Affidavit)(Bahnsen, Nicholas) (Entered: 09/03/2025) |
| 09/03/2025 | 34 | REPLY to opposition to motion re 30 Motion for Preliminary Injunction,,,, Motion to Stay,,, filed by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Exhibit 12, # 2 Exhibit 13)(McGrath, Daniel) (Entered: 09/03/2025) |
| 09/03/2025 | | MINUTE ORDER: For good cause shown, the 33 Motion for Leave to Appear *Pro Hac Vice* filed on behalf of Attorney Andrew Weiner is GRANTED, CONTINGENT ON Attorney Weiner filing a declaration certifying his familiarity with the Local Rules of this Court on or before **September 10, 2025**. Because Attorney Weiner is an active member of the District of Columbia Bar practicing on behalf of an organization with an office in this District, Attorney Weiner's admission *pro hac vice* is also CONTINGENT ON him applying for admission to become a full member of this Court's Bar no later than **October 3, 2025**. <span style="color:red">**Counsel shall promptly register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**</span> Click for instructions. Signed by Judge Colleen Kollar–Kotelly on 9/3/2025. (lcckk3) (Entered: 09/03/2025) |
| 09/04/2025 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: The Court will provide access for the public to telephonically attend the hearing on Plaintiffs' 30 Motion for Stay Under 5 U.S.C. § 705 or, in the Alternative, for Preliminary Injunction that is set for September 5, 2025, at 1:00 p.m. ET. The hearing can be accessed by dialing the toll–free number: (833) 990–9400 (Meeting ID: 585620654). Attendees using the public access telephone line can listen to proceedings but will not be audible to other participants during the hearing. Attendees are also reminded of the general prohibition against photographing, recording, or rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Signed by Judge Colleen Kollar–Kotelly on 9/4/2025. (lcckk3) (Entered: 09/04/2025) |
| 09/05/2025 | 35 | NOTICE of Appearance by Andrew Weiner on behalf of Members of Congress as Amici Curiae (Weiner, Andrew) (Entered: 09/05/2025) |
| 09/05/2025 | 36 | Unopposed MOTION for Leave to File Amicus Brief *in support of Plaintiffs* by Members of Congress as Amici Curiae. (Attachments: # 1 Exhibit Brief of Amici Curiae)(Weiner, Andrew) (Entered: 09/05/2025) |
| 09/05/2025 | | MINUTE ORDER: For good cause shown, the 36 Unopposed Motion for Leave to File Brief of Amici Curiae Members of the Congressional Hispanic Caucus Leadership in Support of Plaintiffs' 30 Motion for Stay or Preliminary Injunction is GRANTED. Signed by Judge Colleen Kollar–Kotelly on 09/05/2025. (lcckk1) (Entered: 09/05/2025) |
| 09/05/2025 | | MINUTE ORDER: The Court held a hearing on Plaintiffs' 30 Motion for a Preliminary Injunction on September 5, 2025. The Court took the Motion under advisement and expresses no view at this time on its ultimate disposition. At the hearing, the parties represented that they would provide the Court with certain information. Based on those representations and the surrounding discussion, the Court **ORDERS** the Plaintiffs to provide the Court with details of the effect that the IRS's actions may have on federal funding received by the Center for Taxpayer Rights, including details regarding any federal reporting requirements associated with the funding. The Court further **ORDERS** the Defendants to provide (i) the name and title of the individual at the IRS who received ICE's June 27 data request, (ii) the name and title of the individual whom ICE identified as the "officer[] or employee[]... personally and directly engaged in" the relevant criminal investigations or proceedings at issue in its June 27 request to the IRS, and (iii) the name and title of the individual who received the IRS's August 7 disclosure on behalf of ICE. Counsel for Defendants committed to notifying the Court within 24 hours if, while the Plaintiffs' motion is pending, the IRS either receives another request for information from DHS/ICE or makes plans to share additional information with DHS/ICE. Accordingly, Defendants are **ORDERED** to make such notification if the obligation arises. Finally, the Court discussed the possibility of ordering the administrative record. Counsel for Defendants requested 45 days to produce the record if the Court make such order. If the Court requires the administrative record to resolve Plaintiffs' Motion, it will order for it at a future date. Signed by Judge Colleen Kollar–Kotelly on 9/5/2025. (lcckk3) (Entered: 09/05/2025) |
| 09/05/2025 | 37 | AMICUS BRIEF by MEMBERS OF CONGRESS AS AMICI CURIAE. (zjm) (Entered: 09/06/2025) |
| 09/05/2025 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Motion Hearing held on 9/5/2025 re 30 MOTION for Preliminary Injunction *(Stay Under 5* |

| | | |
|---|---|---|
| | | *U.S.C. 705, 706, or in the alternative for Preliminary Injunction)* MOTION to Stay filed by NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO, MAIN STREET ALLIANCE, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, CENTER FOR TAXPAYER RIGHTS. Motion heard and taken under advisement. (Court Reporter Sonja Reeves.) (dot) (Entered: 09/08/2025) |
| 09/09/2025 | 38 | TRANSCRIPT OF MOTION HEARING before Judge Colleen Kollar–Kotelly held on September 5, 2025; Page Numbers: 1–133. Date of Issuance: September 9, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354–3246, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 9/30/2025. Redacted Transcript Deadline set for 10/10/2025. Release of Transcript Restriction set for 12/8/2025.(Reeves, Sonja) (Entered: 09/09/2025) |
| 09/09/2025 | | MINUTE ORDER: The Court held a hearing on Plaintiffs' 30 Motion for Preliminary Injunction on September 5, 2025. At the hearing, the Court informed the parties that it may require the administrative record to resolve Plaintiffs' Motion. Counsel for the Defendants requested 45 days to produce the administrative record in the event the Court ordered such production.The Court has determined that it requires the administrative record to resolve Plaintiffs' Motion. As the Court will more fully explain in its written ruling on Plaintiffs' Motion, Plaintiffs have shown a substantial likelihood that at least one Plaintiff, the Center for Taxpayer Rights, has Article III standing based on the harms to its core activities that are described in paragraphs 40 through 54 of the [30–8] Declaration of Nina E. Olson. Furthermore, Plaintiffs have shown a substantial likelihood that the IRS has taken final agency action by adopting and implementing a policy of disclosing the addresses of tens of thousands of taxpayers to Immigration and Customs Enforcement ("ICE") based on a representation from ICE that a single ICE employee is (or a small number of ICE employees are) "personally and directly engaged" in investigating each of those taxpayers for committing a criminal offense under 8 U.S.C. § 1253(a)(1). Because resolving the balance of Plaintiffs' Motion will require the Court to assess Plaintiffs' likelihood of success on the merits of their arbitrary–and–capricious claims under the Administrative Procedure Act, binding precedent compels the Court to call for the administrative record. *See Am. Bioscience, Inc. v. Thompson*, 243 F.3d 579, 582 (D.C. Cir. 2001) (directing that "before assessing... probability of success on the merits" in a case challenging agency action as arbitrary and capricious, district courts should "require[] the [agency] to file the administrative record" and "determine[] the grounds on which" the agency acted).Accordingly, it is hereby ORDERED that Defendants shall file the administrative record underlying the decisions challenged in this case on or before |

| | | |
|---|---|---|
| | | **October 24, 2025**. If Defendants take the position that any document that would otherwise be part of the administrative record is subject to a privilege other than the deliberative process privilege, Defendants shall promptly file a motion for exemption from disclosure, which the Court shall resolve in due course. *See In re United States*, 583 U.S. at 32 ("[T]he District Court may not compel the Government to disclose any document that the Government believes is privileged without first providing the Government with the opportunity to argue the issue."). Plaintiffs shall file any objections to Defendants' designation of the administrative record, including objections that Defendants omitted information that should have been included, on or before **October 27, 2025**. Signed by Judge Colleen Kollar–Kotelly on 9/9/2025. (lcckk3) (Entered: 09/09/2025) |
| 09/09/2025 | | Set/Reset Deadlines: Defendants' Administrative Record due by 10/24/2025. Plaintiffs' Objections due by 10/27/2025. (dot) (Entered: 09/09/2025) |
| 09/17/2025 | 39 | RESPONSE TO ORDER OF THE COURT re Order,,,,,,, *to Provide Additional Information* filed by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Declaration)(McGrath, Daniel) (Entered: 09/17/2025) |
| 09/18/2025 | 40 | RESPONSE TO ORDER OF THE COURT re Order,,,,,,, *Requiring Defendants to Provide Additional Information* filed by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Exhibit, # 2 Exhibit)(Humphreys, Bradley) (Entered: 09/18/2025) |
| 09/29/2025 | 41 | NOTICE OF SUBSTITUTION OF COUNSEL by John Stephen Tagert on behalf of All Defendants Substituting for attorney Bradley P. Humphreys (Tagert, John) (Entered: 09/29/2025) |
| 10/01/2025 | 42 | MOTION to Stay re Order,,,,,,,,,,,, by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Tagert, John) (Entered: 10/01/2025) |
| 10/01/2025 | 43 | ORDER denying 42 Motion to Stay. Signed by Judge Colleen Kollar–Kotelly on 10/1/2025. (lcckk3) (Entered: 10/01/2025) |
| 10/10/2025 | 44 | NOTICE of Appearance by Steven Y. Bressler on behalf of CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO (Bressler, Steven) (Entered: 10/10/2025) |
| 10/22/2025 | 45 | Unopposed MOTION for Extension of Time to File *the Administrative Record* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY |

| | | |
|---|---|---|
| | | GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Tagert, John) (Entered: 10/22/2025) |
| 10/22/2025 | 46 | ORDER granting 45 Motion for Extension of Time to File. It is ORDERED that Defendants' deadline to file the administrative record and to file a motion (if any) for exemption from disclosure of any document that would otherwise be part of the administrative record subject to a privilege other than the deliberative process privilege is hereby extended from **October 24, 2025, to October 29, 2025**. It is FURTHER ORDERED that, if Defendants file a motion with the administrative record to exempt certain documents from disclosure, Defendants shall first confer with Plaintiffs and attempt to reach a resolution regarding such documents before filing such motion, and inform the Court, in writing, of the outcome of this conference.ORDERED that Plaintiffs' deadline to file any objections to Defendants' designation of the administrative record is extended until **November 3, 2025**.Signed by Judge Colleen Kollar–Kotelly on 10/22/2025. (lcckk3) (Entered: 10/22/2025) |
| 10/22/2025 | | Set/Reset Deadlines: Defendants' Administrative Record and Motion due by 10/29/2025. Plaintiffs' objections due by 11/3/2025 (dot) (Entered: 10/23/2025) |
| 10/23/2025 | 47 | NOTICE *Regarding the Court's September 5 Minute Order* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION re Order,,,,,, (Tagert, John) (Entered: 10/23/2025) |
| 10/23/2025 | | MINUTE ORDER: The Court is in receipt of the Defendants' 47 Notice Regarding the Court's September 5 Minute Order. The Court commends the Defendants for their transparency.The conduct at issue in Defendants' Notice does not appear to implicate the issues before the Court in this matter. Defendants' Notice details a disclosure request the IRS received from U.S. Customs and Border Protection ("CBP") on September 11. CBP is a different subcomponent of DHS from ICE. Furthermore, CBP's request was made under a different provision of 26 U.S.C. § 6103 than the request at issue in this matter. Finally, Defendants represent that CBP did not request any individual return information and has no authority to redisclose the information they may obtain from their request.If Plaintiffs believe CBP's September 11 request to the IRS implicates the issues before the Court in this matter, then they shall file something on the record to that effect. The Plaintiffs need not file anything if they agree with the Court's assessment. Signed by Judge Colleen Kollar–Kotelly on 10/23/2025. (lcckk3) (Entered: 10/23/2025) |
| 10/29/2025 | 48 | ADMINISTRATIVE RECORD *Notice of Submission of Administrative Record* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE |

| | | |
|---|---|---|
| | | SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION re Order,,,,,,,,,,,, (Attachments: # 1 Exhibit Certification, # 2 Exhibit Index, # 3 Exhibit Administrative Record (Part 1), # 4 Exhibit Administrative Record (Part 2), # 5 Exhibit Administrative Record (Part 3), # 6 Exhibit Administrative Record (Part 4), # 7 Exhibit Administrative Record (Part 5), # 8 Exhibit Administrative Record (Part 6), # 9 Exhibit Administrative Record (Part 7), # 10 Exhibit Administrative Record (Part 8), # 11 Exhibit Administrative Record (Part 9), # 12 Exhibit Administrative Record (Part 10), # 13 Exhibit Administrative Record (Part 11), # 14 Exhibit Administrative Record (Part 12), # 15 Exhibit Administrative Record (Part 13))(Tagert, John) Modified event title on 10/31/2025 (znmw). (Entered: 10/29/2025) |
| 11/03/2025 | 49 | NOTICE *of Objections to Defendants' Administrative Record* by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO re 48 Notice (Other),,,, (McGrath, Daniel) (Entered: 11/03/2025) |
| 11/03/2025 | 50 | MOTION for Leave to File *Supplement Concerning the Administrative Record* by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (Attachments: # 1 Proposed Supplement, # 2 Text of Proposed Order)(McGrath, Daniel) (Entered: 11/03/2025) |
| 11/04/2025 | | MINUTE ORDER: The Court is in receipt of Plaintiffs' 49 Notice of Objections to the Administrative Record and Plaintiffs' 50 Motion to File Supplement Concerning the Administrative Record.With respect to Plaintiffs' 49 Notice of Objections, Plaintiffs object to the exclusion of two documents from the administrative record. Counsel for Plaintiffs represent that they conferred with counsel for Defendants regarding both of these documents before Defendants filed the administrative record, and that counsel for Defendants confirmed the existence of both records. Accordingly, if counsel for Defendants wants to file an opposition to Plaintiffs' 49 Notice of Objection, they must do so **on or before November 10, 2025.** If none is filed, the Court shall assume that Defendants do not consent to the inclusion of these documents in the administrative record, according to Plaintiffs' representations.Turning to Plaintiffs' 50 Motion to File Supplement, Plaintiffs seek to file a motion that highlights portions of the administrative record that Plaintiffs consider relevant to their claims against Defendants. In their motion, Plaintiffs represent that Defendants do not consent to Plaintiffs filing their supplement. Accordingly, if counsel for Defendants wants to file an opposition to Plaintiffs' 50 Motion to File Supplement, they must do so **on or before November 10, 2025.** If none is filed, the Court shall assume that Defendants do not consent to Plaintiffs' proposed supplement, according to Plaintiffs' representations. Signed by Judge Colleen Kollar–Kotelly on 11/4/2025. (lcckk3) (Entered: 11/04/2025) |
| 11/04/2025 | | Set/Reset Deadlines: Defendants' oppositions to 49 and 50 due by 11/10/2025. (dot) (Entered: 11/04/2025) |
| 11/10/2025 | 51 | RESPONSE re 49 Notice (Other), filed by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: |

| | | # 1 Exhibit A, # 2 Exhibit B)(Tagert, John) (Entered: 11/10/2025) |
|---|---|---|
| 11/10/2025 | 52 | RESPONSE re 50 MOTION for Leave to File *Supplement Concerning the Administrative Record* filed by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Tagert, John) (Entered: 11/10/2025) |
| 11/13/2025 | | MINUTE ORDER: The Court GRANTS Plaintiffs' 50 Motion for Leave to File. Both Plaintiffs' 50 Motion and Defendants' 52 Response shall be considered filed. Signed by Judge Colleen Kollar–Kotelly on 11/12/2025. (lcckk3) (Entered: 11/13/2025) |
| 11/13/2025 | 58 | SUPPLEMENTAL MEMORANDUM to re 48 ADMINISTRATIVE RECORD, filed by CENTER FOR TAXPAYER RIGHTS, COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, MAIN STREET ALLIANCE, NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM AFL–CIO. (zjm) (Entered: 12/09/2025) |
| 11/21/2025 | 53 | ORDER granting Plaintiffs' 30 Motion for Stay, or in the alternative for Preliminary Injunction, granting in part and denying in part Defendants' 26 Motion to Dismiss Plaintiffs' Amended Complaint, and dismissing without prejudice Count One of Plaintiffs' 20 Amended Complaint. See Order for further details. Signed by Judge Colleen Kollar–Kotelly on 11/21/2025. (lcckk3) (Entered: 11/21/2025) |
| 11/21/2025 | 54 | MEMORANDUM OPINION accompanying 53 Order. Signed by Judge Colleen Kollar–Kotelly on 11/21/2025. (lcckk3) (Entered: 11/21/2025) |
| 11/24/2025 | 55 | NOTICE *Relating to the Court's Order (ECF No. 53)* by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION re 53 Order on Motion to Dismiss,, Order on Motion for Preliminary Injunction,, Order on Motion to Stay, (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tagert, John) (Entered: 11/24/2025) |
| 12/04/2025 | 56 | Consent MOTION for Extension of Time to File Answer re 20 Amended Complaint,, 53 Order on Motion to Dismiss,, Order on Motion for Preliminary Injunction,, Order on Motion to Stay, by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Tagert, John) (Entered: 12/04/2025) |
| 12/04/2025 | 57 | ORDER GRANTING Defendants' 56 Motion for Extension of Time to Answer. Defendants' deadline to respond to Plaintiffs' Amended Complaint is now **January 9, 2026**. Signed by Judge Colleen Kollar–Kotelly on 12/4/2025. (lcckk3) (Entered: 12/04/2025) |

| 12/04/2025 | | Set/Reset Deadlines: Answer to the Amended Complaint due by 1/9/2026. (dot) (Entered: 12/05/2025) |
|---|---|---|
| 01/05/2026 | 59 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 53 Order on Motion to Dismiss,, Order on Motion for Preliminary Injunction,, Order on Motion to Stay, by SCOTT BESSENT, STEPHEN EHIKIAN, OFFICE OF PERSONNEL MANAGEMENT, ELON MUSK, CHARLES EZELL, U.S. DEPARTMENT OF THE TREASURY, AMY GLEASON, STEVE DAVIS, U.S. DOGE SERVICE TEMPORARY ORGANIZATION, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), INTERNAL REVENUE SERVICE, MICHAEL FAULKENDER, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, GENERAL SERVICES ADMINISTRATION, DOUGLAS O'DONNELL. Fee Status: No Fee Paid. Parties have been notified. (Tagert, John) (Entered: 01/05/2026) |
| 01/06/2026 | 60 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 59 Notice of Appeal to DC Circuit Court.(zjm) (Entered: 01/06/2026) |
| 01/06/2026 | 61 | Amended NOTICE OF APPEAL re appeal 59 by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Tagert, John) (Entered: 01/06/2026) |
| 01/07/2026 | 62 | Consent MOTION for Extension of Time to File Answer by SCOTT BESSENT, STEVE DAVIS, STEPHEN EHIKIAN, CHARLES EZELL, MICHAEL FAULKENDER, GENERAL SERVICES ADMINISTRATION, AMY GLEASON, INTERNAL REVENUE SERVICE, ELON MUSK, DOUGLAS O'DONNELL, OFFICE OF PERSONNEL MANAGEMENT, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY DOGE TEAM, U.S. DIGITAL SERVICE (U.S. DOGE SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Tagert, John) (Entered: 01/07/2026) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR TAXPAYER RIGHTS, *et al.*,

     *Plaintiffs*,

*v.*

INTERNAL REVENUE SERVICE, *et al.*,

     *Defendants*.

       Civil Action No. 1:25-cv-457-CKK

## **CORRECTED NOTICE OF APPEAL BY DEFENDANTS**

  PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order dated November 21, 2025 (ECF No. 53).

Dated: January 6, 2026     Respectfully submitted,

          BRETT A. SHUMATE
          Assistant Attorney General

          ELIZABETH J. SHAPIRO
          Deputy Director, Federal Programs Branch

          *J. Stephen Tagert*
          J. Stephen Tagert
          Trial Attorney
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L St. N.W.
          Washington, DC 20005
          Tel:  (202) 305-5486
          stephen.tagert@usdoj.gov

          *Counsel for Defendants*