IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

### SEALED[1] NOTICE REGARDING THE COURT'S NOVEMBER 21, 2025 ORDER

Defendants respectfully provide notice to the Court regarding information their counsel learned on February 12, 2026. Defendants state the following:

1. On November 21, 2025, this Court ordered that "until further order of this Court, within 48 hours of receiving any future request from DHS or any of its component agencies for return information, including taxpayer return information, pursuant to Internal Revenue Code Section 6103(i)(2), Defendant IRS shall file a notice with the Court, under seal, informing the Court and the Plaintiffs that it has received such a request." ECF No. 53 at 2-3.

2. On February 12, 2026, the Internal Revenue Service ("IRS") notified Defendants' counsel that two IRS criminal investigation agents received an emailed request from a special agent in the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") section on February 4, 2026. The request sought one person's return information in

---

[1] Defendants file this notice under seal to comply with the Court's order. *See* ECF No. 53 at 2. But Defendants do not think that this notice must remain under seal as it does not contain any confidential information.

support of an HSI criminal investigation.

3. One of the IRS criminal investigation agents who received the request notified the IRS's Office of the Associate Chief Counsel (Criminal Tax) on February 4 by email. That office forwarded the email to one person in the IRS's Office of the Associate Chief Counsel (Procedure and Administration) on February 5, the day before that one person left on leave until February 11. Employees of the Office of the Associate Chief Counsel (Procedure and Administration) communicate with the Department of Justice regarding the above-captioned case. On February 12, that individual first realized he had received the email and took immediate steps to ensure the Court knew about the request.

4. The IRS's Office of the Associate Chief Counsel (Criminal Tax) has been notified to relay any requests to multiple people now rather than sending the notifications to one person only.

5. The IRS criminal investigation agent has also relayed that neither IRS criminal investigation agent provided the tax return information to the DHS special agent, nor do they plan to provide any tax return information in response to the request.

Dated: February 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.

Washington, DC 20005  
Tel: (202) 305-5486  
stephen.tagert@usdoj.gov

*Counsel for Defendants*