**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR TAXPAYER RIGHTS et al., *Plaintiffs*, v. INTERNAL REVENUE SERVICE et al., *Defendants*. | Civil Action No. 25-cv-457-CKK |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to lift the stay for the purposes of issuing an indicative ruling that the Court supplement the record and permit limited discovery, it is hereby ORDERED that the Motion is GRANTED;

If the court of appeals remands to allow this Court to exercise jurisdiction, the Court would supplement the basis for its order granting preliminary relief and grant limited expedited discovery.

[IN THE ALTERNATIVE: Upon consideration of Plaintiffs' motion to lift the stay for the purposes of issuing an indicative ruling that the Court supplement the record and permit limited discovery, it is hereby ORDERED that the Motion is GRANTED;

The Court finds that Plaintiffs' motion raises a substantial issue. If the court of appeals remands to allow the Court to exercise jurisdiction, the Court would consider supplementing the

basis for its order granting preliminary relief and granting limited expedited discovery.]

SO ORDERED.

Dated: _____          _____

                                     HON. COLLEEN KOLLAR-KOTELLY
                                     U.S. District Judge