# Exhibit 3

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS *et al.*,

       *Plaintiffs*,

      *v.*

SCOTT BESSENT, in his official capacity as
Acting Commissioner of the Internal Revenue
Service, *et al.*,

       *Defendants*.

No. 1:25-cv-12822-IT

## SUPPLEMENTAL DECLARATION OF RICHARD S. FITZGERALD

I, Richard S. Fitzgerald, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am an Assistant Director for Homeland Security Investigations ("HSI") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2. As an Assistant Director, I oversee the HSI Cyber and Operational Technology (COT) office. COT is responsible for information technology programs and initiatives directly supporting HSI's law enforcement mission and develops major advancements in technology used to combat crime. In this role, I lead a combined workforce of over 200 employees. Under my direction is the HSI Innovation Lab, the agency's centralized hub for developing next-generation analytics, tools, and business processes to enhance HSI operations.

3. I provide this declaration based on my personal knowledge and reasonable inquiry.

1

4.  Immediately prior to January 23, 2026, and as reflected in my prior declaration in this case, *see* ECF #51-2 ¶ 6, only the HSI lead architect had access to the data IRS had shared on August 7, 2025, pursuant to the IRS-ICE MOU.

5.  On January 23, 2026, the HSI lead architect granted two individuals—an ERO Detention and Deportation Officer (DDO) and an HSI Supervisory Criminal Investigator—access, via ICE's Enterprise Box, to the IRS data for the purpose of allowing HSI and ERO to create an adequate system of safeguards for the data as required under I.R.C. § 6103(p) and as agreed upon between ICE and the IRS under the IRS-ICE MOU.

6.  On February 5, 2026, I was made aware of the Court's Order in the instant case, enjoining ICE from "inspecting, viewing, using, copying, distributing, relying on, or otherwise acting upon any return information that had been obtained from or disclosed by the IRS Defendants pursuant to the information sharing arrangements, including the information received August 7, 2025," as well as ordering ICE to "provide a copy of this Order to the individual whose government-issued computer holds the information received from the IRS on August 7, 2025."  ECF #75 at 42.

7.  On February 6, 2026, a copy of the Court's Order in the instant case was provided to HSI Innovation Lab lead architect. On the same date, HSI Innovation Lab's lead architect deleted the data on ICE's Enterprise Box, thereby disabling the ERO DDO and HSI Supervisory Criminal Investigator from accessing the data obtained from the IRS.

8.   Both ICE HSI and HSI's lead architect understand that we are bound by the Court's Order and intend to fully comply with its terms.

Dated: February 10, 2026

Sean Fitzgerald

Digitally signed by Sean Fitzgerald
Date: 2026.02.10 11:19:56 -05'00'

2

Richard S. Fitzgerald
Assistant Director for Cyber and Operational
Technology
Homeland Security Investigations
U.S. Department of Homeland Security

4