IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

**SEALED[1] NOTICE REGARDING THE COURT'S NOVEMBER 21, 2025 ORDER**

Defendants respectfully provide notice to the Court regarding information their counsel learned on February 17, 2026. Defendants state the following:

1. On November 21, 2025, this Court ordered that "until further order of this Court, within 48 hours of receiving any future request from DHS or any of its component agencies for return information, including taxpayer return information, pursuant to Internal Revenue Code Section 6103(i)(2), Defendant IRS shall file a notice with the Court, under seal, informing the Court and the Plaintiffs that it has received such a request." ECF No. 53 at 2-3.

2. On February 17, 2026, the Internal Revenue Service ("IRS") notified Defendants' counsel that one IRS criminal investigation agent received an emailed request and call from an employee in the Department of Homeland Security ("DHS"), Customs and Border Protection

---

[1] Defendants file this notice under seal to comply with the Court's order. *See* ECF No. 53 at 2. But Defendants do not think that this notice must remain under seal as it does not contain any confidential information.

("CBP") section on Friday, February 13, 2026. The request sought return or return information about one person in support of an investigation with respect to that same person.

    3.    The IRS criminal investigation agent who received the request notified the IRS's Office of the Associate Chief Counsel (Criminal Tax) on February 13 by email. That office forwarded the email to the IRS's Office of the Associate Chief Counsel (Procedure and Administration) on the next business day, February 17. Employees of the Office of the Associate Chief Counsel (Procedure and Administration) communicated with the Department of Justice regarding the above-captioned case.

    4.    The IRS Special Agent intends to inform the CBP agent that the IRS is not able to disclose the requested information.

Dated: February 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*