## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

## <u>NOTICE REGARDING THE COURT'S NOVEMBER 21, 2025 ORDER</u>

Defendants respectfully provide notice to the Court regarding information their counsel learned on April 10, 2026. Defendants state the following:

1.      On November 21, 2025, this Court ordered that "until further order of this Court, within 48 hours of receiving any future request from DHS or any of its component agencies for return information, including taxpayer return information, pursuant to Internal Revenue Code Section 6103(i)(2), Defendant IRS shall file a notice with the Court, under seal, informing the Court and the Plaintiffs that it has received such a request." ECF No. 53 at 2-3.[1]

2.      On April 10, 2026, the Internal Revenue Service ("IRS") notified Defendants' counsel that one IRS Criminal Investigation Special Agent received a telephone call and an emailed request from an employee in the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") section on April 7, 2026. The request sought return or return

---

[1] Defendants file this notice publicly because even though the Court's order provides that the notice should be under seal, *see* ECF No. 53 at 2, the Court previously unsealed two prior notices, Feb. 24, 2026 Minute Order, and Defendants do not think that this notice must remain under seal as it does not contain any confidential information.

information about one person in support of an investigation.

      3.      The IRS reports that it will not provide information in response to the request.


Dated: April 10, 2026           Respectfully submitted,

           BRETT A. SHUMATE
           Assistant Attorney General

           ELIZABETH J. SHAPIRO
           Deputy Director, Federal Programs Branch

           *J. Stephen Tagert*
           J. Stephen Tagert
           Trial Attorney
           United States Department of Justice
           Civil Division, Federal Programs Branch
           1100 L St. N.W.
           Washington, DC 20005
           Tel:  (202) 305-5486
           stephen.tagert@usdoj.gov

           *Counsel for Defendants*