**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

**<u>NOTICE REGARDING THE COURT'S NOVEMBER 21, 2025 ORDER</u>**

Defendants respectfully provide notice to the Court regarding information their counsel learned on June 10, 2026. Defendants state the following:

1. On November 21, 2025, this Court ordered that "until further order of this Court, within 48 hours of receiving any future request from DHS or any of its component agencies for return information, including taxpayer return information, pursuant to Internal Revenue Code Section 6103(i)(2), Defendant IRS shall file a notice with the Court, under seal, informing the Court and the Plaintiffs that it has received such a request." ECF No. 53 at 2-3.[1]

2. On June 10, 2026, the Internal Revenue Service ("IRS") notified Defendants' counsel that one IRS Criminal Investigation Special Agent received an emailed request from an employee in the Department of Homeland Security ("DHS"), Immigration and Customs

---

[1] Defendants file this notice publicly because even though the Court's order provides that the notice should be under seal, *see* ECF No. 53 at 2, the Court previously unsealed prior notices, Feb. 24, 2026 Minute Order, and Defendants do not think that this notice must remain under seal as it does not contain any confidential information.

Enforcement ("ICE") section on June 8, 2026. The request sought return or return information about one person.

3.      The IRS reports that it will not provide information in response to the request.


Dated: June 10, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director, Federal Programs Branch

                                        *J. Stephen Tagert*
                                        J. Stephen Tagert
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L St. N.W.
                                        Washington, DC 20005
                                        Tel:  (202) 305-5486
                                        stephen.tagert@usdoj.gov

                                        *Counsel for Defendants*