**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR TAXPAYER RIGHTS, *et al.*,

*Plaintiffs*,

v.

INTERNAL REVENUE SERVICE, *et al.*,

*Defendants*.

Case No. 1:25-cv-00457-CKK

**JOINT STATUS REPORT IN RESPONSE TO THE
COURT'S ORDER (ECF NO. 65)**

The parties submit this joint status report in response to the Court's order requiring "the parties [to] submit a joint status report within 14 days of the D.C. Circuit's decision" in the above-captioned case. Order, ECF No. 65. The parties state as follows:

1. On September 8, 2026, the D.C. Circuit issued its decision in *Center for Taxpayer Rights v. Internal Revenue Service*, No. 26-5006, 2026 WL 2635380 (D.C. Cir. Sept. 8, 2026). The time to file a petition for rehearing that decision is 45 days after that decision was issued, which is October 23, 2026. *See* Fed. R. App. P. 40(d)(1).

2. The parties conferred on September 18, 2026 and September 21, 2026, regarding the next steps of the litigation in this Court, and they agreed to provide this Court with another joint status report on October 27, 2026, at which time they will provide further recommendations to the Court regarding how this litigation should proceed. The parties agreed that they will begin good-faith conferral on the production of the remainder of the administrative record in this matter within a week of the filing of that report.

Dated: September 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Johanna M. Hickman (D.C. Bar No. 981770)
Madeline H. Gitomer (D.C. Bar No 1023447)
Simon C. Brewer (D.C. Bar. No. 90042403)
Steven Y. Bressler (D.C. Bar No. 482492)
Robin Thurston (D.C. Bar No. 1531399)
Skye L. Perryman (D.C. Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
hhickman@democracyforward.org
mgitomer@democracyforward.org
sbrewer@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*