**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*,<br>*Plaintiffs*,<br>v.<br>INTERNAL REVENUE SERVICE, *et al.*,<br>*Defendants*. | Case No. 1:25-cv-00457-CKK |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S ORDER (ECF NO. 65)**

The parties submit this joint status report in response to the Court's order requiring "the parties [to] submit a joint status report within 14 days of the D.C. Circuit's decision" in the above-captioned case, Order, ECF No. 65; the parties' previous joint status report filed on September 22, 2026, Joint Status Report, ECF No. 80; and the Court's Minute Order issued on September 24. Sept. 24, 2026 Minute Order. The parties state as follows:

1. On September 8, the D.C. Circuit issued its decision in *Center for Taxpayer Rights v. Internal Revenue Service*, No. 26-5006, 2026 WL 2635380 (D.C. Cir. Sept. 8, 2026). The time to file a petition for rehearing that decision was initially 45 days after that decision was issued, which was October 23. *See* Fed. R. App. P. 40(d)(1).

2. The parties previously filed a joint status report on September 22, explaining that they would provide this Court with another joint status report on October 27, and stating that at that time, the parties would provide further recommendations to the Court regarding how this litigation should proceed. *See* Joint Status Report, ECF No. 80.

3. On September 24, the Court issued a Minute Order ordering the parties: (1) "that, on or before October 27, 2026, the parties shall file another joint status report providing further recommendations to the Court regarding how this litigation should proceed"; and (2) "that the stay in this matter and the conditions in the Court's Order at Dkt. No. 65 shall remain in effect until further order of the Court." Sept. 24, 2026 Minute Order.

4. On October 16, the United States moved for a 21-day extension of time to file a petition for rehearing, asking for the deadline to be set for November 13, 2026. *See* Motion for Extension of Time, *Center for Taxpayer Rights v. IRS*, No, 26-5006 (Oct. 16, 2026). The D.C. Circuit granted that motion on October 21, 2026. *See* Order, *Center for Taxpayer Rights v. IRS*, No, 26-5006 (Oct. 21, 2026).

5. The parties conferred on October 23 and October 26 regarding the D.C. Circuit's order and the next steps of the litigation in this Court. Because of the extension of time granted by the D.C. Circuit, the parties agreed to provide this Court with another joint status report on November 17, 2026, at which time they will provide further recommendations to the Court regarding how this litigation should proceed. The parties agreed that they will begin good-faith conferral on the production of the remainder of the administrative record in this matter within a week of the filing of that report.

Dated: October 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney

Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

*<u>/s/ Daniel A. McGrath</u>*

Daniel A. McGrath (D.C. Bar No. 1531723)
Johanna M. Hickman (D.C. Bar No. 981770)
Madeline H. Gitomer (D.C. Bar No 1023447)
Simon C. Brewer (D.C. Bar. No. 90042403)
Steven Y. Bressler (D.C. Bar No. 482492)
Robin Thurston (D.C. Bar No. 1531399)
Skye L. Perryman (D.C. Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
hhickman@democracyforward.org
mgitomer@democracyforward.org
sbrewer@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*