**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR TAXPAYER RIGHTS, *et al.*,

*Plaintiffs*,

v.

INTERNAL REVENUE SERVICE, *et al.*,

*Defendants*.

Case No. 1:25-cv-00457-CKK

# JOINT STATUS REPORT

The parties submit this joint status report in accordance with the Court's October 27, 2026, minute order:

1. The parties previously informed the Court that they would provide the Court with further recommendations on how this litigation should proceed after Defendants' time period to file a petition for rehearing of the D.C. Circuit's decision in *Center for Taxpayer Rights v. Internal Revenue Service*, had elapsed. 190 F.4th 990 (D.C. Cir. 2026).

2. That time expired on November 13, 2026, and Defendants did not seek further review of the D.C. Circuit's decision. The D.C. Circuit's mandate will issue on November 20, 2026. *See* Fed. R. App. P. 41(b).

3. The parties have agreed to begin good faith conferral regarding the production of an administrative record this week.

4. The parties propose to file a further status report no later than December 2, 2026, proposing agreed-upon or separate timelines for Defendants' production of an administrative record and any objections to the production or related motions practice.

Dated: November 17, 2026

Respectfully submitted,

JONATHAN GUYNN
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Johanna M. Hickman (D.C. Bar No. 981770)
Madeline H. Gitomer (D.C. Bar No 1023447)
Simon C. Brewer (D.C. Bar. No. 90042403)
Steven Y. Bressler (D.C. Bar No. 482492)
Robin Thurston (D.C. Bar No. 1531399)
Skye L. Perryman (D.C. Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
hhickman@democracyforward.org
mgitomer@democracyforward.org
sbrewer@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*